



THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**BASIL C. SITARAS**
Labor and Employment Law Division
Tel.: (212) 788-0879
Fax: (212) 788-8877
E-mail: bsitaras@law.nyc.gov

**MEMO ENDORSED**

April 24, 2008

VIA HAND DELIVERY
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

Re: Eric Edwards v. City of New York, et al., 08 Civ. 3134 (DLC)

Dear Judge Cote:

      I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of the City of New York and the New York City Department of Correction ("DOC") in this action. I am writing to respectfully request a 45-day extension of time within which the defendants may answer or otherwise respond to the complaint. The defendants' response to the complaint is presently due April 29, 2008. Plaintiff's counsel, Douglas Milch, Esq., of Paul B. Weitz & Associates, consents to this request. This is the defendants' first request for an extension of time to answer or otherwise respond to the complaint.

      As alleged in the complaint, this collective action is brought by plaintiff on behalf of approximately 10,000 correction officers pursuant to the Fair Labor Standards Act ("FLSA"). As such, defendants needs additional time to investigate plaintiff's allegations before answering or otherwise responding. To date, this office is still awaiting documents and information relating to plaintiff's allegations that are necessary to review before preparing a proper response to the complaint.

In view of the foregoing, it is respectfully requested that the Court grant the within request extending defendants' time to answer or otherwise respond to the complaint from April 29, 2008 until June 13, 2008.

Thank you for your consideration in this regard.

*Granted*
*Denise Cote*
*May 8, 2008*

Respectfully submitted,

*Basil C. Sitaras*

Basil C. Sitaras (BS-1027)
Assistant Corporation Counsel


cc:   VIA FACSIMILE
      Douglas Milch, Esq.
      Paul B. Weitz & Associates
      Attorneys for Plaintiff
      233 Broadway, 5th Floor
      New York, New York 10279
      Fax: (212) 346-0876

2

ECF NOTICE TO BE SENT TO:

Jeffrey Michael Gottlieb

COPIES MAILED TO:

Basil C. Sitaras
Labor and Employment Law Division
The City of New York Law Department
100 Church Street
New York, NY 10007