UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ERIC EDWARDS, Individually and on Behalf
of All Other Persons Similarly Situated,

                                Plaintiffs,

    -against-

THE DEPARTMENT OF CORRECTIONS OF
THE CITY OF NEW YORK and THE CITY
OF NEW YORK,

                              Defendants.
----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

08 CIV 3134 (DLC)

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

**The plaintiffs:**
**ERIC EDWARDS, Individually and on Behalf of All Other Persons Similarly Situated,**

    I certify that I am admitted to practice I this court,

Dated: New York, New York
         June 9, 2008

                              Douglas A. Milch   (DM-9873)
                              The Law Office of Paul B. Weitz & Associates
                              233 Broadway, 5th Floor
                              New York, New York 10279
                              Phone: (212) 346 0045
                              Fax:   (212) 346 0876

{00010226:}