**WEITZ, KLEINICK & WEITZ, LLP**
ATTORNEYS AT LAW
WOOLWORTH BUILDING
233 BROADWAY - 5TH FLOOR
NEW YORK, NY 10279-0003
WWW.WEITZKLEINICK.COM
(212) 346-0045
FAX (212) 346-0876

June 10, 2008

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **Eric Edwards v. City of New York, et. al.**
       **08 Civ. 3134 (DLC)**

Dear Judge Cote:

  We represent the plaintiff in the above referenced class action matter. Please allow this to serve as a joint request for a one week adjournment of the Initial Conference scheduled for Friday June 13, 2008. This request is premised on the Court's April 24, 2008 memorandum/order granting defendant's request for an extension of time to answer until June 13, 2008-the same date set for the conference.

  Since it would be beneficial to all parties (and the Court) to have issue joined prior to the conference, in the interests of judicial economy, we request a one week adjournment to allow time for service an answer.

                Respectfully Submitted,

                Douglas A. Milch, Esq. (DM-9873)

DAM/rs

Cc: Basil C. Sitaras, Esq. (BS-1027)
   Assistant Corporation Counsel
   100 Church Street
   New York, New York 10007

{00010031:}