## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                        ss.:
COUNTY OF NEW YORK)

JOANN SEZER, being duly sworn, deposes and says: that deponent is not a party to the action, is over the age of 18 years, and resides in Staten Island, New York.

That on the 12th day of June 2008, deponent served the within **NOTICE OF APPEARANCE AND NOTICE OF INITIAL PRETRIAL CONFERENCE** on the following:

BASIL C. SITARAS
LABOR AND EMPLOYMENT LAW DIVISION
THE CITY OF NEW YORK LAW DEPARTMENT
100 Church Street
New York, New York  10007

at the address designated by said attorney(s) for that purpose by depositing a true copy of same, by overnight mail via Federal Express Delivery within the New York State.

_____
JOANN SEZER

Sworn to before me this
12th day of June 2008

_____
Notary Public

MARIA S. PAGANO RUIZ
Commissioner of Deeds, City of NY
No. 1-3099
Certificate Filed In Queens County
Commission Expires Jan 01, 20__

{00009968:}