MEMO ENDORSED





RECEIVED
JUN 16 2008
CHAMBERS OF
DENISE COTE

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

BASIL C. SITARAS
Labor and Employment Law Division
Tel.: (212) 788-0879
Fax: (212) 788-8877
E-mail: bsitaras@law.nyc.gov

June 13, 2008

VIA HAND DELIVERY
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

Re: Eric Edwards v. City of New York, et al., 08 Civ. 3134 (DLC)

Dear Judge Cote:

    I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of the City of New York and the New York City Department of Correction ("DOC") in this action. Earlier today, June 13, 2008, defendants filed a motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, seeking to dismiss plaintiffs' claim that Correction Officers are entitled to compensation under the Fair Labor Standards Act for time spent donning and doffing their uniforms. On the second claim asserted by plaintiffs, namely that they are entitled to compensation for time spent on meal breaks, defendants intend to move for summary judgment at a later date on the ground that Correction Officers are, in fact, compensated for their time on meal breaks. Defendants respectfully request that their answer to the complaint be stayed pending the Court's decision on their motion to dismiss.

Granted.
*[signature]* Denise Cote
June 16, 2008

Thank you for your consideration in this regard.

> Respectfully submitted,
>
> *[signature]*
>
> Basil C. Sitaras (BS-1027)
> Assistant Corporation Counsel

cc:  VIA FACSIMILE
Douglas Milch, Esq.
Paul B. Weitz & Associates
Attorneys for Plaintiff
233 Broadway, 5th Floor
New York, New York 10279
Fax: (212) 346-0876