```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
ERIC EDWARDS, Individually and on    :
Behalf of All Other Persons Similarly :   08 CIV. 3134 (DLC)
Situated,                            :
               Plaintiff,            :   PRETRIAL
                                     :   SCHEDULING ORDER
          -v-                        :
                                     :
THE DEPARTMENT OF CORRECTIONS OF THE :
CITY OF NEW YORK and THE CITY OF NEW :
YORK,                                :
                                     :
               Defendants.           :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-08

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on June 20, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Gorenstein prior to **July 18, 2008** in order to pursue settlement discussions under his supervision.

2. By **July 18, 2008**, counsel shall inform the Court by letter as to whether the meal time related claims have been resolved.

3. All fact discovery regarding the plaintiff's lunch break claim must be completed by **October 31, 2008**.

4. The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    - Motion served by **November 21, 2008**
    - Opposition served by **December 19, 2008**
    - Reply served by **January 9, 2009**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 23, 2008

_____
DENISE COTE
United States District Judge