UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- -X

ERIC EDWARDS, Individually and on Behalf of All  : 08 CIV. 3134 (DLC)
Other Persons Similarly Situated,                : (GWG)*
                  Plaintiff,                :
    -v-                                          : ORDER OF
                                                 : REFERENCE TO A
THE DEPARTMENT OF CORRECTIONS OF THE             : MAGISTRATE JUDGE
CITY OF NEW YORK and THE CITY OF NEW             :
YORK,                                            :
                                                 :
                  Defendants.                :
                                                 :
------------------------------------------------------------------- -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* <br> _____ | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction <br> Purpose: _____ |
| | _____ | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | _____ |

\* Do not check if already referred for general pretrial.

    **SO ORDERED**:

DATED:    New York, New York
              June 23, 2008

                                              _____
                                              DENISE COTE
                                              United States District Judge