# PAUL B. WEITZ & ASSOCIATES, PC

ATTORNEYS AT LAW
WOOLWORTH BUILDING
233 BROADWAY - 5TH FLOOR
NEW YORK, NY 10279-0003
WWW.WEITZKLEINICK.COM
(212) 346-0045
FAX (212) 346-0876

*Paul B. Weitz, Esq., Senior Partner*
*Douglas A. Milch, Esq.*
*Michael A. Fischbein, Esq.*

*Adam Silvera, Esq.*
*Jeffrey S. Matty, Esq.*

*Of Counsel:*
*Harvey Weitz, Esq.*
*Andrew L. Weitz, Esq.*
*Kim E. Mazzatto, Esq.*
*Steven Gold, Esq.*

July 10, 2008

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED



JUL 11 2008

CHAMBERS OF
DENISE COTE

Re:  **Eric Edwards v. City of New York, et. al.**
     **08 Civ. 3134 (DLC)**

Dear Judge Cote:

We represent the plaintiff in the above referenced class action matter. We write regarding the defendant's motion to dismiss, currently returnable August 1, 2008. Due to conflicts with other matters and respective vacation schedules, the parties respectfully request an adjournment of said motion until September 4, 2008.

Under the proposed briefing schedule, the plaintiff's opposition to the motion would be served on or before August 15, 2008 and the reply on August 29, 2008. We also note that this is the parties first request for any such enlargement of time.

*The motion was filed on June 13. The opposition shall be due July 18, having been due July 11. The reply is due August 1.*

*Denise Cote*
*July 11, 2008*

Respectfully Submitted,

_____S_____
Douglas A. Milch, Esq. (DM-9873)

_____S_____
Basil C. Sitaras, Esq. (BS-1027)
Attorneys for Defendant City of New York

{00010780:}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08