UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

ERIC EDWARDS, Individually and on Behalf
of All Other Persons Similarly Situated,

                     Plaintiffs,

    -against-

THE DEPARTMENT OF CORRECTIONS OF
THE CITY OF NEW YORK and THE CITY
OF NEW YORK,

                     Defendants.
--------------------------------------------------------------X

ECF 2008 Civ. 3134 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

## ORDER SUBSTITUTING COUNSEL FOR PLAINTIFF

IT IS HEREBY CONSENTED that the Law Office of William Coudert Rand, 711 Third Ave., Suite 1505, New York, N.Y. 10017, phone 212-286-1425, fax 212-599-7909, be substituted as co-counsel of record for plaintiff in place and stead of The Law Office of Paul B. Weitz & Associates, 233 Broadway, 5th Floor, New York, New York 10279.

Dated: New York, New York
       August 15, 2008

LAW OFFICE OF WILLIAM COUDERT RAND

_____
William C. Rand, Esq. (WR-7685)
711 Third Ave., Suite 1505
New York, New York 10036
(212) 286-1425 (phone)
(212) 599-7909 (fax)
Attorneys for Plaintiffs

Granted.
[signature]
August 19, 2008

1

GOTTLIEB & ASSOCIATES

*(signature)*

Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Attorneys for Plaintiffs

THE LAW OFFICE OF PAUL B. WEITZ & ASSOCIATES

*(signature)*

Paul B. Weitz, Esq.
233 Broadway, 5th Floor,
New York, New York 10279
Attorneys for Plaintiffs withdrawing from case

_____
Eric Edwards, Plaintiff

SO ORDERED:

_____
U.S.D.J.

2

GOTTLIEB & ASSOCIATES

*/s/ Jeffrey M. Gottlieb*

Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Attorneys for Plaintiffs

THE LAW OFFICE OF PAUL B. WEITZ & ASSOCIATES

_____
Paul B. Weitz, Esq.
233 Broadway, 5th Floor,
New York, New York 10279
Attorneys for Plaintiffs withdrawing from case

*/s/ Eric Edwards*
Eric Edwards, Plaintiff

SO ORDERED:

_____
U.S.D.J.

2