



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

BASIL C. SITARAS
Labor and Employment Law Division
Tel.: (212) 788-0879
Fax: (212) 788-8877
E-mail: bsitaras@law.nyc.gov

August 25, 2008

VIA HAND DELIVERY
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

Re: <u>Eric Edwards v. City of New York</u>, 08 Civ. 3134 (DLC) (GWG)

Dear Judge Cote:

      I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of the City of New York in this action brought by plaintiffs pursuant to the Fair Labor Standards Act. In light of Your Honor's recent decision denying defendants' motion to dismiss, I am writing to respectfully request that defendants' time to answer the complaint be extended until September 5, 2008.[1]  Plaintiff's counsel, William C. Rand, Esq., consents to this request. This is defendants' second request for an extension of time to answer the complaint.

      In view of the foregoing, it is respectfully requested that Your Honor grant defendant's request for an extension of time to answer the complaint until September 5, 2008.

Granted.
*Denise Cote*
August 26, 2008

---

[1] On or about June 16, 2008, Your Honor granted a stay of the defendants' answer while the motion to dismiss was pending.

Thank you for your consideration in this regard.

Respectfully submitted,

Basil C. Sitaras (BS-1027)
Assistant Corporation Counsel

cc: William C. Rand, Esq. (Via Facsimile)
Law Office of William Coudert Rand
711 Third Ave., Suite 1505
New York, N.Y. 10017
Fax: (212) 599-7909