```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
ERIC EDWARDS, Individually and on          :   08 CIV. 3134 (DLC)
Behalf of All Other Persons Similarly      :
Situated,                                  :
                    Plaintiff,             :   REVISED PRETRIAL
                                           :   SCHEDULING ORDER
         -v-                               :
                                           :
THE DEPARTMENT OF CORRECTIONS OF THE       :
CITY OF NEW YORK and THE CITY OF NEW       :
YORK,                                      :
                    Defendants.            :
-------------------------------------------X
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference held on October 13, 2009, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. All discovery must be completed by **March 5, 2010**.

2. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - **Motion served by March 26, 2010**
   - Opposition served by **April 16, 2010**
   - Reply served by **April 30, 2010**

3. In the event no motion is filed, the Joint Pretrial Order must be filed by **March 26, 2010**.

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
          October 13, 2009

                                        DENISE COTE
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/09