# EXHIBIT V

```
FROM: CHIEF'S ORDER          MSG#: 2008-000396
TO  :                        SENT: 01/16/08      1447  HRS
SUBJ:
-------------------------------------------------------------------------------
TELETYPE ORDER NO.    HQ -00165-0

DATE     JANUARY 16, 2008

TO       COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM     MARTIN F. HORN, COMMISSIONER

SUBJECT  DIRECTIVE NO. 2270 - UNIFORM AND EQUIPMENT SPECIFICATIONS AND
                             REGULATIONS
```

    1.  PENDING THE REVISION OF DIRECTIVE NO. 2270 ENTITLED "UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS", DATED 09/23/96 (AS AMENDED), BY THE BUREAU CHIEF OF ADMINISTRATION THE FOLLOWING CHANGE IS EFFECTIVE IMMEDIATELY:

        ON PAGE 2, SECTION III. - REGULATIONS REMOVE PARAGRAPH III.G. DATED 06/02/00 AND REPLACE WITH NEW PARAGRAPH III.G. DATED 1/16/08.

    F.  MEMBERS OF THE UNIFORMED FORCE, EXCEPT WHEN ON SUSPENSION OR ON AUTHORIZED LEAVE, SHALL WEAR THE REGULATION CLASS "A" DRESS UNIFORM OR APPROPRIATE CIVILIAN BUSINESS ATTIRE WHEN REPORTING AS RESPONDENTS AT OFFICIAL DEPARTMENTAL DISCIPLINARY HEARINGS, EITHER AT HEADQUARTERS OR THE OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS (OATH).

    G.  UNIFORMED MEMBERS REPORTING TO THE AFOREMENTIONED HEARINGS AS A WITNESS, MAY DO SO IN EITHER REGULATION CLASS "A" DRESS UNIFORM OR APPROPRIATE CIVILIAN BUSINESS ATTIRE WHETHER ON OR OFF DUTY UNLESS OTHERWISE ORDERED.

        1.  MEMBERS OF THE UNIFORMED FORCE SHALL WEAR THE REGULATION CLASS "A" DRESS UNIFORM WHEN ORDERED TO DO SO BY TELETYPE ORDER, VERBAL AND/OR WRITTEN DIRECTION BY THE COMMISSIONER, CHIEF OF DEPARTMENT, COMMANDING OFFICERS OR DESIGNEES.

        2.  ANY EMPLOYEE, CIVILIAN OR UNIFORMED, WHO IS DIRECTED TO CONDUCT BUSINESS (TRAINING, MEETINGS, HEARINGS, ERRANDS, ETC.), AT ANY NON-FACILITY LOCATION (OR OUTSIDE AGENCY OR VENDOR), SHALL DRESS IN A PROPER FASHION.  SHORTS, TANK TOPS, DUNGAREES, SANDALS, JOGGING SUITS, TEE SHIRTS AND OTHER NON-PROFESSIONAL DRESS ARE STRICTLY PROHIBITED.

3. ALL UNIFORMED MEMBERS OF THE DEPARTMENT ORDERED TO HEADQUARTERS FOR OFFICIAL MEETINGS WHO ARE ATTENDING OR PARTICIPATING IN ANY BUSINESS ELSEWHERE, SHALL REPORT IN THE CLASS "A" REGULATION UNIFORM.  THE EXCEPTION TO THIS POLICY ARE INDIVIDUALS SPECIFICALLY AUTHORIZED BY THE COMMISSIONER OR CHIEF OF DEPARTMENT TO WEAR APPROPRIATE CIVILIAN ATTIRE OR FOR HEARING AT THE INSPECTOR GENERAL'S OFFICE, INVESTIGATION DIVISION, TRIALS AND LITIGATION UNIT OR THE OFFICE OF E.E.O.

### NEW MATERIAL UNDERLINED

2. COMMANDING OFFICERS SHALL ENSURE ALL PERTINENT OFFICIAL BUSINESS NOTIFICATION FORMS ARE UPDATED TO REFLECT THIS CHANGE.

3. ALL OTHER PROVISIONS OF DIRECTIVE NO. 2270 REMAIN IN FULL FORCE AND EFFECT.

AUTHORITY
COMMISSIONER
RMG/BJ

415R

THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

# DIRECTIVE

| [ ] NEW | [ ] INTERIM | [X] REVISED | SUBJECT | | | |
|---|---|---|---|---|---|---|
| EFFECTIVE DATE 10/12/07 | | ˙TERMINATION DATE   /   / | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | | | |
| CLASSIFICATION # 2270 | SUPERSEDES See Below | DATED | APPROVED FOR WEB POSTING [ ] YES  [X] NO | DISTRIBUTION A & E | PAGE 1 OF 1 PAGE | |

| RECOMMENDED FOR APPROVAL BY REVIEW BOARD MEMBER | AUTHORIZED BY THE COMMISSIONER |
|---|---|
| CAROLYN THOMAS, CHIEF OF DEPARTMENT   SIGNATURE | MARTIN F. HORN   SIGNATURE |

# REVISION NOTICE

A.   Directive #2270, entitled UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS, dated 09/23/96 (as amended), is hereby amended as follows:

Remove and replace page 59, dated 09/23/96, with new page 59, dated 10/12/07.

B.   All other provisions of Directive #2270 remain in full force and effect.

116

| EFFECTIVE DATE 10/12/07 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION A & E | PAGE 59 OF 67 PAGES | |

## XI.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### DEPARTMENTAL AND COMMAND INSIGNIAS  (Continued)

**COMMAND INSIGNIA** (Continued)

2   The following symbol command insignias are authorized:



a.  COMMUNICATIONS UNIT

b.  FIREARMS & TACTICS UNIT

3   The following insignias can be worn as a replacement for the command insignia on the left collar of the uniform shirt. These insignias shall denote a uniformed member's successful completion of the respective training.



a.   MENTAL HEALTH TRAINING CERTIFICATION

 

b    AUTOMATED EXTERNAL DEFIBRILLATOR TRAINING CERTIFICATION

```
FROM: CHIEF'S ORDER           MSG#: 2007-005102
TO  :                         SENT: 06/27/07    1733   HRS
SUBJ:
```
--------------------------------------------------------------------

TELETYPE ORDER NO.   HQ -01583-0

DATE      JUNE 27, 2007

TO        COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM      MARTIN F. HORN, COMMISSIONER

SUBJECT   AUTOMATIC EXTERNAL DEFIBRILLATOR (AED) TRAINED/CERTIFIED INSIGNIA


    1.   PENDING THE REVISION OF DIRECTIVE #2270, ENTITLED "UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS" DATED 09/23/06 (AS AMENDED), THE FOLLOWING AMENDMENT IS EFFECTIVE IMMEDIATELY:

    A.   THE DEPARTMENT HAS APPROVED THE WEARING OF THE "AUTOMATIC EXTERNAL DEFIBRILLATOR (AED) TRAINED/CERTIFIED" INSIGNIA FOR STAFF IN THE RANK OF CORRECTION OFFICER WHO HAVE COMPLETED THE APPROVED FIRST RESPONDER TRAINING COURSE.

    B.   THE "AUTOMATIC EXTERNAL DEFIBRILLATOR (AED) TRAINED/CERTIFIED" INSIGNIA IS A HIGH POLISHED, SILVER METAL, ¾ INCH ROUND PIN WITH THE LETTERS "AED" EMBOSSED IN BLACK, AND A HEART SHAPE EMBOSSED IN RED, WITH A SILVER COLORED LIGHTNING BOLT IN THE CENTER OF THE HEART.

    C.   THE "AUTOMATIC EXTERNAL DEFIBRILLATOR (AED) TRAINED/CERTIFIED" INSIGNIA CAN BE WORN BY CORRECTION OFFICERS AS A REPLACEMENT FOR THE COMMAND INSIGNIA ON THE LEFT COLLAR OF THE UNIFORM SHIRT.   THIS INSIGNIA SHALL DENOTE THE MEMBERS COURSE COMPLETION.

    2.   THE CORRECTION ACADEMY WILL DISTRIBUTE THE INSIGNIA TO EACH CORRECTION OFFICER WHO COMPLETES THE APPROVED FIRST RESPONDER TRAINING COURSE.

    3.   ALL OTHER PROVISIONS OF DIRECTIVE #2270 SHALL REMAIN IN FULL FORCE AND EFFECT.

    4.   COMMANDING OFFICERS ARE TO ENSURE THAT THE CONTENTS OF THIS TELETYPE ARE READ AT TWENTY-ONE (21) CONSECUTIVE ROLL CALLS AND POSTED IN APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
OFFICE OF THE COMMISSIONER
RMG/FM

    B. WITH THE CLASS "A" REGULATION SUMMER BLOUSE OR CLASS "A"
       WINTER REEFER COAT;

    C. WHEN ASSIGNED TO FACILITY OR HEADQUARTERS ADMINISTRATIVE
       POSTS; OR

    D. BY CAPTAINS ASSIGNED TO AN AREA ACCESSIBLE TO THE PUBLIC
       (I.E., PERRY CENTER, VISIT CONTROL BUILDING, ETC.).

7.   A REVISION NOTICE TO DIRECTIVE #2270, DATED NOVEMBER 3, 2006,
CONTAINS THE SPECIFICATIONS FOR THE CARGO PANTS.  IT IS RECOMMENDED THAT
STAFF OBTAIN A COPY OF THIS NOTICE PRIOR TO PURCHASING THESE PANTS TO ENSURE
THAT THE AUTHORIZED PRODUCT IS OBTAINED.

