416

| | EFFECTIVE DATE<br>06/02/00 | SUBJECT | | |
|---|---|---|---|---|
|  | CLASSIFICATION<br># 2270 | UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS | |  |
| | DISTRIBUTION<br>A & E | PAGE 43 OF<br>67 PAGES | | |

## IX.   UNIFORM AND EQUIPMENT SPECIFICATIONS

*SUPERVISORY OFFICERS-REGULATION UNIFORMS*   (Continued)

### CHIEF OF DEPARTMENT

**REGULATION UNIFORM EQUIPMENT**

A.   **RANK INSIGNIA**
The rank insignia, 4 gold gilt stars (large and small size), shall be worn as described for Bureau Chief.

B.   The regulation duty uniform shall be the same as required for Bureau Chief.

C.   The class "A" regulation dress uniform shall be the same as required for Bureau Chief.

**OPTIONAL UNIFORM ITEMS & EQUIPMENT**

D.   The optional uniform items shall be the same as for Bureau Chief.

E.   The equipment shall be the same as for Bureau Chief.

## X.   UNIFORM AND EQUIPMENT SPECIFICATIONS

*SPECIALIZED COMMAND UNIFORMS*

**CREW NECK TEE SHIRT**

Members of the Department assigned to the following units are permitted to wear the prescribed uniform when performing duties specific to the function of their assignment and shall not deviate or modify or inter-change in any manner the prescribed uniform set forth herein.  The crew neck tee shirt shall not be worn when working a post designated for a regulation duty, regulation class "A" or "B" uniform.  The permitted units are as follows:

a.   HARBOR UNIT
b.   SUPPORT SERVICES DIVISION
c.   CANINE UNIT
d.   EMERGENCY SERVICE UNIT
e.   S.C.U.B.A. UNIT
f.   CORRECTION ACADEMY

**SPECIFICATIONS**

Regulation dark colored navy blue, 50% cotton, 50% polyester, crew neck, taped neck shoulder to shoulder.  The lettering color of the silk screening shall be white.

**SHIRT FRONT**
**NYCD**

The front of the crew neck tee shirt shall read NYCD, from the front left chest.  The lettering shall be 1 1/2 inches high, and 3/4 inches wide for a combined total length of 3 3/8 inches.

**SHIRT BACK**

The full back of the crew neck tee shirt will read:

| NYC<br>CORRECTION<br>ACADEMY<br>(P/T Instructors Only) | NYC<br>CORRECTION<br>EMERGENCY SERVICE<br>UNIT | NYC<br>CORRECTION<br>HARBOR |
|---|---|---|
| NYC<br>CORRECTION<br>SCUBA | NYC<br>CORRECTION<br>K-9 | NYC<br>CORRECTION<br>SSD |

**NYC CORRECTION**

[1st line]   Each letter shall be 4 inches high, 3 inches wide, and a total length of 10 inches;
[2nd line]   Each letter shall be 2 3/4 inches high, 3/8 inches wide, for a length of 13 1/2 inches;

[3rd line]   Each letter shall be 2 3/4 inches high, 3/8 inches wide, for a length of 8 1/4 inches;

416



| EFFECTIVE DATE | SUBJECT |
|---|---|
| 06/02/00 | **UNIFORM AND EQUIPMENT** |
| CLASSIFICATION | **SPECIFICATIONS AND REGULATIONS** |
| # 2270 | |
| DISTRIBUTION | PAGE 45 OF |
| A & E | 67 PAGES |



## X.    UNIFORM AND EQUIPMENT SPECIFICATIONS

### *SPECIALIZED COMMAND UNIFORMS*   (Continued)

2. The emergency service duty shirt shall be sold pre-patched with the Departmental patch on the left sleeve $1/_2$" from the shoulder seam and the command patch affixed to the right sleeve $1/_2$" from the shoulder seam (3 $1/_2$" for Communications/Radio Repair Unit). In addition, 5 other patches shall be affixed as follows:

a. **Unit Identification Patch (Shirt Back)**



Six inch by nine and seven-eighths inch embroidered patch sewn centered and level to the rear of the shirt at the shoulder-line. The COMMAND NAME centered on the patch, embroidered in 1 $1/_2$" letters with the words NYC, CORRECTION on the following 2 lines in $3/_4$" letters. The embroidery shall be sewn onto a background of midnight navy-blue twill 65% polyester/35% cotton in block lettering with snow white colored thread.

b. **Unit Identification Patch (Right Breast)**



Two and one-half inch by four inch duplicate of Unit Identification Patch (shirt back) with the COMMAND NAME, embroidered onto a background of midnight navy-blue twill 65% polyester/35% cotton in $5/_8$" letters and the words NYC, CORRECTION on the following 2 lines in $1/_2$" letters. The patch shall be sewn to right breast of shirt above pocket.

c. **Member Identification Patch (Left Breast)**



Three and three-eighths inch by two and one-half inch embroidered name and patch, sewn over left breast pocket. The member's name, centered on the patch, embroidered in $3/_8$" letters and member's shield number on the subsequent line in $3/_8$" letters. The embroidery shall be block lettering sewn onto a background of midnight navy-blue twill 65% polyester/35% cotton with the following colored thread; for this patch only:

i.    Correction Officer:

Snow White

ii.    Supervisory Officer:

Yellow-Orange

***Note:***    *Supervisory ranks above Captain shall have their rank spelled out in place of their shield number.*



| | EFFECTIVE DATE<br>06/02/00 | SUBJECT | | |
|---|---|---|---|---|
| | CLASSIFICATION<br># 2270 | **UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** | |  |
| | DISTRIBUTION<br>A & E | | PAGE **46** OF<br>**67** PAGES | |

## X.   UNIFORM AND EQUIPMENT SPECIFICATIONS

*SPECIALIZED COMMAND UNIFORMS*   (Continued)

**REGULATION
DUTY UNIFORM
EMERGENCY
SERVICE UNITS**
(Continued)







d.  Collar insignias

Two, 1 ¹/₂" x 1" collar insignias sewn to each point of shirt collars. The embroidery shall be block lettering (except emblem for Harbor and Communications/Radio Repair Unit) sewn onto a background of midnight navy-blue twill 65% polyester/35% cotton and read the following:

i.  Correction Officer:

ESU, K-9 & FSU

(Snow-White colored thread)

ii.  Correction Officer:

Harbor Unit

(Anchor Emblem)

iii.  Correction Officer:

Communications/Radio Repair Unit

(Signal Flags Emblem)

iv.  Supervisory Officer:

Rank Insignia

(Yellow-Orange colored thread)

3.  Long sleeve and short sleeve uniform shirt specifications are identical with the exception of the length of the sleeve.

4.  Left sleeve of long sleeve shirt accepts service stripes for Correction Officers (see Section XII for placement).

416



| | EFFECTIVE DATE 06/02/00 | SUBJECT UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | |
|---|---|---|---|
| | CLASSIFICATION # 2270 | | |
| | DISTRIBUTION A & E | PAGE 56 OF 67 PAGES | |



## XI. UNIFORM AND EQUIPMENT SPECIFICATIONS
### DEPARTMENTAL AND COMMAND INSIGNIAS

A. All Correction Officers, when wearing a regulation Cruiser duty jacket, regulation class "A" summer blouse, regulation class "A" winter reefer coat or regulation class "B" utility jacket, shall wear the silver colored, metal Departmental insignia with $1/2$" lettering, on both collars.

$$DC$$
$$|\,{}^{1}/_{2}{}''\,|\,{}^{1}/_{2}{}''\,|$$

B. All Correction Officers, when in uniform, are directed to wear silver colored, metal command insignias with $1/2$" lettering for commands with insignias with 3 or less letters and $3/8$" lettering for commands with insignias containing 4 letters or symbols (where applicable), on uniform shirt collars at all times.

$$AMKC$$
$$|\,{}^{3}/_{8}{}''\,|\,{}^{3}/_{8}{}''\,|\,{}^{3}/_{8}{}''\,|\,{}^{3}/_{8}{}''\,|$$

1. The following letter command insignias are authorized:

| INSIGNIA | FACILITY/DIVISION/UNIT |
|---|---|
| AMKC | ANNA M. KROSS CENTER |
| ARDC | ADOLESCENT RECEPTION DETENTION CENTER |
| BCF | BROOKLYN CORRECTIONAL FACILITY |
| BHPW | BELLEVUE HOSPITAL PRISON WARD |
| BKDC | BROOKLYN DETENTION COMPLEX (Including Court Facilities) |
| BXDC | BRONX DETENTION COMPLEX (Including Court Facility) |
| CA | CORRECTION ACADEMY |
| CID | CORRECTION INDUSTRIES DIVISION |
| *CIFM | CORRECTIONAL INSTITUTION FOR MEN |
| *EMTC | ERIC M. TAYLOR CENTER |

416



| EFFECTIVE DATE 06/02/00 | SUBJECT UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
|---|---|---|
| CLASSIFICATION # 2270 | | |
| DISTRIBUTION A & E | PAGE 57 OF 67 PAGES | |

## XI.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### *DEPARTMENTAL AND COMMAND INSIGNIAS*   (Continued)

| INSIGNIA | FACILITY/DIVISION/UNIT |
|---|---|
| CJB | CRIMINAL JUSTICE BUREAU |
| CPSU | CENTRAL PUNITIVE SEGREGATION UNIT |
| DIV1 | DIVISION I |
| DIV2 | DIVISION II |
| EHPW | ELMHURST HOSPITAL PRISON WARD |
| ESU | EMERGENCY SERVICE UNIT (when wearing class "A" uniform) |
| FSU | FIRE AND SAFETY UNIT (when wearing class "A" uniform) |
| GMDC | GEORGE MOTCHAN DETENTION CENTER |
| GRVC | GEORGE R. VIERNO CENTER |
| HQ | HEADQUARTERS (Including Units located at Hudson Street, Battery Place & Lefrak City) |
| CID | CORRECTION INDUSTRIES DIVISION |
| HIIP | HIGH IMPACT INCARCERATION PROGRAM |
| JATC | JAMES A. THOMAS CENTER |