8.   TELETYPE ORDER NO. HQ -01858-0, ENTITLED "AUTHORIZED PATROL
TACTICAL TROUSERS", DATED 7/20/06 IS HEREBY RESCINDED IN ITS ENTIRETY.

9.   ALL OTHER PROVISIONS OF DIRECTIVE #2270 SHALL REMAIN IN FULL
EFFECT.

10.   COMMANDING OFFICERS OF FACILITIES AND DIVISIONS ARE TO ENSURE THAT
COPIES OF THE NOVEMBER 3, 2006, REVISION NOTICE TO DIRECTIVE #2270 ARE
AVAILABLE TO ALL UNIFORMED PERSONNEL AND THAT THE CONTENTS OF THIS TELETYPE
ORDER ARE READ AT (21) TWENTY-ONE CONSECUTIVE ROLL CALLS AND POSTED IN
APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
CHIEF OF DEPARTMENT
HA/BJ

```
FROM: CHIEF'S ORDER              MSG#: 2006-009643
TO   :                           SENT: 11/21/06      1429  HRS
SUBJ :
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TELETYPE ORDER NO.   HQ -02933-0

DATE      NOVEMBER 21, 2006

TO        COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM      CAROLYN THOMAS, CHIEF OF DEPARTMENT

SUBJECT   AUTHORIZED "CARGO PANTS" REFERENCE DIRECTIVE #2270


   1.  THE DEPARTMENT HAS APPROVED THE WEARING OF CARGO PANTS BY STAFF IN THE RANK OF CORRECTION OFFICER AND CAPTAIN PURSUANT TO THE PROVISIONS OUTLINED IN DIRECTIVE #2270 ENTITLED "UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS" AS AMENDED.

   2.  CARGO PANTS FEATURE TWO QUARTER TOP POCKETS, SIX UTILITY POCKETS WITH FLAPS (FOUR FUNCTIONAL, TWO NON-FUNCTIONAL), AND INSIDE REINFORCED KNEE POCKETS DESIGNED TO UTILIZE REMOVABLE PADDING.

   3.  CARGO PANTS MAY BE WORN BY CORRECTION OFFICERS IN LIEU OF THE STANDARD UNIFORM DUTY TROUSERS WHEN PERFORMING CUSTODIAL DUTIES AND WHEN ASSIGNED TO UNITS AUTHORIZED TO WEAR THE CLASS "B" UTILITY UNIFORM.

   4.  THE CARGO PANTS ARE OPTIONAL FOR CAPTAINS ASSIGNED TO:

        A. FACILITY HOUSING AREA SUPERVISORY POSTS;

        B. FACILITY KITCHEN DETAILS;

        C. FACILITY INTAKE DETAILS;

        D. FACILITY ENVIRONMENTAL HEALTH/SANITATION DETAILS;

        E. RECREATIONAL DETAILS; AND

        F. DETAILS AND SPECIAL SUPPORT UNITS WHERE THE WEARING OF A
           CLASS "B" UNIFORM IS MANDATORY (REFER TO SECTION IX. OF
           DIRECTIVE #2270).

   5.  CAPTAINS ASSIGNED TO FACILITY HOUSING AREA AND RECREATION SUPERVISORY POSTS MUST WEAR A REGULATION DUTY WHITE SHIRT WHEN WEARING CARGO PANTS.

   6.  CARGO PANTS MAY NOT BE WORN:

        A. WHEN ATTENDING CEREMONIAL FUNCTIONS;

    B. WITH THE CLASS "A" REGULATION SUMMER BLOUSE OR CLASS "A"
       WINTER REEFER COAT;

    C. WHEN ASSIGNED TO FACILITY OR HEADQUARTERS ADMINISTRATIVE
       POSTS; OR

    D. BY CAPTAINS ASSIGNED TO AN AREA ACCESSIBLE TO THE PUBLIC
       (I.E., PERRY CENTER, VISIT CONTROL BUILDING, ETC.).

    7. A REVISION NOTICE TO DIRECTIVE #2270, DATED NOVEMBER 3, 2006,
CONTAINS THE SPECIFICATIONS FOR THE CARGO PANTS. IT IS RECOMMENDED THAT
STAFF OBTAIN A COPY OF THIS NOTICE PRIOR TO PURCHASING THESE PANTS TO ENSURE
THAT THE AUTHORIZED PRODUCT IS OBTAINED.

    8. TELETYPE ORDER NO. HQ -01858-0, ENTITLED "AUTHORIZED PATROL
TACTICAL TROUSERS", DATED 7/20/06 IS HEREBY RESCINDED IN ITS ENTIRETY.

    9. ALL OTHER PROVISIONS OF DIRECTIVE #2270 SHALL REMAIN IN FULL
EFFECT.

    10. COMMANDING OFFICERS OF FACILITIES AND DIVISIONS ARE TO ENSURE THAT
COPIES OF THE NOVEMBER 3, 2006, REVISION NOTICE TO DIRECTIVE #2270 ARE
AVAILABLE TO ALL UNIFORMED PERSONNEL AND THAT THE CONTENTS OF THIS TELETYPE
ORDER ARE READ AT (21) TWENTY-ONE CONSECUTIVE ROLL CALLS AND POSTED IN
APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
CHIEF OF DEPARTMENT
HA/BJ

415R

THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

# DIRECTIVE



| [ ] NEW | [ ] INTERIM | [X] REVISED | SUBJECT | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | | |
|---|---|---|---|---|---|---|
| EFFECTIVE DATE **11/03/06** | | *TERMINATION DATE / / | | | | |
| CLASSIFICATION # **2270** | SUPERSEDES **See Below** | DATED | APPROVED FOR WEB POSTING [ ] YES [X] NO | DISTRIBUTION **A & E** | PAGE 1 OF 6 PAGE | |

RECOMMENDED FOR APPROVAL BY REVIEW BOARD MEMBER

CAROLYN THOMAS, CHIEF OF DEPARTMENT    SIGNATURE

AUTHORIZED BY THE COMMISSIONER

MARTIN F. HORN    SIGNATURE

# REVISION NOTICE

A.   Directive #2270, entitled UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS, dated 09/23/96 (as amended), is hereby amended as follows:

   1.   Remove and replace page 21, dated 07/07/06, with new page 21, dated 11/03/06.

   2.   Remove and replace page 21C, dated 07/07/06, with new page 21C, dated 11/03/06.

   3.   Remove and replace page 21D, dated 07/07/06, with new page 21D, dated 11/03/06.

   4.   Remove and replace page 35, dated 07/07/06, with new page 35, dated 11/03/06.

   5.   Remove and replace page 35A, dated 07/07/06, with new page 35A, dated 11/03/06.

B.   All other provisions of Directive #2270 remain in full force and effect.

416R



| | EFFECTIVE DATE<br>**11/03/06**<br>CLASSIFICATION #<br>**2270**<br>DISTRIBUTION<br>**A & E** | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS**<br>APPROVED FOR WEB POSTING<br>☐ YES  ☒ NO | PAGE **21** of<br>**67** PAGES |  |

## VII.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICERS-OPTIONAL UNIFORM ITEMS (Continued)

5.   The Commando sweater may be worn in place of the Cruiser duty jacket in facilities or during outside duty assignments.

6.   Must contain an authorized and numbered certification label to be positioned at the back of the neck:

a.   attached to the manufacturer's label; or

b.   if equipped with the XCR lining, directly to the membrane.

### B.   TURTLENECK STYLE SWEATER



1.   Navy blue, police style turtleneck sweater made of 100% cotton or cotton blend with DCNY block letters in white, emblazoned on the left side of the neck cowl.

2.   The turtleneck sweater may only be worn with the regulation duty Cruiser jacket or Emergency Service duty jacket.

3.   The turtleneck sweater shall not be worn with any uniform shirt or Commando sweater, but in lieu of said items.

Regulation
Turtleneck Style
Sweater

4.   The turtleneck sweater can be worn only on posts requiring the wearer to be outside of a facility during the course of the duty assignment.

### C.   CARGO PANTS

Cargo Pants:

•   May be worn by Correction Officers in lieu of the standard uniform duty trousers when performing custodial duties and when assigned to units authorized to wear the class "B" utility uniform.

•   May not be worn:

-   when attending ceremonial functions;

-   with the class "A" regulation summer blouse or class "A" winter reefer coat; or

-   when assigned to facility or Headquarters administrative posts.

1.   FABRIC

Delta Mills style 9290, 65% Polyester 35% Rayon. 2 x 2 Serge Twill Plied. Yarn. 15 –15 ½ oz. per linear yard or equal pre-approved fabric.

NEW MATERIAL UNDERLINED

416R



| EFFECTIVE DATE **11/03/06** | SUBJECT | |
| CLASSIFICATION # **2270** | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
| DISTRIBUTION **A & E** | APPROVED FOR WEB POSTING ☐ YES ☒ NO | PAGE 21C of 67 PAGES |

## VII.   UNIFORM AND EQUIPMENT SPECIFICATIONS

*CORRECTION OFFICERS-OPTIONAL UNIFORM ITEMS* (Continued)

7.   **INSIDE TRIM**

The right fly and crotch linings shall be the same fabric and color as the waistband curtain. The right fly lining shall be sewn to the left fly below the zipper. The crotch lining shall be serged to each front. A separate French fly made of the outer fabric shall be sewn to the inside right fly.

8.   **BELT LOOPS**

There shall be a minimum of 5 belt loops on waist sizes 28, 29, 30, and a minimum of 7 on all sizes over 30. Each loop is to be ¾" wide, of double thickness, and stitched on the face side with a 2 needle machine. Except for the back loop which shall be tack on, all loops will be sewn into the bottom of the waistband and into the rocap. They shall accommodate a 1-5/8" belt.

9.   **ZIPPER**

The <u>pants</u> shall be closed with a Scovil Guardloc or equivalent brass zipper and have a brass bottom stop at the base of the zipper chain. The straight bartack will be sewn through from the outside of the garment the inside at the bottom of the fly. It shall be sewn through the zipper tape, the right and left fly and the right fly lining. The right and left fly shall be joined by an additional bartack located below the bottom zipper stop on the inside of the <u>pants.</u>

10.   **SEAMING**

The entire <u>pants</u> are to be seamed with Polyester core of 100% Polyester spun thread. The seat seam shall be stitched with a tandem needle seat seaming machine.

11.   **CREASING**

The front of the <u>pants</u> legs must incorporate a 1/16" top stitch, sewn in crease. Sewing must be 10 stitches per inch.

12.   **SIZE TAG**

The <u>pants</u> shall have a sewn in label giving care instructions and an outside waistband label which will be marked with a lot number, size, fiber content and WPL number. A 13 permanent size label shall be sewn inside on the hip pocket

**NEW MATERIAL UNDERLINED**

416R



| EFFECTIVE DATE **11/03/06** | SUBJECT | |
|---|---|---|
| CLASSIFICATION # **2270** | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | |
| DISTRIBUTION **A & E** | APPROVED FOR WEB POSTING ☐ YES ☒ NO | PAGE **21D** of **67** PAGES |



## VII.  UNIFORM AND EQUIPMENT SPECIFICATIONS

*CORRECTION OFFICERS-OPTIONAL UNIFORM ITEMS* (Continued)

13.  AUTHORIZATION TAG

The cargo pants must contain an authorized and numbered certification label to be sewn on top of the inside left seam cargo pocket.

14.  FINISHING AND PRESSING

All loose threads shall be removed. Pants must be pressed completely and properly with the side seam, inseam, and seat seam pressed open. There must be a Texpak clip attached to the top fly of the finished pants.

15.  WARRANTY

One year against workmanship or fabric defects.

16.  STANDARD SAMPLE

Unless otherwise specified shall be equal to the sample on the file at the Equipment Section.

### D.  LEATHER GLOVES

NYCDOC regulation black gloves completely made of 100% fully tanned cowhide with an athletic glove type wrist closure system. Each glove will be constructed of the following leather pieces: 1 front, 1 back, 1 thumb and 3 fourchettes. The back of the glove at the wrist shall be elasticized with 2 rows of $^3/_{16}$" elastic sewn with a zig-zag stitch.

416R



| EFFECTIVE DATE<br>**11/03/06**<br>CLASSIFICATION #<br>**2270**<br>DISTRIBUTION<br>**A & E** | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** | |
|---|---|---|
| | APPROVED FOR WEB POSTING<br>☐ YES  ☒ NO | PAGE **35** OF<br>**67** PAGES |



## IX. UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS – REGULATION UNIFORMS  *(Continued)*

**REGULATION
UNIFORM
OPTIONAL