416



| EFFECTIVE DATE<br>06/02/00<br><br>CLASSIFICATION<br># 2270<br><br>DISTRIBUTION<br>A & E | SUBJECT<br>UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS<br><br>PAGE 58 OF<br>67 PAGES |  |
|---|---|---|

## XI.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### *DEPARTMENTAL AND COMMAND INSIGNIAS*   (Continued)

| **INSIGNIA** | **FACILITY/DIVISION/UNIT** |
|---|---|
| K 9 | CANINE UNIT<br>(when wearing class "A" uniform) |
| KCH | KINGS COUNTY HOSPITAL PRISON WARD |
| MDC | MANHATTAN DETENTION COMPLEX<br>(Including Court Facility) |
| NIC | NORTH INFIRMARY COMMAND |
| OBCC | OTIS BANTUM CORRECTIONAL CENTER |
| QDC | QUEENS DETENTION COMPLEX<br>(Including Court Facility) |
| RISU | RIKERS ISLAND SECURITY UNIT |
| RMSC | ROSE M. SINGER CENTER |
| SOD | SPECIAL OPERATIONS DIVISION |
| SSD | SUPPORT SERVICES DIVISION |
| STEP | SELF TAUGHT EMPOWERMENT PROGRAM |
| TD | TRANSPORTATION DIVISION |
| VCBC | VERNON C. BAIN CENTER |
| WF | WEST FACILITY |

```
FROM: CHIEF'S ORDER          MSG#: 2000-008703
TO   :                       SENT: 12/07/00     1432  HRS
SUBJ:
```
--------------------------------------------------------------------------

TELETYPE ORDER NO. HQ -04996-0

DATE       DECEMBER 07, 2000

TO         COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM       ROBERT DASH, CHIEF OF SECURITY

SUBJECT    NEWLY AUTHORIZED "CLASS 'B' UTILITY JACKET"
           LIMITED AVAILABILITY/UNAUTHORIZED GARMENTS

### **** I M M E D I A T E   A T T E N T I O N ****

1. LIMITED AVAILABILITY- SUSPENSION OF IMPLEMENTATION DATE

   A. AS DELINEATED IN TELETYPE ORDER #HQ-04032 ENTITLED
      "NEWLY AUTHORIZED "CLASS 'B' UTILITY JACKET", DATED
      9/28/00, THE NEWLY AUTHORIZED" CLASS 'B' UTILITY JACKET"
      WAS INITIALLY SCHEDULED TO BE AVAILABLE FOR PURCHASE ON
      NOVEMBER 20, 2000 AND THE PRESENT "CLASS 'B' UNIFORM
      JACKET" (EMERGENCY SERVICE TYPE) WAS TO BE PHASED-OUT
      EFFECTIVE JANUARY 1, 2001.

   B. IT HAS BEEN BROUGHT TO THE ATTENTION OF THIS OFFICE THAT THE
      AVAILABILITY OF THIS NEW GARMENT IS VERY LIMITED.

   C. THEREFORE, UNTIL SUCH TIME AS THE NEW GARMENT IS READILY
      AVAILABLE, THE PRESENT GARMENT (EMERGENCY SERVICE TYPE) MAY
      BE WORN. (THE NEW IMPLEMENTATION DATE WILL BE ANNOUNCED
      UNDER A SEPARATE TELETYPE.)

2. UNAUTHORIZED GARMENTS

   A. FURTHERMORE, IT HAS BEEN BROUGHT TO THE ATTENTION OF THIS
      OFFICE THAT VENDORS MAY BE OFFERING FOR SALE, VERSIONS OF
      THE "CLASS 'B' UTILITY JACKET" THAT ARE NOT AUTHORIZED.

   B. MEMBERS ARE CAUTIONED ONLY TO PURCHASE D.O.C. AUTHORIZED
      GARMENTS.

   C. AS DETAILED IN TELETYPE ORDER #HQ-04032, DATED 9/28/00, EACH
      GARMENT MUST HAVE THE D.O.C. AUTHORIZATION NUMBER "D.O.C.
      25."

      NOTE: THE AUTHORIZED AND NUMBERED CERTIFICATION LABEL IS
            SEWN INTO THE JACKET'S PERMANENT LINING AND IS SEWN
            DOWN ON ALL FOUR (4) SIDES.

D.   IF A MEMBER HAS KNOWLEDGE THAT A VENDOR IS OFFERING UNAUTHORIZED UNIFORM ITEMS FOR SALE, THE MEMBER SHOULD NOTIFY THE CHAIRPERSON OF THE UNIFORM COMMITTEE, IN WRIT͠G, WITH A DETAILED MEMO AS FOLLOWS:

UNIFORM COMMITTEE, CHAIRPERSON
OFFICE OF THE CHIEF OF SECURITY
TRAILER #1 MANDANICI ROAD
RIKERS ISLAND

3.   COMMANDING OFFICERS OF FACILITIES AND DIVISIONS ARE TO ENSURE THAT THE CONTENT OF THIS TELETYPE ORDER IS READ AT TWENTY-ONE (21) CONSECUTIVE ROLL CALLS AND POSTED IN APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
OFFICE OF THE CHIEF OF DEPARTMENT
HA/BJ

```
FROM: CHIEF'S ORDERS 3      MSG #: 2000-002157
TO  : 02C8                  SENT : 03/20/00   1849 HRS      PRIORITY: 2
SUBJ:
```

TELETYPE ORDER NO. HQ-01186-0

DATE       MARCH 20, 2000

TO         COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM       BERNARD B. KERIK, COMMISSIONER

SUBJECT    DIRECTIVE NO. 2270 – UNIFORM AND EQUIPMENT SPECIFICATIONS AND
           REGULATIONS – PREGNANT UNIFORMED MEMBERS
           OF THE DEPARTMENT

    1.  PENDING THE REVISION OF DIRECTIVE NO. 2270, "UNIFORM AND EQUIPMENT
SPECIFICATIONS AND REGULATIONS" DATED 9-23-96 (AS AMENDED 3-28-97), THE
FOLLOWING CHANGE IS EFFECTIVE IMMEDIATELY:

        ADD THE FOLLOWING "NOTE" TO SECTION III, UNIFORMS/GENERAL RULES,
PARAGRAPH E (PAGE 2):

        **NOTE:** ONCE PREGNANT UNIFORMED MEMBERS OF THE DEPARTMENT CAN NO
            LONGER WEAR THE UNIFORM PROPERLY OR COMFORTABLY, THEY ARE
            AUTHORIZED TO WEAR PROPER BUSINESS ATTIRE WHILE ON DUTY.
            IN SUCH CASES PROPER BUSINESS ATTIRE WILL INCLUDE MATERNITY
            STYLE DRESSES, BLOUSES AND PANTS WITH ELASTIC WAISTBANDS.

    2.  ALL OTHER PROVISIONS OF DIRECTIVE #2270 REMAIN IN FULL FORCE AND
EFFECT.

    3.  COMMANDING OFFICERS OF FACILITIES AND DIVISIONS SHALL ENSURE THAT
THIS TELETYPE ORDER IS COMPLIED WITH AND READ AT FIFTEEN (15) CONSECUTIVE
ROLL CALLS AND COPIES ARE POSTED IN APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
COMMISSIONER
HA/CA

TO   : 02C8
SUBJ: 4150-0

SENT: 09/27/99 06:33 PM     PRIORITY: 2

Drc 2270 FYI

TELETYPE ORDER NO. 4150-0

DATE        SEPTEMBER 27, 1999

TO          COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM        WILLIAM J. FRASER, CHIEF OF DEPARTMENT

SUBJECT     UNIFORM UPDATE -  ALL WARDENS, BUREAU CHIEFS AND ASSISTANT CHIEFS


1.  ALL UNIFORMED PERSONNEL IN THE ABOVE NOTED RANKS ARE DIRECTED TO WEAR LONG SLEEVE UNIFORMED SHIRTS AND TIES, AT ALL TIMES, DURING THE WINTER CHANGE OVER PERIOD THAT COMMENCES ON OCTOBER 1ST AND ENDS APRIL 30TH OF EACH YEAR.

2.  BETWEEN MAY 1ST AND SEPTEMBER 30TH, UNIFORMED MEMBERS IN THESE RANKS MAY WEAR THE SHORT SLEEVE UNIFORMED SHIRTS, IF THEY CHOOSE TO AND ARE NOT WEARING A LONG SLEEVED OUTER GARMENT.

3.  STRICT COMPLIANCE WITH THE CONTENTS OF THIS TELETYPE ORDER IS DIRECTED.


AUTHORITY:
CHIEF OF DEPARTMENT
HA/HS

FROM: CHIEF'S ORDERS          MSG#: 99-00009297
TO  :                         SENT: 05/13/99 07:45 PM   PRIORITY: 2
SUBJ: 2153-0

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TELETYPE ORDER NO. 2153-0

DATE       MAY 13, 1999

TO         COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM       BERNARD B. KERIK, COMMISSIONER

SUBJECT    TELETYPE NO. 2095-0               AMENDED
                                             - - - - - - -


        1.  TELETYPE ORDER NO. 2095-0, DATED MAY 11, 1999 ENTITLED  "DIRECTIVE
NO. 2270 - UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS - DUTY
UNIFORM SKIRT"  IS HEREBY AMENDED AS FOLLOWS:

        PARAGRAPH 1. PENDING THE REVISION OF DIRECTIVE NO. 2270, "UNIFORM AND
EQUIPMENT SPECIFICATIONS AND REGULATIONS" DATED 9-23-96  (AS AMENDED), THE
FOLLOWING CHANGE IS EFFECTIVE THURSDAY, JULY 1, 1999.
                             ====================================