UNIFORM ITEMS
CAPTAIN
(Continued)**

**E. WINTER GLOVES**

Shall be the same as described for Correction Officer.

**F. WINDSTOPPER TROUSER LINER**

Shall be the same as described for Correction Officer.

**G. RAIN CHAPS**

Shall be the same as described for Correction Officer.

**H. DETACHABLE HOOD**

Shall be the same as described for Correction Officer.

**I. OVERSOCKS**

Shall be the same as described for Correction Officer.

**J. CARGO PANTS**

1. The <u>Cargo Pants</u> are optional for Captains assigned to:

   a. i.   Facility housing area supervisory posts;

      ii.  Facility Kitchen details;

      iii. Facility Intake details;

      iv.  Facility Environmental Health/Sanitation details; and

      v.   Facility Recreation details.

   b. Details and Special Support Units where the wearing of a Class "B" uniform is mandatory (refer to Section IX. Class "B" Regulation Uniform Utility Captains).

NEW MATERIAL UNDERLINED

416R



| | | |
|---|---|---|
| EFFECTIVE DATE **11/03/06** | SUBJECT | |
| CLASSIFICATION # **2270** | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | |
| DISTRIBUTION **A & E** | APPROVED FOR WEB POSTING ☐ YES ☒ NO | PAGE **35A** OF **67** PAGES |



## IX.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### *SUPERVISORY OFFICERS – REGULATION UNIFORMS*  (Continued)

**REGULATION UNIFORM OPTIONAL UNIFORM ITEMS CAPTAIN** (Continued)

2.  Cargo Pants may not be worn:

    a.  When attending ceremonial functions;

    b.  With the Class "A" regulation summer blouse or Class "A" winter reefer coat.

    c.  When assigned to facility or Headquarters administrative posts; or

    d.  When assigned to an area accessible to the public (i.e., Perry Center, Visit Control Building, etc.).

3.  Captains assigned to facility housing area and recreation supervisory posts must wear a regulation duty white shirt when wearing cargo pants.

**REGULATION UNIFORM EQUIPMENT CAPTAIN**

The following equipment is authorized and shall be worn with all classes of uniforms where required:

**A. TROUSER BELT**

    Shall be the same as required for Correction Officer.

**B. EQUIPMENT/GUNBELT**

    Shall be the same as for Correction Officer.

**C. BELT KEEPERS (for Equipment/Gunbelt)**

    Shall be the same as described for Correction Officer.

**D. DUTY HOLSTER (.38 cal, S&W, Model 10)**

    Shall be the same as described for Correction Officer.

415R



THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

# DIRECTIVE

| [ ] NEW | [ ] INTERIM | [ X ] REVISED | SUBJECT | |
|---|---|---|---|---|
| EFFECTIVE DATE 07/07/06 | | 'TERMINATION DATE / / | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | |

| CLASSIFICATION # 2270 | SUPERSEDES See Below | DATED | APPROVED FOR WEB POSTING ☐ YES ☒ NO | DISTRIBUTION A & E | PAGE 1 OF 1 PAGES |
|---|---|---|---|---|---|

RECOMMENDED FOR APPROVAL BY REVIEW BOARD MEMBER | AUTHORIZED BY THE COMMISSIONER

CAROLYN THOMAS, CHIEF OF DEPARTMENT   SIGNATURE     MARTIN F. HORN                      SIGNATURE

# REVISION NOTICE

A.   Directive #2270, entitled UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS, dated 09/23/96 (as amended), is hereby amended as follows:

   1.   Remove and replace page 9, dated 06/02/00, with new page 9, dated 07/07/06.

   2.   Remove and replace page 10, dated 09/23/96, with new pages 10 and 10A, dated 07/07/06.

   3.   Remove and replace page 21, dated 06/02/00, with new pages 21, 21A, 21B, 21C, and 21D, dated 07/07/06.

   4.   Remove and replace page 35, dated 09/23/96, with new pages 35 and 35A, dated 07/07/06.

B.   All other provisions of Directive #2270 remain in full force and effect.

416R



| EFFECTIVE DATE **07/07/06** | SUBJECT | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
|---|---|---|---|
| CLASSIFICATION # **2270** | | | |
| DISTRIBUTION **A & E** | APPROVED FOR WEB POSTING ☐ YES ☒ NO | PAGE **9** OF 67 PAGES | |

## III. REGULATIONS (Continued)

NN.  Members shall wear authorized breast bars starting ¹/₄" above the center of the shield and each bar shall be ¹/₄" apart. When more than 1 breast bar is worn, the highest awarded bar shall be on top, furthest away from the shield.

**BREAST BARS**
**AND**
**METAL EMBLEMS**

*NOTE: Breast bars from other agencies or those representing ethnic or religious affiliations are unauthorized.*



Blue   Gold   W...   ...d

...mbers may elect to wear a metal emblem of the flag of the United States of ...merica not to exceed 1" square, worn above the center of the shield or authorized breast bars (see illustration) or a breast bar depicting the flag of ... United States of America (see illustration) to be worn centered above the ...eld or the highest award (cannot be worn with the metal flag emblem).



2.  Members of the Emergency Service Unit who complete and are certified in the NYPD Rappel Training Course may wear the Helicopter Rappel Bar (silver colored metal helicopter with wings) centered above the shield (see illustration).



3.  Members of the Emergency Service Unit (and Support Team) who have completed the Emergency Medical Technician Course and are currently certified by New York State, may wear the Emergency Medical Technician (EMT) certification symbol insignia. The insignia shall be worn on the upper left side of the shield backing.

**Service Bar**





Gold      Gold      Orange

4.  Members may elect to wear an orange bar, bordered in gold, with gold letters denoting their number of years of service. This bar is to be worn on short sleeve shirts in the following manner:

Centered above the right breast pocket, 1 /4" over the top edge of the pocket seam.

V - 5 years      X - 10 years
XV - 15 years    XX - 20 years
XXV - 25 years



COBA



CCA

5.  Members in the rank of Correction Officer and Captain may elect to wear a metal emblem representing membership in their respective union. This emblem shall be worn on the upper right side of the shield backing. (See illustrations of the union emblems at left).

416R



| EFFECTIVE DATE **07/07/06** | SUBJECT | | |
| CLASSIFICATION # **2270** | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | |  |
| DISTRIBUTION **A & E** | APPROVED FOR WEB POSTING [ ] YES [X] NO | PAGE **10** OF **67** PAGES | |

## III. REGULATIONS (Continued)

BREAST BARS
AND
METAL EMBLEMS
(Continued)



6.   Members who served in the military during the Desert Storm conflict may wear the Desert Storm breast bar. The breast bar shall be placed above the marksmanship medal on the shield backing.



7.   Awarded to those members of service who voluntarily devoted their time and efforts to the Hurricane Katrina relief effort. The breast bar shall be placed above the marksmanship medal, but below, the Desert Storm breast bar.

Illustrations of breast bars are in proper sequence when placed on shield backing.



Authorized for all uniformed personnel employed by the Department on September 11, 2001. The W.T.C. breast bar will be worn atop all other medals, breast bars, and unit citations but below the flag of the United States of America.



Department Medal of Honor

Gold   Green   White

Additional award of this medal is indicated by a gold oak leaf in the center of the bar.



Honorable Mention    (Silver Star)
Exceptional Merit     (Lt. Green Star)
Commendation         (Bronze Star)

Gold   Green   White   Orange   Blue

Two awards of the same medal are represented by the appropriately colored star centered on the green and blue. A third award is represented by the appropriately colored star centered on the green, blue and white.

Meritorious Duty

Gold   Green   White   Orange   Blue

Additional awards of this type are shown by a silver numeral centered on the bar indicating the total number of awards.



Excellent Duty

Gold   Green   Orange   White

Additional awards of this type are shown by a silver numeral centered on the bar indicat- ing the total number of awards.

NEW MATERIAL <u>UNDERLINED</u>

416R

|  | EFFECTIVE DATE<br>**07/07/06**<br><br>CLASSIFICATION #<br>**2270**<br><br>DISTRIBUTION<br>**A & E** | SUBJECT<br><br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** | |  |
|---|---|---|---|---|
| | | APPROVED FOR WEB POSTING<br>☐ YES  ☒ NO | PAGE **10A** OF<br>**67** PAGES | |

## III. REGULATIONS (Continued)

**BREAST BARS<br>AND<br>METAL EMBLEMS**<br>(Continued)



Unit Citation

Gold    Blue    Orange

Unit Citation awards shall have 2 silver colored numerals representing the last 2 digits of the year of the award, centered in the middle of the bar.

The Operations Ribbon shall have 2 gold colored numerals representing the last 2 digits of the year of the award, centered in the middle of the bar.

416R



| | EFFECTIVE DATE 07/07/06 | SUBJECT | | |
|---|---|---|---|---|
| | CLASSIFICATION # 2270 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | |  |
| | DISTRIBUTION A & E | APPROVED FOR WEB POSTING ☐ YES ☒ NO | PAGE **21** of 67 PAGES | |

### VII.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### _CORRECTION OFFICERS-OPTIONAL UNIFORM ITEMS_ (Continued)

5.   The Commando sweater may be worn in place of the Cruiser duty jacket in facilities or during outside duty assignments.

6.   Must contain an authorized and numbered certification label to be positioned at the back of the neck:

   a.   attached to the manufacturer's label; or
   b.   if equipped with the XCR lining, directly to the membrane.

### B.   TURTLENECK STYLE SWEATER



1.   Navy blue, police style turtleneck sweater made of 100% cotton or cotton blend with DCNY block letters in white, emblazoned on the left side of the neck cowl.

2.   The turtleneck sweater may only be worn with the regulation duty Cruiser jacket or Emergency Service duty jacket.

3.   The turtleneck sweater shall not be worn with any uniform shirt or Commando sweater, but in lieu of said items.

4.   The turtleneck sweater can be worn only on posts requiring the wearer to be outside of a facility during the course of the duty assignment.

Regulation
Turtleneck Style
Sweater

### C.   PATROL TACTICAL TROUSERS

Patrol Tactical Trousers:

• May be worn by Correction Officers in lieu of the standard uniform duty trousers when performing custodial duties and when assigned to units authorized to wear the class "B" utility uniform.

• May not be worn:

- when attending ceremonial functions;

- with the class "A" regulation summer blouse or class "A" winter reefer coat; or

- when assigned to facility or Headquarters administrative posts.

1.   FABRIC

Delta Mills style 9290, 65% Polyester 35% Rayon, 2 x 2 Serge Twill Plied Yawn, 15 - 15 ½ oz. per linear yard or equal pre-approved fabric.