        2.  ALL OTHER PROVISIONS OF THE AFOREMENTIONED TELETYPE ORDER SHALL
REMAIN IN FULL EFFECT.


AUTHORITY:
COMMISSIONER
HA/KW

```
TO   :
SUBJ: 2095-0                    SENT: 05/11/99 10:14 AM    PRIORITY: 2
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

TELETYPE ORDER NO. 2095-0

ATE     MAY 11, 1999

TO      ALL MEMBERS OF THE DEPARTMENT

FROM    BERNARD B. KERIK, COMMISSIONER

SUBJECT    DIRECTIVE NO. 2270 - UNIFORM AND EQUIPMENT SPECIFICATIONS AND
                                REGULATIONS  -  DUTY UNIFORM SKIRT


1. PENDING THE REVISION OF DIRECTIVE NO. 2270, "UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS" DATED 9-23-96 (AS AMENDED), THE FOLLOWING CHANGE IS EFFECTIVE MONDAY, MAY 24, 1999:

A. THE DUTY UNIFORM SKIRT IS DELETED AS AN OPTIONAL UNIFORM ITEM.

B. ALL FEMALE MEMBERS OF SERVICE WILL BE REQUIRED TO WEAR UNIFORM DUTY TROUSERS.

C. ACCORDINGLY, THE FOLLOWING SECTIONS OF DIRECTIVE 2270 ARE HEREBY RESCINDED:

   I. SECTION VII - UNIFORM AND EQUIPMENT SPECIFICATIONS,
                    CORRECTION OFFICER - OPTIONAL UNIFORM ITEMS;

      PARAGRAPH "C".  DUTY UNIFORM SKIRT (FEMALE)


   II.  SECTION IX  UNIFORM AND EQUIPMENT SPECIFICATIONS,
                    SUPERVISORY OFFICERS - REGULATION UNIFORM
                    OPTIONAL UNIFORM ITEMS CAPTAIN

        PARAGRAPH "C".  DUTY UNIFORM SKIRT (FEMALE)


2. ALL OTHER PROVISIONS OF DIRECTIVE #2270 REMAIN IN FULL FORCE AND AFFECT.


3. COMMANDING OFFICERS OF FACILITIES AND DIVISIONS SHALL ENSURE THAT THIS TELETYPE ORDER IS COMPLIED WITH AND READ AT FIFTEEN (15) CONSECUTIV ROLL CALLS AND COPIES ARE POSTED IN APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
COMMISSIONER
HA/FS

FROM: CHIEF'S ORDERS                    MSG#: 99-99992397
TO   :                          SENT: 04/30/99 03:25 PM    PRIORITY: 2
SUBJ: 1925-0
-------------------------------------------------------------------------

TELETYPE ORDER NO. 1925-0

DATE       APRIL 30, 1999

TO         ALL MEMBERS OF THE DEPARTMENT

FROM       BERNARD B. KERIK, COMMISSIONER

SUBJECT    DIRECTIVE NO. 2270 - UNIFORM AND EQUIPMENT SPECIFICATIONS AND
           REGULATIONS


           *******   I M M E D I A T E   A T T E N T I O N   *******
                     =============================================

     1.  PENDING THE REVISION OF DIRECTIVE NO. 2270, "UNIFORM AND EQUIPMENT
SPECIFICATIONS AND REGULATIONS" DATED 9-23-96 (AS REVISED 5-13-98) THE
FOLLOWING CHANGE IS EFFECTIVE IMMEDIATELY:

        SECTION III.   REGULATIONS

     ADD NEW PARAGRAPH "6" TO:  SUB-SECTION NN "BREAST BARS AND METAL EMBLEMS"
                                ----------------------------------------------


        (6)  "MEMBERS WHO SERVED IN THE MILITARY DURING THE
             DESERT STORM CONFLICT MAY WEAR THE DESERT STORM
             BAR.  THE BAR SHALL BE PLACED ABOVE THE MARKSMAN-
             SHIP MEDAL ON THE SHIELD BACKING".


     2.  ALL OTHER PROVISIONS OF DIRECTIVE #2270 REMAIN IN FULL FORCE AND
AFFECT.

     3.  COMMANDING OFFICERS OF FACILITIES AND DIVISIONS SHALL ENSURE
THAT THIS TELETYPE ORDER IS COMPLIED WITH AND READ AT FIFTEEN (15) CONSECUTIV
ROLL CALLS AND COPIES ARE POSTED IN APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
COMMISSIONER
HA/KW

115

# REVISION NOTICE



THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

## DIRECTIVE



| [ ] NEW | [ ] INTERIM | [ X ] REVISED | SUBJECT | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | |
|---|---|---|---|---|---|
| EFFECTIVE DATE 5/ 13 /98 | | *TERMINATION DATE / / | | | |
| CLASSIFICATION # 2270 | SUPERSEDES | | DATED | DISTRIBUTION A & E | PAGE 1 OF 1 PAGES |

| RECOMMENDED FOR APPROVAL BY REVIEW BOARD MEMBER | AUTHORIZED BY THE COMMISSIONER • |
|---|---|
| Edward Reilly, Chief of Department               SIGNATURE | Bernard B. Kerik               SIGNATURE |

Directive #2270, dated September 23, 1996, entitled "UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS" is hereby amended as follows:

1. New pages 7, 8, 9, 11, 15, 23, 24, 39, 40 and 44 are attached. Remove old pages 7, 8, 9, 11, 15, 23, 24, 39, 40 and 44 and replace with the new pages.

2. All other provisions of Directive 2270 and its subsequent amendments shall remain in full effect.

## SPECIAL INSTRUCTIONS

Commanding Officers of facilities and divisions shall ensure that each uniformed member assigned to the facility/division receives a copy of this Revision Notice.

416



| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 5/13/98 | **UNIFORM AND EQUIPMENT** |  |
| CLASSIFICATION | **SPECIFICATIONS AND REGULATIONS** | |
| # 2270 | | |
| DISTRIBUTION | PAGE 7 OF | |
| A & E | 67 PAGES | |

### III.   REGULATIONS (Continued)

**PERSONAL APPEARANCE**
**WHEN IN UNIFORM**
**(Continued)**

DD.   Members of the Department shall maintain their fingernails to a length not to exceed ½" from the tip of the finger and in a manner that will not impede their ability to properly, efficiently and rapidly use or operate keys, firearms, handcuffs, other security devices, or any other items relative to their duties.

EE.   Members of the Department shall not wear any facial jewelry, earrings, exposed dangling necklaces or exposed dangling bracelets.

FF.   Members are directed to minimize the wearing of jewelry while on-duty and in uniform, including but not limited to rings, bracelets, necklaces, chokers and hair control accessories. Hair accessories which are utilized to control hair placement to ensure length regulations shall be limited to navy blue or black and shall be of a style and shape that will not detract from the desired military appearance and will accept the uniform cap.

**SHIELD AND**
**IDENTIFICATION CARD**

GG.   Members shall carry their shield and identification card at all times.

HH.   Members shall wear their shield on the outermost garment at all times and specifically display the shield when in civilian clothes and visiting Departmental Facilities/Divisions/Units/Central Office or when at the scene of an emergency.

The member's shield and name plate (see section KK), shall be affixed to a black leather shield/name plate holder measuring approximately 2¼" wide X 3¼" high. The holder shall be capable of accepting the authorized shield by containing two (2) eyelets 1¾" apart. In addition, the holder shall also contain two (2) eyelets placed horizontally, approximately 2" apart, underneath the shield eyelets to accept the nameplate. Members who are authorized to wear approved breastbars (see section NN), must ensure that the shield/nameplate holder is large enough (above the shield) to accept the placement of the breastbar(s).

> **Note:** The placement of any pin or adornment either on or around the shield, including facsimiles of Departmental emblems, is unauthorized.

II.   It is the responsibility of every member to safeguard their shield and identification card at all times, and to ensure that any unauthorized individual does not gain possession of the shield and/or identification card.

JJ.   Pictures for all new identification cards shall be taken with a red background for uniformed personnel. The prescribed uniform for the picture shall be:

1.   **Correction Officers**

Regulation duty uniform navy blue shirt with command insignias and black tie. No jackets, sweaters or any other outerwear shall be permissible.

2.   **Supervisory Officers**

Regulation duty uniform white shirt with rank insignias and black tie. No jackets, sweaters or any other outerwear shall be permissible.

416

| | EFFECTIVE DATE 5/13/98 | SUBJECT | |
|---|---|---|---|
|  | CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| | DISTRIBUTION A & E | PAGE 8 OF 67 PAGES | |

## III. REGULATIONS (Continued)

**NAME PLATES**    KK.  All members of the Department, while in uniform, are required to wear name plates centered below the shield as follows:

1. **Supervisory Officers** - gold with black lettering.

2. **Correction Officers** - silver with black lettering.

3. Members may purchase name plates in the proper coloring, with black lettering denoting the numbers of years serving as a member of the Department. The number of years of service shall appear below the member's last name on the name plate.

4. Recruit Officers shall purchase name plates during their Academy training period.

   <u>**Note:**</u>    *If at any time a name plate is broken, lost or stolen, it shall be incumbent upon the member to purchase a new name plate.*

**MOURNING BAND**    LL.   Members shall wear a black elastic mourning band, ¹/₂" wide, on the shield and covering the City Seal, upon the death of an active or retired member of the Department, or any other uniformed City/State agency (see illustration).



The mourning band shall be worn as follows:

1. **Death of an Active Member - Same Command**

   From the time of death until 2400 hours on the 10th day after death.

2. **Death of an Active Member - Other Command**

   From the time of death until 2400 hours on the 5th day after death.

3. **Death of a Retired Member**

   From the time of death until 2400 hours on the day of the funeral.

4. **Death of a Member - Other Uniformed City or State Agency**

   From the time of death until 2400 hours on the day of the funeral.

**RELIGIOUS HEADPIECES**    MM.  Whenever a uniformed member of the Department is in uniform and desires to wear a Yarmulke, Kufi or Khimar, the member may do so only when inside a Department facility. However, when outside a facility, the headpiece shall be worn

416

| | EFFECTIVE DATE | SUBJECT | |
|---|---|---|---|
| | 5/ 13 /98 | **UNIFORM AND EQUIPMENT** |  |
| | CLASSIFICATION<br>**# 2270** | **SPECIFICATIONS AND REGULATIONS** | |
| | DISTRIBUTION<br>**A & E** | PAGE **9** OF<br>**6 7** PAGES | |

## III.  *REGULATIONS* (Continued)

**BREAST BARS
AND
METAL EMBLEMS**

NN.  Members shall wear authorized breast bars starting $1/4$" above the center of the shield and each bar shall be $1/4$" apart. When more than 1 breast bar is worn, the highest awarded bar shall be on top, furthest away from the shield.

> **NOTE:**  *Breast bars from other agencies or those representing ethnic or religious affiliations are unauthorized .*



Blue   Gold   White   Red   Gold

1.  Members may elect to wear a metal emblem of the flag of the United States of America not to exceed 1" square, worn above the center of the shield or authorized breast bars (see illustration) <u>or a breast bar depicting the flag of the United States of America (see illustration) to be worn centered above the shield or the highest award (cannot be worn with the metal flag emblem)</u>.



2.  Members of the Emergency <u>Service</u> Unit who complete and are certified in the NYPD Repel Training Course may wear the Helicopter Repel Bar (silver colored metal helicopter with wings) centered above the shield (see illustration).



3.  Members of the Emergency <u>Service</u> Unit (and Support Team) who have completed the Emergency Medical Technician Course and are currently certified by New York State, may wear the Emergency Medical Technician (EMT) certification symbol insignia. The insignia shall be worn on the upper left side of the shield backing.



Service Bar

**V**

Gold        Gold        Orange

4.  Members may elect to wear an orange bar, bordered in gold, with gold letters denoting their number of years of service. This bar is to be worn on short sleeve shirts in the following manner:

Centered above the right breast pocket, 1/4" over the top edge of the pocket seam.

V -  5 years        X - 10 years