416R



| EFFECTIVE DATE<br>**07/07/06**<br>CLASSIFICATION #<br>**2270**<br>DISTRIBUTION<br>**A & E** | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** | |
|---|---|---|
| APPROVED FOR WEB POSTING<br>☐ YES   ☒ NO | | PAGE **21A** of<br>**67** PAGES |



VII.  **UNIFORM AND EQUIPMENT SPECIFICATIONS**
*CORRECTION OFFICERS-OPTIONAL UNIFORM ITEMS* (Continued)

2.    COLOR

Dark navy blue, Delta Mills 15955.

3.    DESIGN

Shall be made on a full cut uniform pattern tapering from the knee to bottom and featuring two quarter top pockets, six utility pockets with flaps (4 functional, 2 nonfunctional), and inside reinforced knee pockets designed to utilize removable padding.

4.    POCKETS

a.    **Two quarter top pockets** shall have an opening of 6-½" and they shall be 6" deep from the bottom of the opening. They will be stitched, turned, and restitched. The inside pocket facing shall be a separate piece of self material finishing no less 1-½" wide.

b.    **Two front cargo/glove pockets** shall be 4-½" x 4-½" mitered with inverted pleats in center of pocket and 1-5/8" x 4-½" flaps with Velcro closure. Pocket will be located 3-½" from bottom of waistband to top of flap and 2-¼" from side seam.

c.    **Two rear hip pockets** shall be a 6-½" x 6-½" mitered patch pocket with inverted pleats, ¼" top stitching, bar tacked upper corners, and 2" x 6-½" flaps. The cargo pocket will be non-functional and the flap bar tacked closed. The top of the pocket will open into a hidden interior bezum pocket similar to that of the NYDOC duty trouser. The pocket will have a 6" wide opening and be 7" deep to accommodate the NYDOC memo book.

d.    **Left side seam cargo pocket** shall be centered on side seam 8"wide x 9" long mitered with inverted pleat in center of pocket, 2-½" x 8-½" flap.

416R




| EFFECTIVE DATE 07/07/06 CLASSIFICATION # 2270 | SUBJECT UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | |
|---|---|---|
| DISTRIBUTION A & E | APPROVED FOR WEB POSTING ☐ YES ☒ NO | PAGE 21B of 67 PAGES |

## VII.   UNIFORM AND EQUIPMENT SPECIFICATIONS

### CORRECTION OFFICERS-OPTIONAL UNIFORM ITEMS (Continued)

e.   **Right side seam cargo/utility pocket** shall be centered on side seam 8" wide x 9" long mitered with inverted pleats on both sides of pocket, 1-¼" from the sides, 2-½" x 8-¼" flap. The utility pockets between the 2 pleats will measure 5-½" wide by 5-¾" long. It will be divided into 3 separate scissor/equipment compartments. The 2 outer compartments must have 7" straps sewn down ½" above the compartment. The straps must have 2 female snaps placed ½" and 2" on center from bottom of strap. The male part of the snap is placed 1" from the top of the compartment. The utility pocket will also include a 5-½" wide by 3-¼" deep flap stitched down on 3 sides to hide excess strap material. The bottom of the flap (open end) must meet the top of the utility pocket.

Note:   All pockets and flaps shall be topstitched ¼". Straight tacks at upper corners of pockets and flaps. Loop Velcro on pockets, hook Velcro on flaps 1" x 1". The top of both side seam cargo pocket flaps will be 3-½" below the bottom opening of quarter top pockets.

## 5.   POCKETING

All pocketing shall be black, 75% Polyester 25% Cotton with a minimum thread count of 90 x 56. The weight shall be 3.0 yds/lb.

## 6.   WAISTBAND

The waistband shall be 2" wide and shall be closed with a crush-proof hook and eye, the eye being bar tacked for stability. The waistband curtain, attached with a rocap machine, shall have a 3 line Snugtex and be made of black, 65% Polyester 35% Cotton. No roll waistband stiffener, ¾" in width, shall be sewn into waistband on the front of the trouser from side seam to side seam. The trousers are to be made with a continuous closed waistband. The waistband shall be set on and shall be stitched below the lower edge trough the outer fabric and the waistband curtain.

NEW MATERIAL UNDERLINED

416R



| EFFECTIVE DATE **07/07/06** | SUBJECT | |
| CLASSIFICATION # **2270** | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | |
| DISTRIBUTION **A & E** | APPROVED FOR WEB POSTING ☐ YES  ☒ NO | PAGE **21C** of **67 PAGES** |



## VII.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### _CORRECTION OFFICERS-OPTIONAL UNIFORM ITEMS_  (Continued)

7.   INSIDE TRIM

The right fly and crotch linings shall be the same fabric and color as the waistband curtain. The right fly lining shall be sewn to the left fly below the zipper. The crotch lining shall be serged to each front. A separate French fly made of the outer fabric shall be sewn to the inside right fly.

8.   BELT LOOPS

There shall be a minimum of 5 belt loops on waist sizes 28, 29, 30, and a minimum of 7 on all sizes over 30. Each loop is to be ¾" wide, of double thickness, and stitched on the face side with a 2 needle machine. Except for the back loop which shall be tack on, all loops will be sewn into the bottom of the waistband and into the rocap. They shall accommodate a 1-5/8" belt.

9.   ZIPPER

The trousers shall be closed with a Scovil Guardloc or equivalent brass zipper and have a brass bottom stop at the base of the zipper chain. The straight bartack will be sewn through from the outside of the garment the inside at the bottom of the fly. It shall be sewn through the zipper tape, the right and left fly and the right-fly lining. The right and left fly shall be joined by an additional bartack located below the bottom zipper stop on the inside of the trouser.

10.   SEAMING

The entire trouser is to be seamed with Polyester core of 100% Polyester spun thread. The seat seam shall be stitched with a tandem needle seat seaming machine.

11.   CREASING

The front of the trouser legs must incorporate a $^1/_{16}$" top stitch, sewn in crease. Sewing must be 10 stitches per inch.

12.   SIZE TAG

The trouser shall have a sewn in label giving care instructions and an outside waistband label which will be marked with a lot number, size, fiber content and WPL number. A 13 permanent size label shall be sewn inside on the hip pocket.

416R



| | EFFECTIVE DATE<br>**07/07/06**<br>CLASSIFICATION #<br>**2270** | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** | |  |
|---|---|---|---|---|
| | DISTRIBUTION<br>**A & E** | APPROVED FOR WEB POSTING<br>☐ YES   ☒ NO | PAGE **21D** of<br>**67** PAGES | |

### VII.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### *CORRECTION OFFICERS-OPTIONAL UNIFORM ITEMS*  (Continued)

#### 13.   AUTHORIZATION TAG

Manufacturer will stitch in an authorization tag on the inside left seam cargo pocket. Tag will be sewn on top of inside pocket, directly below flap stitching. Tag will incorporate the following information. "APPROVED BY NYPD EQUIPMENT SECTION, SPEC # 623". Tag will be dark blue with white lettering. Size of tag will be 2" wide by 1" long.

### TAG (ACTUAL SIZE)



#### 14.   FINISHING AND PRESSING

All loose threads shall be removed. Trousers must be pressed completely and properly with the side seam, inseam, and seat seam pressed open. There must be a Texpak clip attached to the top fly of the finished trousers.

#### 15.   WARRANTY

One year against workmanship or fabric defects.

#### 16.   STANDARD SAMPLE

Unless otherwise specified shall be equal to the sample on the file at the Equipment Section.

### D.   LEATHER GLOVES

NYCDOC regulation black gloves completely made of 100% fully tanned cowhide with an athletic glove type wrist closure system. Each glove will be constructed of the following leather pieces: 1 front, 1 back, 1 thumb and 3 fourchettes. The back of the glove at the wrist shall be elasticized with 2 rows of $^{3}/_{16}$" elastic sewn with a zig-zag stitch.

**NEW MATERIAL UNDERLINED**

416R



| EFFECTIVE DATE<br>**07/07/06**<br>CLASSIFICATION #<br>**2270**<br>DISTRIBUTION<br>**A & E** | SUBJECT | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | |  |
|---|---|---|---|---|
| | APPROVED FOR WEB POSTING<br>[ ] YES  [X] NO | | PAGE **35**  OF<br>**67** PAGES | |

## IX.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### *SUPERVISORY OFFICERS – REGULATION UNIFORMS*   *(Continued)*

REGULATION
UNIFORM
OPTIONAL
UNIFORM ITEMS
CAPTAIN
(Continued)

**E. WINTER GLOVES**

Shall be the same as described for Correction Officer.

**F. WINDSTOPPER TROUSER LINER**

Shall be the same as described for Correction Officer.

**G. RAIN CHAPS**

Shall be the same as described for Correction Officer.

**H. DETACHABLE HOOD**

Shall be the same as described for Correction Officer.

**I.  OVERSOCKS**

Shall be the same as described for Correction Officer.

**J.  PATROL TACTICAL TROUSERS**

1.   The Patrol Tactical Trousers are optional for Captains assigned to:

   a.  i.   Facility housing area supervisory posts;

   ii.   Facility Kitchen details;

   iii.  Facility Intake details;

   iv.  Facility Environmental Health/Sanitation details; and

   v.   Facility Recreation details.

   b.  Details and Special Support Units where the wearing of a Class "B" uniform is mandatory (refer to Section IX, Class "B" Regulation Uniform Utility Captains).

**NEW MATERIAL UNDERLINED**



| 416R | | |
|---|---|---|
| **EFFECTIVE DATE** 07/07/06 | **SUBJECT** UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | |
| **CLASSIFICATION #** 2270 | | |
| **DISTRIBUTION** A & E | **APPROVED FOR WEB POSTING** ☐ YES ☒ NO | **PAGE 35A** OF 67 PAGES |



## IX.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS – REGULATION UNIFORMS  (Continued)

**REGULATION UNIFORM OPTIONAL UNIFORM ITEMS CAPTAIN (Continued)**

2.  Patrol Tactical Trousers may not be worn:

    a.  When attending ceremonial functions;

    b.  With the Class "A" regulation summer blouse or Class "A" winter reefer coat.

    c.  When assigned to facility or Headquarters administrative posts; or

    d.  When assigned to an area accessible to the public (i.e., Perry Center, Visit Control Building, etc.).

3.  Captains assigned to facility housing area and recreation supervisory posts must wear a regulation duty white shirt when wearing patrol tactical trousers.

The following equipment is authorized and shall be worn with all classes of uniforms where required:

**REGULATION UNIFORM EQUIPMENT CAPTAIN**

A.  **TROUSER BELT**

    Shall be the same as required for Correction Officer.

B.  **EQUIPMENT/GUNBELT**

    Shall be the same as for Correction Officer.

C.  **BELT KEEPERS (for Equipment/Gunbelt)**

    Shall be the same as described for Correction Officer.

D.  **DUTY HOLSTER (.38 cal, S&W, Model 10)**

    Shall be the same as described for Correction Officer.