XV - 15 years       XX - 20 years
XXV - 25 years

COBA

5.  <u>Members in the rank of Correction Officer and Captain may elect to wear a metal emblem representing membership in their respective union. This emblem shall be worn on the upper right side of the shield backing.  (See illustrations of the union emblems at left).</u>



CCA

416



| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 5/13/98 | **UNIFORM AND EQUIPMENT** | |
| CLASSIFICATION # 2270 | **SPECIFICATIONS AND REGULATIONS** | |
| DISTRIBUTION A & E | PAGE 11 OF 67 PAGES | |



## III.   REGULATIONS (Continued)

**BREAST BARS AND METAL EMBLEMS** (Continued)

Illustrations of breast bars are in proper sequence when placed on shield backing.




Perfect Attendance

Gold  Blue  White  Red

| 5 Years | - Plain bar. |
|---|---|
| 10 Years | - Silver Star centered in the white. |
| 15 Years | - 2 silver stars centered in the blue and red. |
| 20 Years | - 3 silver stars centered in the blue, white and red. |
| 25 Years | - Gold star centered in the white. |



ADW/DW Association Medal

Gold  White  Blue  Red  White  Blue
     Red

The William Heidenreich Outstanding Career Achievement Award is presented for excellence to members of the Assistant Deputy Warden/Deputy Warden's Association.



Correction Captain's Assoc. Medal

Gold  Blue  Orange

This award is presented for excellence to members of the Correction Captain's Association for distinguished service and community service.



COBA Arturo Meyers Award

Gold  Blue  Gold

The Arturo Meyers Award is presented for excellence to members of the Correction Officers' Benevolent Association.



Blue  White  Silver  Orange

The 100 Year Commemorative breast bar graphically depicting NYDC 1895 - 1995, with former and current Correction Officer shields.



| Expert | - Gold colored medal. |
|---|---|
| Sharpshooter | - Silver colored medal. |



Breast bars are centered horizontally 1/4" above the center of the shield

Additional breast bars are placed 1/4" above each other - in order of importance

A United States flag emblem, not exceeding 1" square, or, the authorized breast bar representing the flag of the United States, may be worn 1/4" above the center of the shield or breast bars

1/4"

416

| | EFFECTIVE DATE<br>5/13/98 | SUBJECT<br>**UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** |  |
|---|---|---|---|
|  | CLASSIFICATION<br>**# 2270** | | |
| | DISTRIBUTION<br>**A & E** | PAGE 15 OF<br>67 PAGES | |

## IV.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - DUTY UNIFORM   (Continued)

**REGULATION**
**DUTY UNIFORM**
(Continued)

### H. SOCKS

1.  Males:      Black socks only.

2.  Females:    Black socks, or flesh tone nylon pantyhose or knee-high socks.

### I.   SHOES - FOOTWEAR

Black military style laced leather oxford (shined), black military laced leather boot (shined) or black military laced patent leather shoe.

> **Note:**   Sneaker or sneaker type footwear is prohibited.

### J.  TIE

Black breakaway type worn with long-sleeve uniform shirt.

> **Note:**   If the regulation duty Cruiser jacket or regulation Commando V-neck sweater is worn, the tie must also be worn.



**Regulation**
**Tie Clasp**

### K.  TIE CLASP

Silver clasp with blue letters (D.C.N.Y.) the center of which shall contain the City seal.

## V.    UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - CLASS "A" DRESS UNIFORM

**CLASS "A"**
**REGULATION**
**UNIFORM**
**DRESS**

The class "A" regulation uniform is designated for wear at Departmental functions, ceremonies, parades, uniform inspections, hearings (as specified in Section III, paragraphs F, G & H) and other instances when directed by the Commissioner, Chief of Department, Commanding Officer or a designee.

> **Note:**   Class "A" dress uniform specification standards are consistent with NYPD regulations and all blouse, trouser and winter reefer coat items shall contain the NYPD authorization label.

416



| | | |
|---|---|---|
| EFFECTIVE DATE<br>5/ 13 /98 | SUBJECT | |
| CLASSIFICATION<br># 2270 | UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION<br>A & E | PAGE 23 OF<br>67 PAGES | |

## VII.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - OPTIONAL UNIFORM ITEMS (Continued)

**REGULATION
UNIFORM
OPTIONAL UNIFORM
ITEMS
(Continued)**

I.   **OVERSOCKS**

NYCDOC regulation black colored, 3-layer nylon and lycra stretch knit fabric or 3-layer non-stretch nylon Suplex Taslite fabric (or equal), with a Gore-Tex (or equal) membrane. The oversock shall be totally waterproof, highly breathable, windproof and designed to be worn over socks and inside footwear. The oversock shall have a footbed and rear stay constructed from the specified non-stretch material with the top and forward sections of the oversock constructed of the specified stretch material. The oversock shall measure 11" high and shall be hand washable.

J.   **WINDBREAKERS**

1.   Only the Commissioner, the First Deputy Commissioner, the Chief of Department and the Uniform Committee are authorized to approve the wearing of the authorized windbreaker for specific personnel. Bureau Chiefs, Assistant Chiefs and Deputy Commissioners must submit a request to the Uniform Committee to seek authorization for members of their immediate staff to wear the prescribed garment.

2.   Uniformed members of the Department may be authorized to wear windbreakers when performing their assigned duties in civilian clothes for the purpose of immediate identification. Additionally, the member's shield must be prominently displayed on the outermost garment.

3.   Uniformed members of the Department may wear the windbreaker while in the prescribed duty uniform in instances where individual identification is required, and only with the expressed authority of the Chief of Department or a designee.

4.   Uniformed members of the Department shall not wear the authorized windbreaker as part of their duty uniform during the normal course of their daily assignment.

5.   Uniform windbreakers shall be constructed of a 100% dark blue nylon shell, thumb-tip length, with 100% polyester lining. Snap closure button front with two (2) front slash pockets, drawstring bottom and set-in sleeve with elasticized cuffs. The front of the jacket shall contain two (2) Velcro strips, 2" X 4", affixed to the center side of each breast location. The left Velcro strip shall contain the name of the member and the right Velcro strip shall contain the rank. Correction Officers shall have the shield number imprinted under the rank and supervisory officers shall have the rank insignia. All lettering shall be stitched in white. One (1) authorized Department patch shall be affixed to each sleeve, sewn centered in the sleeve, 8" from the neck line. The rear section of the windbreaker shall have the following identification affixed:

"New York City" in a centered slant on the first line,
"Correction" underneath in a horizontal pattern and the unit identification on the third line. New York City Correction shall be 2" high X 1" wide per letter. The unit identification shall be 2¼" high X 2" wide per letter except Operations Division which will be 2 X 1¼" wide per letter.

The following units are authorized to wear the authorized windbreaker as noted herein:

| UNIT | ID on Windbreaker Back |
|---|---|
| Operations Security Intelligence Unit | OSIU |
| Special Operations Division | SOD |
| Operations Division (all Bureau/Asst. Chiefs Staff) | Operations Div. |
| Gang Intelligence Unit | GIU |
| Communications/Radio Repair Unit | CRRU Command Insignia |

416

| | EFFECTIVE DATE<br>5/13/98<br>CLASSIFICATION<br># 2270<br>DISTRIBUTION<br>A & E | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS**<br><br>PAGE 24 OF<br>67 PAGES |  |
|---|---|---|---|



## VIII.   *UNIFORM AND EQUIPMENT SPECIFICATIONS*

### *CORRECTION OFFICER - UNIFORM EQUIPMENT*

**REGULATION
UNIFORM
EQUIPMENT**

The following equipment is authorized and shall be worn with all classes of uniforms where required:

**A.  TROUSER BELT**

Uniform approved black leather, 1 $3/4$" wide with silver or black buckle.

**B.  EQUIPMENT/GUNBELT**

Uniform approved black leather/laminate, 2 $1/4$" wide with silver or black buckle, as noted below:



| Manufacturer * | Model # * |
|---|---|
| Cobra | B1P |
| DeSantis | B33 |
| J P | 5FL |
| Safariland | 146 |



Regulation
Gunbelts

> **Note:**   *Buckles with ornamental designs or insignias are not authorized on the trouser belt or equipment/gunbelt.*

**C.  BELT KEEPERS (for Equipment/Gunbelt)**

Uniform approved black leather/laminate or equivalent with black or silver snaps, as noted below:

| Manufacturer * | Model # * |
|---|---|
| Cobra | U7 |
| DeSantis | V1 |
| J P | 25 |
| Safariland | 65 |



Regulation
Belt Keepers

**D.  DUTY HOLSTER (.38 cal, S & W, Model 10)**

Uniform approved black leather swivel type with interlocking safety internal device, as noted below:

| Manufacturer * | Model # * |
|---|---|
| J P | 2074S |

**E.  DUTY HOLSTER (9mm, S&W, Models 5946, 6946 and 3953)**

Uniform approved black leather/laminate multi-construction security holster, as noted below:

| Manufacturer * | Model # * |
|---|---|
| Cobra | X100/X100A |
| DeSantis | 78 |
| Safariland | 2955 |

* or authorized equivalent

416

| | EFFECTIVE DATE<br>5/ 13 /98<br>CLASSIFICATION<br># 2270<br>DISTRIBUTION<br>A & E | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS**<br><br>PAGE 3 9 OF<br>6 7 PAGES |  |
|---|---|---|---|



## IX.    UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS - REGULATION UNIFORMS  (Continued)

**DEPUTY WARDEN
DEPUTY WARDEN
IN COMMAND
AND
CHAPLAIN**



**REGULATION
DUTY
UNIFORM**

**REGULATION
CLASS "A"
UNIFORM**

A.  **RANK INSIGNIA**

The rank insignia, a gold gilt spread eagle (large and small size), shall be worn as described for Assistant Deputy Warden except:

Deputy Wardens-In-Command shall wear a $\frac{1}{2}$" black NY twist stripe (braid), consistent with the Warden standards for the summer blouse, (see illustration, Section XII, for specifics)

B.  The regulation duty uniform shall be the same as required for Assistant Deputy Warden.

C.  The class "A" regulation dress uniform shall be the same as required for Assistant Deputy Warden with the following variance:

### ALL WEATHER TRENCH COAT

1.  NYPD/NYCDOC regulation navy-blue all weather double-breasted trench coat.

    a.  Males:  London Fog Davis style (or equal).

    b.  Females:  London Fog Lissette style (or equal).

    *Note:*    *Above models are authorized if purchased prior to November, 1996.*

2.  Garment must be converted for uniform use by Deputy Wardens and above by adding large metal insignia onto shoulder straps, Departmental patch on both sleeves ($\frac{3}{4}$" from  shoulder seam) and replace the existing 10 buttons with 10 large gold colored buttons containing the seal of the City of New York and 2 small buttons to be added to the shoulder straps near the collar line.

3.  The length of the garment shall be consistent with military regulations. The bottom of which shall be hemmed and not to extend beyond 4" below the member's knee.

    *Note:*    *This garment replaces the winter reefer coat as the mandatory class "A" dress uniform outerwear.*

416



| EFFECTIVE DATE<br>5/13/98<br>CLASSIFICATION<br># 2270<br>DISTRIBUTION<br>A & E | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS**<br><br>PAGE **40** OF<br>**67** PAGES |
|---|---|