```
FROM: CHIEF'S ORDER              MSG#: 2006 000818
TO  :                            SENT: 01/26/06     1740  HRS
SUBJ:
```
------------------------------------------------------------------

TELETYPE ORDER NO.    HQ -00219-0      **CORRECTED DATA**

DATE      JANUARY 26, 2006

TO        COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM      MARTIN F. HORN, COMMISSIONER

SUBJECT   DIRECTIVE NO. 2270 - UNIFORM AND EQUIPMENT SPECIFICATIONS AND
          REGULATIONS

    1.   PENDING THE REVISION OF DIRECTIVE NO. 2270 ENTITLED "UNIFORM AND
EQUIPMENT SPECIFICATIONS AND REGULATIONS", DATED 9/23/96 (AS AMENDED) THE
FOLLOWING CHANGE IS EFFECTIVE IMMEDIATELY:

    PAGE I, SECTION II. - POLICY

    REMOVE PARAGRAPH II.C. DATED **9/23/96** AND REPLACE WITH NEW
    PARAGRAPH II.C. DATED 1/26/06.

    (C.)   ALL DETAILED UNIFORM SPECIFICATIONS ARE TO BE KEPT ON
        FILE WITH THE <u>OFFICE OF THE CHIEF OF DEPARTMENT</u>.

**NEW MATERIAL <u>UNDERLINED</u>**

**<u>ADDITIONAL INFORMATION:</u>**

1.   THE UNIFORM COMMITTEE IS HEREBY DISSOLVED.
2.   ALL FURTHER DECISIONS REGARDING UNIFORMS WILL BE
     DISCUSSED AT, AND PROPOSED TO, THE OFFICE OF THE
     CHIEF OF DEPARTMENT.
3.   THE CHIEF OF DEPARTMENT WILL PRESENT ANY CHANGES TO THE
     COMMISSIONER FOR FINAL APPROVAL.

    2.   COMMANDING OFFICERS OF FACILITIES AND DIVISIONS SHALL ENSURE THAT
THE PROVISIONS OF THIS TELETYPE ORDER ARE COMPLIED WITH.

AUTHORITY
COMMISSIONER
HA/BJ