## IX.    UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS - REGULATION UNIFORMS   (Continued)

**DEPUTY WARDEN**
**DEPUTY WARDEN**
**IN COMMAND**
**AND**
**CHAPLAIN**
(Continued)

4.   NYPD/NYDOC regulation navy blue all weather, double-breasted trench coat,

Whaling Manufacturing Company - Darien style  (or equal).

5.   Garment will be converted by the manufacturer/vendor in accordance with the specifications noted in Section IX, subsection C2 and C3.

Note:   *This model is the authorized trench coat to be purchased after November, 1996.*

**REGULATION**
**CLASS "B"**
**UNIFORM**

D.   The class "B" regulation utility uniform shall be omitted for this rank.

**REGULATION**
**UNIFORM**
**OPTIONAL**
**UNIFORM ITEMS**

E.   **WINTER REEFER COAT**

Shall be the same as required for Assistant Deputy Warden with the exception that the item is an option when the class "A" uniform is not required.

**REGULATION**
**UNIFORM**
**EQUIPMENT**

F.   The equipment shall be the same as for Assistant Deputy Warden with the following exception:

**FLASHLIGHT/HOLDER**

Omitted for this rank.

**WARDEN**



A.   **RANK INSIGNIA**

The rank insignia, 1 gold gilt star (large and small size), shall be worn as described for Deputy Warden in Command.

**REGULATION**
**DUTY**
**UNIFORM**

B.   The regulation duty uniform shall be the same as required for Deputy Warden with the following modifications:

**UNIFORM CAP - Standard**

1.   Gold gilt spray design shall be added to the visor.

2.   The band encircling the hat shall be made of black mohair.

416



| EFFECTIVE DATE<br>5/ 13 /98 | SUBJECT |
| CLASSIFICATION<br># 2270 | **UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** |
| DISTRIBUTION<br>**A & E** | PAGE  44  OF<br>67  PAGES |



## X.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SPECIALIZED COMMAND UNIFORMS

The following uniforms are specifically designed for the commands listed below. They shall not be used in combination with the regulation duty, class "A" or class "B" uniforms.

**REGULATION
DUTY UNIFORM
EMERGENCY
SERVICE UNITS**

The following commands are authorized to wear the prescribed emergency service type uniform when performing the functions specifically for their unit and shall not deviate, modify or interchange in any manner, the prescribed uniform set forth herein. They shall not wear the uniform when working a facility, post or assignment designated for a regulation duty, regulation class "A" dress or regulation class "B" utility uniform.

1.  Emergency Service Unit;

2.  Harbor Unit;

3.  K-9 Unit;

4.  Communications/Radio Repair Unit;

5.  Fire and Safety Unit; and

6.  Operations Division.

### A. EMERGENCY SERVICE DUTY CAP

NYCDOC regulation dark navy blue baseball style cap with a $^3/_4$ scale command patch affixed to the front center.

> **Note:**   Supervisory Officers shall affix a metallic rank insignia to the center of the command patch.

### B. EMERGENCY SERVICE DUTY SHIRT

1.  NYCDOC regulation dark navy-blue colored poplin 65% polyester/35% combed cotton by approved manufacturer, permanent press treated with scotchguard soil release finish emergency service utility shirt. The front shall have a 3" turnback extending from neckline to bottom of shirt. Two pointed breast pockets, left pocket to have a hidden pencil pocket made of a separate fabric, inserted into the pocket edge and topstitched to have an opening of $1^3/_8$'". Pockets to close with 1 button and buttonhole. Epaulets to be sewn $1^7/_8$" tapering down to $1^1/_2$" cross stitched at the shoulder seams.

# REVISION NOTICE



415

THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

## DIRECTIVE

| [ ]   NEW | [ ]   INTERIM | [ X ]   REVISED | SUBJECT |
|---|---|---|---|

| EFFECTIVE DATE 3/ 28 /97 | *TERMINATION DATE / / | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |
|---|---|---|

| CLASSIFICATION # 2270 | SUPERSEDES | DATED | DISTRIBUTION A & E | PAGE 1 OF 1 PAGES |
|---|---|---|---|---|

| RECOMMENDED FOR APPROVAL BY REVIEW BOARD MEMBER | AUTHORIZED BY THE COMMISSIONER |
|---|---|
| SIGNATURE | SIGNATURE |

Directive #2270, dated September 23, 1996, entitled "UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS" is hereby amended as follows:

1.     New pages 2 and 9 are attached. Remove old pages 2 and 9 and replace with the new pages.

2.     All other provisions of Directive 2270 shall remain in full effect.


### SPECIAL INSTRUCTIONS

Commanding Officers of facilities and divisions shall ensure that each uniformed member assigned to the facility/division receives a copy of this Revision Notice.

416

| EFFECTIVE DATE<br>3/28/97<br>CLASSIFICATION<br># 2270<br>DISTRIBUTION<br>A & E | SUBJECT<br>**UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS**<br><br>PAGE 2 OF<br>67 PAGES |  |
|---|---|---|

III.   **REGULATIONS**  (Continued)

**UNIFORMS**
**GENERAL RULES**
(Continued)

D.   Uniformed members of the Department authorized to wear civilian clothes, shall wear the prescribed uniform when so directed.

E.   Uniformed members of the Department shall wear at all times while on duty, the regulation duty uniform prescribed by the Commissioner and the Chief of Department, with exception of those individuals specifically authorized by the Commissioner or Chief of Department to wear appropriate civilian attire.

F.   Members of the uniformed force, except when on suspension or on authorized leave, shall wear the regulation class "A" dress uniform <u>or appropriate civilian business attire</u> when reporting as respondents at official Departmental disciplinary hearings, either at Central Office or the Office of Administrative Trials and Hearings (OATH).

G.   Uniformed members reporting to the aforementioned hearings as a witness, shall do so in regulation class "A" dress uniform <u>or appropriate civilian business attire</u> when on-duty and in appropriate civilian attire when off-duty.

H.   Members of the uniformed force shall wear the regulation class "A" dress uniform when ordered to do so by teletype order, verbal and/or written direction by the Commissioner, Chief of Department, Commanding Officers or designees.

I.   Uniforms and equipment shall be purchased and maintained at the expense of the member.

J.   Only uniforms bearing the authorized certification label, as stipulated herein, are permitted and approved for use.

K.   Seasonal uniform changes will be implemented upon direction by the Chief of Department, unless otherwise stipulated:

1.   Uniformed members of all ranks who are assigned to outside posts shall wear the long sleeve regulation duty uniform shirt and tie at all times between October 1 and April 30.

2.   Uniformed members of all ranks who are assigned to outside posts may wear the short sleeve regulation duty uniform shirt at all times between May 1 and September 30.

3.   Uniformed members of all ranks who are assigned to inside posts may wear short sleeve shirts and no ties all year round. However, if worn with an outer garment, a tie must be worn.

**NEW MATERIAL UNDERLINED**

416



| EFFECTIVE DATE<br>3/ 28 /97 | SUBJECT |
|---|---|
| CLASSIFICATION<br># 2270 | **UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** |
| DISTRIBUTION<br>A & E | PAGE **9** OF<br>**6 7** PAGES |



## III.   _REGULATIONS_ (Continued)

**RELIGIOUS HEADPIECES**

MM.  Whenever a uniformed member of the Department is in uniform and desires to wear a Yarmulke, Kufi or _Khimar_, the member may do so only when inside a Department facility. However, when outside a facility, the headpiece shall be worn underneath the prescribed uniform cap. The only authorized colors for these religious headpieces are blue or black.

**BREAST BARS AND METAL EMBLEMS**

NN.  Members shall wear authorized breast bars starting $1/4$" above the center of the shield and each bar shall be $1/4$" apart. When more than 1 breast bar is worn, the highest awarded bar shall be on top, furthest away from the shield.

> _**Note**: Breast bars from other agencies or those representing ethnic or religious affiliations are unauthorized ._



1. Members may elect to wear a metal emblem of the flag of the United States of America not to exceed 1" square, worn above the center of the shield or authorized breast bars (see illustration).



2. Members of the Emergency Response Unit who complete and are certified in the NYPD Repel Training Course may wear the Helicopter Repel Bar (silver colored metal helicopter with wings) centered above the shield (see illustration).



3. Members of the Emergency Response Unit (and Support Team) who have completed the Emergency Medical Technician Course and are currently certified by New York State, may wear the Emergency Medical Technician (EMT) certification symbol insignia. The insignia shall be worn on the upper left side of the shield backing.

4. Members may elect to wear an orange bar, bordered in gold, with gold letters denoting their number of years of service. This bar is to be worn on short sleeve shirts in the following manner:

   Centered above the right breast pocket, 1/4" over the top edge of the pocket seam.



Service Bar

Gold    Gold    Orange

| V - 5 years | X - 10 years |
|---|---|
| XV - 15 years | XX - 20 years |
| XXV - 25 years | |

# REVISION NOTICE

415



### THE CITY OF NEW YORK
### DEPARTMENT OF CORRECTION

## DIRECTIVE



| [ ] NEW | [ ] INTERIM | [ X ] REVISED | SUBJECT |
|---|---|---|---|

**EFFECTIVE DATE**
**5/ 13 /98**

*TERMINATION DATE
/ /

**UNIFORM AND EQUIPMENT**
**SPECIFICATIONS AND REGULATIONS**

| CLASSIFICATION # 2270 | SUPERSEDES | DATED | DISTRIBUTION A & E | PAGE 1 OF 1 PAGES |
|---|---|---|---|---|

RECOMMENDED FOR APPROVAL BY REVIEW BOARD MEMBER

Edward Reilly, Chief of Department          SIGNATURE

AUTHORIZED BY THE COMMISSIONER

Bernard B. Kerik          SIGNATURE

Directive #2270, dated September 23, 1996, entitled "UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS" is hereby amended as follows:

1.  New pages 7, 8, 9, 11, 15, 23, 24, 39, 40 and 44 are attached. Remove old pages 7, 8, 9, 11, 15, 23, 24, 39, 40 and 44 and replace with the new pages.

2.  All other provisions of Directive 2270 and its subsequent amendments shall remain in full effect.

## SPECIAL INSTRUCTIONS

Commanding Officers of facilities and divisions shall ensure that each uniformed member assigned to the facility/division receives a copy of this Revision Notice.

416



| EFFECTIVE DATE<br>**5 / 13 / 98**<br>CLASSIFICATION<br>**# 2270**<br>DISTRIBUTION<br>**A & E** | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS**<br><br>PAGE  **7**  OF<br>**67**  PAGES |



### III.     REGULATIONS (Continued)

**PERSONAL APPEARANCE
WHEN IN UNIFORM**
*(Continued)*

DD.   Members of the Department shall maintain their fingernails to a length not to exceed $^1/_2$" from the tip of the finger and in a manner that will not impede their ability to properly, efficiently and rapidly use or operate keys, firearms, handcuffs, other security devices, or any other items relative to their duties.

EE.   Members of the Department shall not wear any facial jewelry, earrings, exposed dangling necklaces or exposed dangling bracelets.

FF.   Members are directed to minimize the wearing of jewelry while on-duty and in uniform, including but not limited to rings, <u>bracelets, necklaces, chokers and hair control accessories. Hair accessories which are utilized to control hair placement to ensure length regulations shall be limited to navy blue or black and shall be of a style and shape that will not detract from the desired military appearance and will accept the uniform cap.</u>