```
FROM: CHIEF'S ORDER          MSG#: 2003-003213
TO   :                        SENT: 04/18/03       1122  HRS
SUBJ:
```
----------------------------------------------------------------------

TELETYPE ORDER NO.     HQ -01206-0

DATE        APRIL 18, 2003

TO          COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM        ROBERT N. DAVOREN, CHIEF OF DEPARTMENT

SUBJECT     AUTHORIZED "CLASS 'B' UTILITY JACKET" REF: DIRECTIVE 2270

> TELETYPE ORDER # HQ -01176-0, DATED 4/15/03 IS HEREBY
> SUPERSEDED BY THIS TELETYPE. NEW MATERIAL **BOLD AND
> UNDERLINED**.

1.   IN KEEPING WITH THE PROVISIONS SET FORTH IN DIRECTIVE 2270,
ENTITLED "UNIFORM AND EQUIPMENT - SPECIFICATIONS AND REGULATIONS" DATED
09/23/96 (AS AMENDED HEREIN), SECTION VI, PARAGRAPH D "UNIFORM CLASS 'B'
UTILITY JACKET", THE DEPARTMENT HAS APPROVED A NEW CLASS "B" UTILITY JACKET.
THE AUTHORIZED MANUFACTURERS AT THIS TIME ARE **GERBER (AUTHORIZATION NUMBER
DOC 25) AND WHALING  (AUTHORIZATION NUMBER DOC 26).**   ADDITIONAL
MANUFACTURERS WILL BE ANNOUNCED AS THEY ARE APPROVED.

2.   IN ACCORDANCE WITH THE GUIDELINES SET FORTH IN DIRECTIVE 2270,
THIS CLASS "B" UTILITY JACKET IS MANDATORY FOR ALL OFFICERS ASSIGNED TO WORK
DETAILS AND SPECIAL SUPPORT UNITS WHOSE DUTIES REQUIRE WEARING OF THE CLASS
"B" UNIFORM. THEY INCLUDE:

| | |
|---|---|
| SUPPORT SERVICES DIVISION | CORRECTION INDUSTRIES DIVISION |
| TRANS. DIV. GARAGE DETAIL | DIV. & HQ. STOREHOUSES |
| FAC. KITCHEN DETAILS | FAC. ENVIRONMENTAL/SANIT. DETAILS |
| CONSTRUCTION MGMT. UNIT | FAC. MAINTENANCE DETAILS |
| FAC. INTAKE STAFF | W.P.R.C.U. (RECYCLING UNIT) |
| RECRUITS | |

**NOTE:**  ALTHOUGH THE CLASS "B" UTILITY JACKET IS ONLY MANDATORY FOR THE
ABOVE LISTED PERSONNEL, ANY MEMBER THAT WEARS A "B" UNIFORM IS ONLY
ALLOWED TO WEAR THE AUTHORIZED "B" JACKET AS AN OUTER GARMENT.  THIS
GARMENT CANNOT BE WORN WITH ANY OTHER UNIFORM.

3.   **THE JACKET IS NOW AVAILABLE AT VARIOUS AUTHORIZED VENDORS IN ALL**
**SIZES.**

4.   THIS JACKET IS MANDATED FOR ALL STAFF IDENTIFIED IN PARAGRAPH #2
ABOVE FOR THE ANNUAL INSPECTION. ALL REQUIRED STAFF (SEE PARAGRAPH 2#) ARE
MANDATED TO HAVE THE NEW JACKET.

5.   THE PRESENT CLASS "B" UNIFORM JACKET (EMERGENCY SERVICE TYPE) WILL
BE OBSOLETE AND FORBIDDEN TO BE WORN AFTER **SEPTEMBER 1, 2003**.

6.   SPECIFICATIONS - NYCDOC CLASS "B" UTILITY JACKET:

NYCDOC REGULATION DARK MIDNIGHT NAVY BLUE WITH CHARCOAL BLACK OR GRAY
PERMANENT WATERPROOF BREATHABLE LINING.   THE JACKET WILL INCLUDE A ZIPPED,
FRONT DOUBLE STORM FLY, VELCRO HOOK AND LOOP CLOSURE, PERMANENT FULL BODY
AND SLEEVE LINING, BISWING BACK, SHOULDER STRAPS, ZIPPED SIDE VENTS WITH
SNAP TABS.   THE FABRIC IS MADE OF 70 DENIER FILLING AND IS 100% NYLON.
THE CLASS "B" UTILITY JACKET WEIGHS APPROXIMATELY 36 OUNCES PER SQUARE
YARD.   THE JACKET WILL BE PERMANENTLY LABELED WITH THE MANUFACTURERS NAME
OR BRAND, COUNTRY OF ORIGIN AND PERMANENT SIZE LABELS.

7.   ALL OTHER PROVISIONS OF DIRECTIVE 2270 SHALL REMAIN IN FULL EFFECT.

8.   COMMANDING OFFICERS OF FACILITIES AND DIVISIONS ARE TO ENSURE THAT
THE CONTENT OF THIS TELETYPE ORDER IS READ AT TWENTY-ONE (21) CONSECUTIVE
ROLL CALLS AND POSTED IN APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
CHIEF OF DEPARTMENT
HA/RG