**SHIELD AND
IDENTIFICATION CARD**

GG.   Members shall carry their shield and identification card at all times.

HH.   Members shall wear their shield on the outermost garment at all times and specifically display the shield when in civilian clothes and visiting Departmental Facilities/Divisions/Units/Central Office or when at the scene of an emergency.

<u>The member's shield and name plate (see section KK), shall be affixed to a black leather shield/name plate holder measuring approximately $2^1/_4$" wide X $3^1/_4$" high. The holder shall be capable of accepting the authorized shield by containing two (2) eyelets $1^3/_4$" apart. In addition, the holder shall also contain two (2) eyelets placed horizontally, approximately 2" apart, underneath the shield eyelets to accept the nameplate. Members who are authorized to wear approved breastbars (see section NN), must ensure that the shield/nameplate holder is large enough (above the shield) to accept the placement of the breastbar(s).</u>

*Note:*     *The placement of any pin or adornment either on or around the shield, including facsimiles of Departmental emblems, is unauthorized.*

II.   It is the responsibility of every member to safeguard their shield and identification card at all times, and to ensure that any unauthorized individual does not gain possession of the shield and/or identification card.

JJ.   Pictures for all new identification cards shall be taken with a red background for uniformed personnel. The prescribed uniform for the picture shall be:

1.   **Correction Officers**

*Regulation duty uniform navy blue shirt with command insignias and black tie. No jackets, sweaters or any other outerwear shall be permissible.*

2.   **Supervisory Officers**

*Regulation duty uniform white shirt with rank insignias and black tie. No jackets, sweaters or any other outerwear shall be permissible.*

<u>**NEW MATERIAL UNDERLINED**</u>

416



| EFFECTIVE DATE<br>5/ 13 /98 | SUBJECT | |
| --- | --- | --- |
| CLASSIFICATION<br># 2270 | **UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** | |
| DISTRIBUTION<br>A & E | PAGE  8  OF<br>67   PAGES | |



## III.   _REGULATIONS_  (Continued)

**NAME PLATES**   KK.   All members of the Department, while in uniform, are required to wear name plates centered below the shield as follows:

1.   **Supervisory Officers** - gold with black lettering.

2.   **Correction Officers** - silver with black lettering.

3.   Members may purchase name plates in the proper coloring, with black lettering denoting the numbers of years serving as a member of the Department. The number of years of service shall appear below the member's last name on the name plate.

4.   Recruit Officers shall purchase name plates during their Academy training period.

_Note:_    _If at any time a name plate is broken, lost or stolen, it shall be incumbent upon the member to purchase a new name plate._

**MOURNING BAND**   LL.   Members shall wear a black elastic mourning band, $1/2$" wide, on the shield and covering the City Seal, upon the death of an active or retired member of the Department, or any other uniformed City/State agency (see illustration).

The mourning band shall be worn as follows:



1.   **Death of an Active Member - Same Command**

From the time of death until 2400 hours on the 10th day after death.

2.   **Death of an Active Member - Other Command**

From the time of death until 2400 hours on the 5th day after death.

3.   **Death of a Retired Member**

From the time of death until 2400 hours on the day of the funeral.

4.   **Death of a Member - Other Uniformed City or State Agency**

From the time of death until 2400 hours on the day of the funeral.

**RELIGIOUS HEADPIECES**   MM.   Whenever a uniformed member of the Department is in uniform and desires to wear a Yarmulke, Kufi or Khimar, the member may do so only when inside a Department facility. However, when outside a facility, the headpiece shall be worn underneath the prescribed uniform cap. The only authorized colors for these religious headpieces are blue or black.

416



| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 5 / 13 /98 | **UNIFORM AND EQUIPMENT** |  |
| CLASSIFICATION | **SPECIFICATIONS AND REGULATIONS** | |
| # 2270 | | |
| DISTRIBUTION | PAGE **9** OF | |
| **A & E** | **67** PAGES | |

## III.   *REGULATIONS*   (Continued)

**BREAST BARS AND METAL EMBLEMS**

NN.   Members shall wear authorized breast bars starting $1/4$" above the center of the shield and each bar shall be $1/4$" apart.   When more than 1 breast bar is worn, the highest awarded bar shall be on top, furthest away from the shield.

> **NOTE:**   *Breast bars from other agencies or those representing ethnic or religious affiliations are unauthorized .*



Blue  Gold  White  Red  Gold

1.   Members may elect to wear a metal emblem of the flag of the United States of America not to exceed 1" square, worn above the center of the shield or authorized breast bars (see illustration) <u>or a breast bar depicting the flag of the United States of America (see illustration) to be worn centered above the shield or the highest award (cannot be worn with the metal flag emblem).</u>



2.   Members of the Emergency <u>Service</u> Unit who complete and are certified in the NYPD Repel Training Course may wear the Helicopter Repel Bar (silver colored metal helicopter with wings) centered above the shield (see illustration).



3.   Members of the Emergency <u>Service</u> Unit (and Support Team) who have completed the Emergency Medical Technician Course and are currently certified by New York State, may wear the Emergency Medical Technician (EMT) certification symbol insignia. The insignia shall be worn on the upper left side of the shield backing.



Service Bar

Gold        Gold        Orange

4.   Members may elect to wear an orange bar, bordered in gold, with gold letters denoting their number of years of service.  This bar is to be worn on short sleeve shirts in the following manner:

Centered above the right breast pocket, 1/4" over the top edge of the pocket seam.

| V - 5 years | X - 10 years |
|---|---|
| XV - 15 years | XX - 20 years |
| XXV - 25 years | |



COBA

<u>5.</u>   <u>Members in the rank of Correction Officer and Captain may elect to wear a metal emblem representing membership in their respective union.  This emblem shall be worn on the upper right side of the shield backing.  (See illustrations of the union emblems at left).</u>



CCA

<u>**NEW MATERIAL UNDERLINED**</u>

416



| EFFECTIVE DATE<br>5/13/98 | SUBJECT | |
| CLASSIFICATION<br># 2270 | **UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** | |
| DISTRIBUTION<br>A & E | PAGE 11 OF<br>67 PAGES | |



III.   _REGULATIONS_ (Continued)

**BREAST BARS**
**AND**
**METAL EMBLEMS**
(Continued)

Illustrations of breast bars are in proper sequence when placed on shield backing.



Perfect Attendance

Gold   Blue   White   Red

5 Years  - Plain bar.
10 Years - Silver Star centered in the white.
15 Years - 2 silver stars centered in the blue and red.
20 Years - 3 silver stars centered in the blue, white and red.
25 Years - Gold star centered in the white.



ADW/DW Association Medal

Gold   White   Blue   Red   White
       Red                  Blue

The William Heidenreich Outstanding Career Achievement Award is presented for excellence to members of the Assistant Deputy Warden/Deputy Warden's Association.



Correction Captain's Assoc. Medal

Gold   Blue   Orange

This award is presented for excellence to members of the Correction Captain's Association for distinguished service and community service.



COBA Arturo Meyers Award

Gold   Blue   Gold

The Arturo Meyers Award is presented for excellence to members of the Correction Officers' Benevolent Association.



Blue   White   Silver   Orange

The 100 Year Commemorative breast bar graphically depict-
ing NYDC 1895 - 1995, with former and current Correction
Officer shields.



Expert           - Gold colored medal.
Sharpshooter     - Silver colored medal.

Breast bars are centered
horizontally 1/4" above the
center of the shield

Additional breast bars are
placed 1/4" above each
other - in order of importance

A United States flag emblem,
not exceeding 1" square, or
the authorized breast bar
representing the flag of the United
States, may be worn 1/4" above the
center of the shield or breast bars

_NEW MATERIAL UNDERLINED_

416



| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 5/13/98 | **UNIFORM AND EQUIPMENT** | |
| **CLASSIFICATION** | **SPECIFICATIONS AND REGULATIONS** | |
| **# 2270** | | |
| **DISTRIBUTION** | PAGE 15 OF | |
| **A & E** | 67 PAGES | |



## IV.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - DUTY UNIFORM   (Continued)

**REGULATION
DUTY UNIFORM**
(Continued)

**H. SOCKS**

   1.   Males:      Black socks only.

   2.   Females:   Black socks, or flesh tone nylon pantyhose or knee-high socks.

**I.   SHOES - FOOTWEAR**

Black military style laced leather oxford (shined), black military laced leather boot (shined) or black military laced patent leather shoe.

> **Note:**   Sneaker or sneaker type footwear is prohibited.

**J.   TIE**

Black breakaway type worn with long-sleeve uniform shirt.

> **Note:**   If the regulation duty Cruiser jacket or regulation Commando V-neck sweater is worn, the tie must also be worn.



Regulation
Tie Clasp

**K.   TIE CLASP**

Silver clasp with blue letters (D.C.N.Y.) the center of which shall contain the City seal.

## V.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - CLASS "A" DRESS UNIFORM

**CLASS "A"
REGULATION
UNIFORM
DRESS**

The class "A" regulation uniform is designated for wear at Departmental functions, ceremonies, parades, uniform inspections, hearings (as specified in Section III, paragraphs F, G & H) and other instances when directed by the Commissioner, Chief of Department, Commanding Officer or a designee.

> **Note:**   Class "A" dress uniform specification standards are consistent with NYPD regulations and all blouse, trouser and winter reefer coat items shall contain the NYPD authorization label.

416



| EFFECTIVE DATE 5/13/98 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
| DISTRIBUTION A & E | PAGE 23 OF 67 PAGES | |

## VII.   *UNIFORM AND EQUIPMENT SPECIFICATIONS*

CORRECTION OFFICER - OPTIONAL UNIFORM ITEMS (Continued)

**REGULATION UNIFORM OPTIONAL UNIFORM ITEMS** (Continued)

I.   **OVERSOCKS**

NYCDOC regulation black colored, 3-layer nylon and lycra stretch knit fabric or 3-layer non-stretch nylon Suplex Taslite fabric (or equal), with a Gore-Tex (or equal) membrane. The oversock shall be totally waterproof, highly breathable, windproof and designed to be worn over socks and inside footwear. The oversock shall have a footbed and rear stay constructed from the specified non-stretch material with the top and forward sections of the oversock constructed of the specified stretch material. The oversock shall measure 11" high and shall be hand washable.

J.   <u>WINDBREAKERS</u>

1.   <u>Only the Commissioner, the First Deputy Commissioner, the Chief of Department and the Uniform Committee are authorized to approve the wearing of the authorized windbreaker for specific personnel. Bureau Chiefs, Assistant Chiefs and Deputy Commissioners must submit a request to the Uniform Committee to seek authorization for members of their immediate staff to wear the prescribed garment.</u>