```
FROM: CHIEF'S ORDER        MSG#: 2001-002795
TO   :                     SENT: 05/07/01      1549   HRS
SUBJ:
```
-----------------------------------------------------------------------

TELETYPE ORDER NO.   HQ -01723-0

DATE     MAY 07, 2001

TO       COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM     WILLIAM J. FRASER, COMMISSIONER

SUBJECT   DIRECTIVE NO. 2270 - UNIFORM AND EQUIPMENT SPECIFICATIONS AND
                          REGULATIONS - <u>OPERATIONS RIBBON</u>

### ***** I M M E D I A T E   A T T E N T I O N *****

   1.  PENDING THE REVISION OF DIRECTIVE NO. 2270, "UNIFORM AND EQUIPMENT
SPECIFICATIONS AND REGULATIONS" DATED 9-23-96 (AS REVISED).  THE FOLLOWING
CHANGE IS EFFECTIVE IMMEDIATELY:

          SECTION III. REGULATIONS

   ADD THE FOLLOWING TO THE BOTTOM OF PAGE 10 "<u>BREAST BARS AND METAL
EMBLEMS</u>" AFTER "UNIT CITATION":



   2.  ALL OTHER PROVISIONS OF DIRECTIVE NO. 2270 REMAIN IN FULL FORCE
AND EFFECT.

   3.  COMMANDING OFFICERS OF FACILITIES AND DIVISIONS SHALL ENSURE THAT
THIS TELETYPE ORDER IS READ AT FIFTEEN (15) CONSECUTIVE ROLL CALLS AND
POSTED IN APPROPRIATE EMPLOYEE AREAS.

AUTHORITY:
COMMISSIONER
HA/CA

115

## THE CITY OF NEW YORK
## DEPARTMENT OF CORRECTION

# DIRECTIVE

| [ ] NEW | [ ] INTERIM | [X] REVISED | SUBJECT |
|---|---|---|---|
| EFFECTIVE DATE 06/02/00 | | *TERMINATION DATE / / | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |

| CLASSIFICATION # 2270 | SUPERSEDES *See Below* | DATED | DISTRIBUTION A & E | PAGE 1 OF 1 PAGES |

| RECOMMENDED FOR APPROVAL BY REVIEW BOARD MEMBER | AUTHORIZED BY THE COMMISSIONER |
|---|---|
| _William J. Fraser_ WILLIAM J. FRASER, CHIEF OF DEPARTMENT    SIGNATURE | BERNARD B. KERIK                         SIGNATURE |

# REVISION NOTICE

A.   Directive #2270, UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS, dated 09/23/96 (as amended) is hereby amended as follows:

Remove pages 2, 3, 6, 7, 9, 21, 24, 34, 43, 45, 46, 56, 57 and 58 of Directive #2270.  Replace with new pages 2, 2a, 3, 6, 7, 9, 21, 24, 34, 43, 45, 46, 56, 57 and 58  dated 06/02/00 (NEW MATERIAL UNDERLINED).

B.   All other provisions of Directive #2270 remain in full force and effect.

116



| EFFECTIVE DATE<br>06/02/00 | SUBJECT | |
|---|---|---|
| CLASSIFICATION<br># 2270 | UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION<br>A & E | PAGE 2 OF<br>67 PAGES | |

## III.   REGULATIONS   (Continued)

**UNIFORM
GENERAL RULES**

D.   Uniformed members of the Department authorized to wear civilian clothes, shall wear the prescribed uniform when so directed.

E.   Uniformed members of the Department shall wear at all times while on duty, the regulation duty uniform prescribed by the Commissioner and the Chief of Department, with exception of those individuals specifically authorized by the Commissioner or Chief of Department to wear appropriate civilian attire. <u>Uniforms are to be fitted in proportion to one's height and weight.  Members of the Department must have their uniforms refitted or replaced whenever a change in their weight significantly alters the correct proportional fit of their uniforms. **Class "A" Blouse:** The Class "A" Blouse must fit and lay on the body without any pulling or bunching of the seams.  The blouse must be able to be completely buttoned without pulling at the buttonhole.  The side vents of the blouse must lay flat on the body and slightly overlap in a closed position. **Uniform Pants:** Uniform pants are to be fit in a manner in which the braid lays flat along the hip and the opening on the pocket (between the seam and the braid) is no wider than 1 1/2 inch at the center of the pocket.  The pocket liner is never to be exposed.  Trouser legs are to be loose enough to fall straight along the line of the leg and not to pull or outline the shape of the thigh and leg. Uniform pants shall be of a length that, when standing, completely covers the ankle and touches the top portion of the regulation shoe with a break of no more (and no less) than one inch.  The pants leg shall not be tapered in any way and must fall in proportion to the overall width from inseam to shoe.</u>

F.   Members of the uniformed force, except when on suspension or on authorized leave, shall wear the regulation class "A" dress uniform or appropriate civilian business attire when reporting as respondents at official Departmental disciplinary hearings, either at Headquarters or the Office of Administrative Trials and Hearings (OATH).

G.   Uniformed members reporting to the aforementioned hearings as a witness, shall do so in regulation class "A" dress uniform or appropriate civilian business attire when on-duty and in appropriate civilian attire when off-duty.

H.   1.   Members of the uniformed force shall wear the regulation class "A" dress uniform when ordered to do so by teletype order, verbal and/or written direction by the Commissioner, Chief of Department, Commanding Officers or designees.

2.   Any employee, civilian or uniformed, who is directed to conduct business (training, meetings, hearings, errands, etc.), at any non-facility location (or outside agency or vendor), shall dress in a proper fashion.  Shorts, tank tops, dungarees, sandals, jogging suits, tee shirts and other non-professional dress are strictly prohibited.

3.   All uniformed members of the Department ordered to Headquarters for official meetings who are attending or participating in any business elsewhere, shall report in the class "A" regulation uniform.  The exception to this policy are individuals specifically authorized by the Commissioner or Chief of Department to wear appropriate civilian attire.

116



| | EFFECTIVE DATE<br>06/02/00 | SUBJECT<br><br>**UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** | |
|---|---|---|---|
| | CLASSIFICATION<br># 2270 | | |
| | DISTRIBUTION<br>A & E | PAGE **2a** OF<br>**67** PAGES |  |

## III.   REGULATIONS   (Continued)

### UNIFORM
### GENERAL RULES

4.   All uniformed staff must wear their uniform while on duty in accordance with the provisions of this Directive.  No one shall cover their uniform with non-uniform jackets, shirts, etc., unless off-duty or on official break.

I.   Uniforms and equipment shall be purchased and maintained at the expense of the member.

J.   Only uniforms bearing the authorized certification label, as stipulated herein, are permitted and approved for use.

K.   Seasonal uniform changes will be implemented upon direction by the Chief of Department, unless otherwise stipulated:

1.   Uniformed members of all ranks who are assigned to outside posts shall wear the long sleeve regulation duty uniform shirt and tie at all times between October 1 and April 30.

2.   Uniformed members of all ranks who are assigned to outside posts may wear the short sleeve regulation duty uniform shirt at all times between May 1 and September 30.

3.   Uniformed members of all ranks who are assigned to inside posts may wear short sleeve shirts and no ties all year round.  However, if worn with an outer garment, a tie must be worn.

Note: *During the period between October 1 and April 30, any member assigned to an inside post (wearing a short sleeve shirt), who is reassigned to an outside post, shall change into a long sleeve shirt and tie prior to assuming the outside post duty assignment.*

4.   When a long sleeve shirt is insufficient outerwear, the appropriate regulation garment must be worn with the duty shirt.  If an outer garment is worn, a tie must be worn whether the member is wearing a long or short sleeve shirt underneath.

Note:

1.   *All Wardens, Assistant Chiefs, and Bureau Chiefs are to wear the long sleeve regulation duty uniform shirt and tie at all times between October 1 and April 30.*

2.   *Between May 1st and September 30th, uniformed members in these ranks may wear the short sleeve uniform shirt, if they choose to and are not wearing an outer garment.*

416



| | |
|---|---|
| EFFECTIVE DATE<br>06/02/00 | SUBJECT<br><br>**UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** |
| CLASSIFICATION<br># 2270 | |
| DISTRIBUTION<br>A & E | PAGE 3 OF<br>67 PAGES |



## III.   REGULATIONS (Continued)

### UNIFORM
### GENERAL RULES
### (Continued)

L. **Command Insignias**

To be worn by Correction Officers on both collars of the uniform shirt, with the exception of officers certified in Mental Health who shall wear the Mental Health insignia on the left collar (see illustration Section XI).

M. **Departmental Insignias**

To be worn by Correction Officers on both lapel collars of blouses, jackets and coats (see illustration Section XI).

N. **Service Stripes**

To be worn only by Correction Officers; light blue hash stripe, bordered in white and black, to be affixed to the left sleeve of all long sleeve shirts, winter reefer coats, summer blouses, cruiser duty jackets, utility "B" jackets and sweaters.

Each hash stripe represents 5 years of service as follows:

| | |
|---|---|
| / | 5 years |
| // | 10 years |
| /// | 15 years |
| //// | 20 years |
| ///// | 25 years |

(For placement of service stripes, see Section XII).



(Represents 10 years of service).

Black   White   Blue

O. **Uniform Shirts/T-Shirts/Ties/Pants**

1. When wearing a long-sleeved uniform shirt, a regulation tie must be worn at all times.

416



| EFFECTIVE DATE 06/02/00 | SUBJECT | |
| --- | --- | --- |
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION A & E | PAGE 6 OF 67 PAGES | |

## III.   REGULATIONS   (Continued)

**UNIFORMS & EQUIPMENT INSPECTION**

AA.   Inspection of uniforms and equipment shall be performed in the following manner:

1.   The supervisory officer conducting the daily roll call, or a designee, shall personally inspect every officer to ensure that the uniform and equipment are in compliance with the regulations contained herein.

2.   In the event an officer is not in compliance, the officer will be instructed to immediately remedy the situation and when appropriate, disciplinary action shall be taken.

3.   In addition to inspections at roll call and the scheduled annual inspection, supervisory officers shall periodically inspect uniforms during normal tours of inspection.

**UNIFORMS & EQUIPMENT ANNUAL INSPECTION**

4.   During the annual uniform inspection, the Uniform Inspection Record Card (Form #120 - 1/96), shall be utilized and properly completed by the supervisory officer performing the inspection. The time and place of the annual inspection shall be determined by the Commanding Officer, commencing on the first business day in May and concluding on the first business day in June.

5.   Officers who are on authorized vacation, indefinite sick leave, or other leave during the scheduled inspection period shall have their annual inspection within 2 weeks after they return to duty.

**PERSONAL APPEARANCE WHEN IN UNIFORM**

BB.   All members of the Department shall wear their hair in a style that does not fall below the top of the shirt collar and allows for the wearing of the regulation uniform cap to fit squarely on the top of the head with the center of the visor directly over the nose. Members of the Department may not cut, shave or wear their hair in a manner that results in an unnatural pattern, design or style.  In addition, members may not color their hair in a shade not normally recognized as a natural shade.

CC.   Beards, mustaches and sideburns shall be maintained and worn in the manner prescribed herein:

Beards must be closely trimmed and shaped in conformity with the jaw line.  Mustaches and sideburns must be neatly trimmed.   All facial hair must be trimmed within 1" from the face and worn in a manner that will not interfere with the wearing and utilization of any protective gear.

DD.   Members of the Department shall maintain their fingernails to a length not to exceed one half (1/2) inch from the tip of the finger and be worn in a manner that will not impede their ability to properly, efficiently and rapidly use or operate keys, firearms, handcuffs or any item or device relative to their duties.   The shape of the nail shall be in keeping with the natural contour of the finger.  Members of the Department shall not cover their nails with any loud, reflective, or extreme shade of color.  Nor shall the nail be painted in any intricate or ornamental design.  Only subdued, translucent pastel shades of a single color shall be worn.  There is to be no ornamental attachment to the fingernail.

416



| EFFECTIVE DATE 06/02/00 | SUBJECT |
| --- | --- |
| CLASSIFICATION # 2270 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |
| DISTRIBUTION A & E | PAGE **7** OF **67** PAGES |



## III.   REGULATIONS  (Continued)

**SHIELD AND IDENTIFICATION CARD**

EE. Members of the Department shall not wear any facial jewelry (including placement of any adornment on the tongue). Earrings shall not be worn nor necklaces, bracelets or jewelry of any kind that are exposed and can be seen at the neck or wrist. A simple watch is permitted.

FF. Rings are limited to a total of 2 on each hand. No ring that is attached to another can be worn to bind or link 2 or more fingers. No ring can be worn that restricts the natural and complete movement of the fingers.

GG. Decorative hair accessories and loose hair or bobby pins are not permitted. Only those items that are essential to keeping the hair off of one's collar or off of one's face is permitted. These items must fit securely on the head or be able to be secured to the hair so that they cannot fall from the head without notice. They must be a color that conforms to the color of the hair and must be of a shade that is normally recognized as a natural hair shade.

HH. Members shall carry their shield and identification card at all times. They shall wear their shield on their outermost garment at all times and specifically display the shield when in civilian clothes and visiting departmental facilities/units, in attendance at the Correction Academy/Range, Headquarters or when at the scene of an emergency. The member's shield and name plate (see section KK), shall be affixed to a black leather shield/name plate holder measuring approximately 2 1/4" wide X 3 1/4" high. The holder shall be capable of accepting the authorized shield by containing two (2) eyelets 1 3/4" apart. In addition, the holder shall also contain two (2) eyelets placed horizontally, approximately 2" apart, underneath the shield eyelets to accept the nameplate. Members who are authorized to wear approved breast bars (see section NN), must ensure that the shield/nameplate holder is large enough (above the shield) to accept the placement of the breast bar(s). The practice of wearing the black leather shield/name plate holder with empty horizontal eyelets for approved breast bars is unacceptable.

*Note: The placement of any pin ornaments either on or around the shield, including facsimiles of Departmental emblems, is unauthorized.*

II. It is the responsibility of every member to safeguard their shield and identification card at all times, and to ensure that any unauthorized individual does not gain possession of the shield and/or identification card.

JJ. Pictures for all new identification cards shall be taken with a red background for uniformed personnel. The prescribed uniform for the picture shall be:

1. **Correction Officers**
   Regulation duty uniform navy blue shirt with command insignias and black tie. No jackets, sweaters or any other outerwear shall be permissible.

2. **Supervisory Officers**
   Regulation duty uniform white shirt with rank insignias and black tie. No jackets, sweaters or any other outerwear shall

416

| | EFFECTIVE DATE<br>06/02/00 | SUBJECT<br>**UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** | |
|---|---|---|---|
| | CLASSIFICATION<br># 2270 | | |
| | DISTRIBUTION<br>A & E | PAGE **9** OF<br>**67** PAGES | |

## III.  REGULATIONS  (Continued)

NN.  Members shall wear authorized breast bars starting $^1/_4$" above the center of the shield and each bar shall be $^1/_4$" apart.  When more than 1 breast bar is worn, the highest awarded bar shall be on top, furthest away from the shield.

> *NOTE:  Breast bars from other agencies or those representing ethnic or religious affiliations are unauthorized .*





Blue  Gold  White  Red  Gold





Service Bar

1.  Members may elect to wear a metal emblem of the flag of the United States of America not to exceed 1" square, worn above the center of the shield or authorized breast bars (see illustration) or a breast bar depicting the flag of the United States of America (see illustration) to be worn centered above the shield or the highest award (cannot be worn with the metal flag emblem).

2.  Members of the Emergency <u>Service</u> Unit who complete and are certified in the NYPD Repel Training Course may wear the Helicopter Repel Bar (silver colored metal helicopter with wings) centered above the shield (see illustration).

3.  Members of the Emergency <u>Service</u> Unit (and Support Team) who have completed the Emergency Medical Technician Course and are currently certified by New York State, may wear the Emergency Medical Technician (EMT) certification symbol insignia. The insignia shall be worn on the upper left side of the shield backing.



Gold      Gold      Orange

4.  Members may elect to wear an orange bar, bordered in gold, with gold letters denoting their number of years of service.  This bar is to be worn on short sleeve shirts in the following manner:

Centered above the right breast pocket, 1/4" over the top edge of the pocket seam.

|  |  |
|---|---|
| V -  5 years | X - 10 years |
| XV - 15 years | XX - 20 years |
| XXV - 25 years | |



COBA

5.  Members in the rank of Correction Officer and Captain may elect to wear a metal emblem representing membership in their respective union. This emblem shall be worn on the upper right side of the shield backing. (See illustrations of the union emblems at left).



CCA







416



| | EFFECTIVE DATE<br>06/02/00 | SUBJECT<br><br>**UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** | |
|---|---|---|---|
| | CLASSIFICATION<br># 2270 | |  |
| | DISTRIBUTION<br>A & E | PAGE 21 OF<br>67 PAGES | |

## VII. UNIFORM AND EQUIPMENT SPECIFICATIONS

### CORRECTION OFFICERS-OPTIONAL UNIFORM ITEMS   (Continued)

    5. The Commando sweater may be worn in place of the Cruiser duty jacket in facilities or during outside duty assignments.

    6. Must contain an authorized and numbered certification label to be positioned at the back of the neck:

        a. attached to the manufacturer's label; or

        b. if equipped with the XCR lining, directly to the membrane.

**B. TURTLENECK STYLE SWEATER**



Regulation
Turtleneck Style
Sweater

    1. Navy blue, police style turtleneck sweater made of 100% cotton or cotton blend with DCNY block letters in white, emblazoned on the left side of the neck cowl.

    2. The turtleneck sweater may only be worn with the regulation duty Cruiser jacket or Emergency Service duty jacket.

    3. The turtleneck sweater shall not be worn with any uniform shirt or Commando sweater, but in lieu of said items.

    4. The turtleneck sweater can be worn only on posts requiring the wearer to be outside of a facility during the course of the duty assignment.

**C. [THIS SECTION INTENTIONALLY BLANK]**

**D. LEATHER GLOVES**

NYCDOC regulation black gloves completely made of 100% fully tanned cowhide with an athletic glove type wrist closure system. Each glove will be constructed of the following leather pieces: 1 front, 1 back, 1 thumb and 3 fourchettes. The back of the glove at the wrist shall be elasticized with 2 rows of $3/16$'' elastic sewn with a zig-zag stitch.

416



| EFFECTIVE DATE 06/02/00 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
| DISTRIBUTION A & E | PAGE **24** OF **67** PAGES | |

## VIII.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### *CORRECTION OFFICER - UNIFORM EQUIPMENT*   (Continued)

**REGULATION UNIFORM EQUIPMENT**

The following equipment is authorized and shall be worn with all classes of uniforms where required:

**A.   TROUSER BELT**
Uniform approved black leather, 1 3/4" wide with silver or black buckle.

**B.   EQUIPMENT/GUNBELT**
Uniform approved black leather/laminate, 2 1/4" wide with silver or black buckle, as noted below:



Regulation Gunbelts

| Manufacturer * | Model # * |
|---|---|
| Cobra | BIP |
| DeSantis | B33 |
| JP | 5FL |
| Safariland | 146 |

*Note:   The equipment belt is to be worn just below (within one inch) of the trouser belt and be of equal distance from the trouser belt at all points around the torso. Belts are not permitted to hang loosely or at an angle on the torso. Buckles with ornamental designs or insignias are not authorized on the trouser belt or equipment gunbelt.*

**C.   BELT KEEPERS (for Equipment Gunbelt)**
Uniform approved black leather/laminate or equivalent with black or silver snaps, as noted below:



Regulation Belt Keepers

| Manufacturer * | Model # * |
|---|---|
| Cobra | U7 |
| DeSantis | V1 |
| JP | 25 |
| Safariland | 65 |

**D.   DUTY HOLSTER (.38 cal, S&W, Model 10)**
Uniform approved black leather swivel type with interlocking safety internal device, as noted below:

| Manufacturer * | Model# * |
|---|---|
| JP | 2074S |

**E.   DUTY HOLSTER (9mm, S&W, Models 5946, 6946 and 3953)**
Uniform approved black leather/laminate multi-construction security holster, as noted below:

| Manufacturer * | Model # * |
|---|---|
| Cobra | X100/X100A |
| DeSantis | 78 |
| Safariland | 2955 |

116



| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 06/02/00 | **UNIFORM AND EQUIPMENT** | |
| CLASSIFICATION | **SPECIFICATIONS AND REGULATIONS** | |
| # 2270 | | |
| DISTRIBUTION | PAGE 34 OF | |
| A & E | 67 PAGES | |



## IX.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS-REGULATION UNIFORMS   (Continued)

**CLASS "B" REGULATION UNIFORM UTILITY CAPTAIN** (Continued)

A small rank insignia shall be affixed to the center of the patch.

### D. UNIFORM CLASS "B" UTILITY JACKET

Shall be the same as required for Correction Officer with the following modification:

The rank insignia shall replace the DC insignia on the collar.

### E. SOCKS

Shall be the same as required for Correction Officer.

### F. SHOES

Shall be the same as required for Correction Officer.

The following have been authorized as regulation uniform items but are not listed as mandatory (optional).

**REGULATION UNIFORM OPTIONAL UNIFORM ITEMS CAPTAIN**

### A. COMMANDO V-NECK SWEATER

Shall be the same as for Correction Officer with the following modifications:

1. The epaulets shall be stitched at the shoulder seam to accept rank insignia cloth shoulder boards.

2. The rank insignia shall be military gold colored rank designation imprinted on black cloth shoulder boards trimmed at both ends with thin gold stripes,  to be slipped through the sweater epaulets.

### B. TURTLENECK STYLE SWEATER

Shall be the same as described for Correction Officer.

### C. [THIS SECTION INTENTIONALLY BLANK]

### D. LEATHER GLOVES

Shall be the same as described for Correction Officer.