2.   <u>Uniformed members of the Department may be authorized to wear windbreakers when performing their assigned duties in civilian clothes for the purpose of immediate identification. Additionally, the member's shield must be prominently displayed on the outermost garment.</u>

3.   <u>Uniformed members of the Department may wear the windbreaker while in the prescribed duty uniform in instances where individual identification is required, and only with the expressed authority of the Chief of Department or a designee.</u>

4.   <u>Uniformed members of the Department shall not wear the authorized windbreaker as part of their duty uniform during the normal course of their daily assignment.</u>

5.   <u>Uniform windbreakers shall be constructed of a 100% dark blue nylon shell, thumb-tip length, with 100% polyester lining. Snap closure button front with two (2) front slash pockets, drawstring bottom and set-in sleeve with elasticized cuffs. The front of the jacket shall contain two (2) Velcro strips, 2" X 4", affixed to the center side of each breast location. The left Velcro strip shall contain the name of the member and the right Velcro strip shall contain the rank. Correction Officers shall have the shield number imprinted under the rank and supervisory officers shall have the rank insignia. All lettering shall be stitched in white. One (1) authorized Department patch shall be affixed to each sleeve, sewn centered in the sleeve, 8" from the neck line. The rear section of the windbreaker shall have the following identification affixed:</u>

<u>"New York City" in a centered slant on the first line. "Correction" underneath in a horizontal pattern and the unit identification on the third line. New York City Correction shall be 2" high X 1" wide per letter. The unit identification shall be 2½" high X 2" wide per letter except Operations Division which will be 2 X 1½" wide per letter.</u>

<u>The following units are authorized to wear the authorized windbreaker as noted herein:</u>

| <u>UNIT</u> | <u>ID on Windbreaker Back</u> |
|---|---|
| <u>Operations Security Intelligence Unit</u> | <u>OSIU</u> |
| <u>Special Operations Division</u> | <u>SOD</u> |
| <u>Operations Division (all Bureau/Asst. Chiefs Staff)</u> | <u>Operations Div.</u> |
| <u>Gang Intelligence Unit</u> | <u>GIU</u> |
| <u>Communications/Radio Repair Unit</u> | <u>CRRU Command Insignia</u> |

<u>NEW MATERIAL UNDERLINED</u>

416



| EFFECTIVE DATE<br>5/13/98 | SUBJECT<br>**UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** |  |
|---|---|---|
| CLASSIFICATION<br># 2270 | | |
| DISTRIBUTION<br>**A & E** | PAGE 24 OF<br>67 PAGES | |

## VIII.   *UNIFORM AND EQUIPMENT SPECIFICATIONS*

### *CORRECTION OFFICER - UNIFORM EQUIPMENT*

**REGULATION UNIFORM EQUIPMENT**

The following equipment is authorized and shall be worn with all classes of uniforms where required:

**A. TROUSER BELT**

Uniform approved black leather, 1 $^3/_4$" wide with silver or black buckle.

**B. EQUIPMENT/GUNBELT**

Uniform approved black leather/laminate, 2 $^1/_4$" wide with silver or black buckle, as noted below:

| Manufacturer * | Model # * |
|---|---|
| Cobra | B1P |
| DeSantis | B33 |
| J P | 5FL |
| Safariland | 146 |



Regulation
Gunbelts

> **Note:**   *Buckles with ornamental designs or insignias are not authorized on the trouser belt or equipment/gunbelt.*

**C. BELT KEEPERS (for Equipment/Gunbelt)**

Uniform approved black leather/laminate or equivalent with black or silver snaps, as noted below:

| Manufacturer * | Model # * |
|---|---|
| Cobra | U7 |
| DeSantis | V1 |
| J P | 25 |
| Safariland | 65 |

Regulation
Belt Keepers

**D. DUTY HOLSTER (.38 cal, S & W, Model 10)**

Uniform approved black leather swivel type with interlocking safety internal device, as noted below:

| Manufacturer * | Model # * |
|---|---|
| J P | 2074S |

**E. DUTY HOLSTER (9mm, S&W, Models 5946, 6946 and 3953)**

Uniform approved black leather/laminate multi-construction security holster, as noted below:

| Manufacturer * | Model # * |
|---|---|
| Cobra | X100/<u>X100A</u> |
| DeSantis | <u>78</u> |
| Safariland | 2955 |

* or authorized equivalent



NEW MATERIAL UNDERLINED

416



| EFFECTIVE DATE<br>5/13/98<br>CLASSIFICATION<br># 2270<br>DISTRIBUTION<br>A & E | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS**<br><br>PAGE **39** OF<br>**67** PAGES |  |
|---|---|---|

## IX.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS - REGULATION UNIFORMS   (Continued)

**DEPUTY WARDEN<br>DEPUTY WARDEN<br>IN COMMAND<br>AND<br>CHAPLAIN**



**A. RANK INSIGNIA**

The rank insignia, a gold gilt spread eagle (large and small size), shall be worn as described for Assistant Deputy Warden except:

Deputy Wardens-In-Command shall wear a ½" black NY twist stripe (braid), consistent with the Warden standards for the summer blouse, (see illustration, Section XII, for specifics)

**REGULATION<br>DUTY<br>UNIFORM**

B.  The regulation duty uniform shall be the same as required for Assistant Deputy Warden.

**REGULATION<br>CLASS "A"<br>UNIFORM**

C.  The class "A" regulation dress uniform shall be the same as required for Assistant Deputy Warden with the following variance:

**ALL WEATHER TRENCH COAT**

1.  NYPD/NYCDOC regulation navy-blue all weather double-breasted trench coat.

   a.  Males:  London Fog Davis style (or equal).

   b.  Females:  London Fog Lissette style (or equal).

   <u>Note:</u>   <u>Above models are authorized if purchased prior to November, 1996.</u>

2.  Garment must be converted for uniform use by Deputy Wardens and above by adding large metal insignia onto shoulder straps, Departmental patch on both sleeves (¾" from shoulder seam) and replace the existing 10 buttons with 10 large gold colored buttons containing the seal of the City of New York and 2 small buttons to be added to the shoulder straps near the collar line.

3.  The length of the garment shall be consistent with military regulations. The bottom of which shall be hemmed and not to extend beyond 4" below the member's knee.

   Note:   This garment replaces the winter reefer coat as the mandatory class "A" dress uniform outerwear.

NEW MATERIAL UNDERLINED

416



| EFFECTIVE DATE<br>5 / 1 3 /98<br>CLASSIFICATION<br># 2270 | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** |  |
|---|---|---|
| DISTRIBUTION<br>**A & E** | PAGE **40** OF<br>**67** PAGES | |

## IX.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS - REGULATION UNIFORMS (Continued)

**DEPUTY WARDEN<br>DEPUTY WARDEN<br>IN COMMAND<br>AND<br>CHAPLAIN<br>(Continued)**

4.   NYPD/NYDOC regulation navy blue all weather, double-breasted trench coat.

   Whaling Manufacturing Company - Darien style (or equal).

5.   Garment will be converted by the manufacturer/vendor in accordance with the specifications noted in Section IX, subsection C2 and C3.

   *Note:*   *This model is the authorized trench coat to be purchased after November, 1996.*

**REGULATION<br>CLASS "B"<br>UNIFORM**

D.   The class "B" regulation utility uniform shall be omitted for this rank.

**REGULATION<br>UNIFORM<br>OPTIONAL<br>UNIFORM ITEMS**

E.   **WINTER REEFER COAT**

   Shall be the same as required for Assistant Deputy Warden with the exception that the item is an option when the class "A" uniform is not required.

**REGULATION<br>UNIFORM<br>EQUIPMENT**

F.   The equipment shall be the same as for Assistant Deputy Warden with the following exception:

   **FLASHLIGHT/HOLDER**

   Omitted for this rank.

**WARDEN**



A.   **RANK INSIGNIA**

   The rank insignia, 1 gold gilt star (large and small size), shall be worn as described for Deputy Warden in Command.

**REGULATION<br>DUTY<br>UNIFORM**

B.   The regulation duty uniform shall be the same as required for Deputy Warden with the following modifications:

   **UNIFORM CAP - Standard**

   1.   Gold gilt spray design shall be added to the visor.

   2.   The band encircling the hat shall be made of black mohair.

**NEW MATERIAL UNDERLINED**

416

|  | EFFECTIVE DATE<br>5/ 1 3 /9 8 | SUBJECT |  |
|---|---|---|---|
| | CLASSIFICATION<br># 2270 | **UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** | |
| | DISTRIBUTION<br>**A & E** | PAGE  4 4  OF<br>6 7  PAGES | |

## X.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SPECIALIZED COMMAND UNIFORMS

The following uniforms are specifically designed for the commands listed below. They shall not be used in combination with the regulation duty, class "A" or class "B" uniforms.

**REGULATION
DUTY UNIFORM
EMERGENCY
SERVICE UNITS**

The following commands are authorized to wear the prescribed emergency service type uniform when performing the functions specifically for their unit and shall not deviate, modify or interchange in any manner, the prescribed uniform set forth herein. They shall not wear the uniform when working a facility, post or assignment designated for a regulation duty, regulation class "A" dress or regulation class "B" utility uniform.

1.  Emergency Service Unit;

2.  Harbor Unit;

3.  K-9 Unit;

4.  Communications/Radio Repair Unit;

5.  Fire and Safety Unit; and

6.  Operations Division.

A. **EMERGENCY SERVICE DUTY CAP**

NYCDOC regulation dark navy blue baseball style cap with a $\frac{3}{4}$ scale command patch affixed to the front center.

> *Note:    Supervisory Officers shall affix a metallic rank insignia to the center of the command patch.*

B. **EMERGENCY SERVICE DUTY SHIRT**

1.  NYCDOC regulation dark navy-blue colored poplin 65% polyester/35% combed cotton by approved manufacturer, permanent press treated with scotchguard soil release finish emergency service utility shirt. The front shall have a 3" turnback extending from neckline to bottom of shirt. Two pointed breast pockets, left pocket to have a hidden pencil pocket made of a separate fabric, inserted into the pocket edge and topstitched to have an opening of $1\frac{3}{8}$'". Pockets to close with 1 button and buttonhole. Epaulets to be sewn $1\frac{7}{8}$" tapering down to $1\frac{1}{2}$" cross stitched at the shoulder seams.

**NEW MATERIAL UNDERLINED**

FROM: CHIEF'S ORDERS                   MSGR: 99-00402397
TO  :                                  SENT: 04/30/99 03:15 PM    PRIORITY: 2
SUBJ: 1925-0
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TELETYPE ORDER NO. 1925-0

DATE       APRIL 30, 1999

TO         ALL MEMBERS OF THE DEPARTMENT

FROM       BERNARD B. KERIK, COMMISSIONER

SUBJECT    DIRECTIVE NO. 2270 - UNIFORM AND EQUIPMENT SPECIFICATIONS AND
                              REGULATIONS


           ******* I M M E D I A T E   A T T E N T I O N *******
           =====================================================


    1.  PENDING THE REVISION OF DIRECTIVE NO. 2270, "UNIFORM AND EQUIPMENT
SPECIFICATIONS AND REGULATIONS" DATED 9-13-96 (AS REVISED 5-13-98) THE
FOLLOWING CHANGE IS EFFECTIVE IMMEDIATELY:

       SECTION III.   REGULATIONS

    ADD NEW PARAGRAPH "6" TO:  SUB-SECTION NN "BREAST BARS AND METAL EMBLEMS"
                               -------------------------------------------------


           (6)  "MEMBERS WHO SERVED IN THE MILITARY DURING THE
                DESERT STORM CONFLICT MAY WEAR THE DESERT STORM
                BAR.  THE BAR SHALL BE PLACED ABOVE THE MARKSMAN-
                SHIP MEDAL ON THE SHIELD BACKING".


    2.  ALL OTHER PROVISIONS OF DIRECTIVE #2270 REMAIN IN FULL FORCE AND
AFFECT.

    3.  COMMANDING OFFICERS OF FACILITIES AND DIVISIONS SHALL ENSURE
THAT THIS TELETYPE ORDER IS COMPLIED WITH AND READ AT FIFTEEN (15) CONSECUTIV
ROLL CALLS AND COPIES ARE POSTED IN APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
COMMISSIONER
HR/KW

```
TO   :
SUBJ: 2095-0                    SENT: 05/11/99 10:14 AM     PRIORITY: 2
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

TELETYPE ORDER NO. 2095-0

ATE     MAY 11, 1999

TO      ALL MEMBERS OF THE DEPARTMENT

FROM    BERNARD B. KERIK, COMMISSIONER

SUBJECT   DIRECTIVE NO. 2270 - UNIFORM AND EQUIPMENT SPECIFICATIONS AND
                      REGULATIONS   -   DUTY UNIFORM SKIRT


1.   PENDING THE REVISION OF DIRECTIVE NO. 2270, "UNIFORM AND EQUIPMENT
SPECIFICATIONS AND REGULATIONS" DATED 9-23-96 (AS AMENDED), THE FOLLOWING
CHANGE IS EFFECTIVE MONDAY, MAY 24, 1999:

   A.   THE DUTY UNIFORM SKIRT IS DELETED AS AN OPTIONAL UNIFORM ITEM.

   B.   ALL FEMALE MEMBERS OF SERVICE WILL BE REQUIRED TO WEAR
        UNIFORM DUTY TROUSERS.

   C.   ACCORDINGLY, THE FOLLOWING SECTIONS OF DIRECTIVE 2270
        ARE HEREBY RESCINDED:

        I.   SECTION VII - UNIFORM AND EQUIPMENT SPECIFICATIONS,
                           CORRECTION OFFICER - OPTIONAL UNIFORM ITEMS;

             PARAGRAPH "C".   DUTY UNIFORM SKIRT (FEMALE)


        II.   SECTION IX  UNIFORM AND EQUIPMENT SPECIFICATIONS,
                          SUPERVISORY OFFICERS - REGULATION UNIFORM
                          OPTIONAL UNIFORM ITEMS CAPTAIN

             PARAGRAPH "C".   DUTY UNIFORM SKIRT (FEMALE)


2.   ALL OTHER PROVISIONS OF DIRECTIVE #2270 REMAIN IN FULL FORCE AND
AFFECT.

3.   COMMANDING OFFICERS OF FACILITIES AND DIVISIONS SHALL ENSURE
THAT THIS TELETYPE ORDER IS COMPLIED WITH AND READ AT FIFTEEN (15) CONSECUTIV
ROLL CALLS AND COPIES ARE POSTED IN APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
COMMISSIONER
HA/FS

FROM: CHIEF'S ORDERS          MSG#: 99-00009297
TO   :                        SENT: 05/13/99 07:45 PM    PRIORITY: 2
SUBJ: 2153-0                                                          2270
------------------------------------------------------------------------

TELETYPE ORDER NO. 2153-0

DATE      MAY 13, 1999

TO        COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM      BERNARD B. KERIK, COMMISSIONER

SUBJECT   TELETYPE NO. 2095-0              AMENDED
                                           -------


     1.  TELETYPE ORDER NO. 2095-0, DATED MAY 11, 1999 ENTITLED  "DIRECTIVE
NO. 2270 - UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS - DUTY
UNIFORM SKIRT"  IS HEREBY AMENDED AS FOLLOWS:

     PARAGRAPH 1. PENDING THE REVISION OF DIRECTIVE NO. 2270, "UNIFORM AND
EQUIPMENT SPECIFICATIONS AND REGULATIONS" DATED 9-23-96  (AS AMENDED), THE
FOLLOWING CHANGE IS EFFECTIVE THURSDAY, JULY 1, 1999.
                     ================================

     2.  ALL OTHER PROVISIONS OF THE AFOREMENTIONED TELETYPE ORDER SHALL
REMAIN IN FULL EFFECT.


AUTHORITY:
COMMISSIONER
HA/KW