TELETYPE ORDER NO. 3066-0

DATE        JULY 13, 1999

TO          COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM        GARY M. LANIGAN, FIRST DUTY COMMISSIONER
            WILLIAM J. FRASER, CHIEF OF DEPARTMENT

SUBJECT     APPEARANCE IN UNIFORM

            ***** I M M E D I A T E   A T T E N T I O N *****

        1.  IT HAS BEEN BROUGHT TO THE ATTENTION OF OUR OFFICES THAT
CERTAIN MEMBERS OF THE DEPARTMENT ARE NOT PRESENTING THEMSELVES IN A
PROPER AND PRESENTABLE MANNER WHILE IN UNIFORM.  THIS PRACTICE SHALL CEASE

IMMEDIATELY.

        2.  ALL MEMBERS OF THE DEPARTMENT ARE TO BE THOROUGHLY FAMILIAR
WITH AND IN COMPLIANCE WITH THE PROVISIONS OF DIRECTIVE 2270, ENTITLED
"UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS", DATED 9/23/96
(AS AMENDED).

        3.  FURTHERMORE, THE PRACTICE OF WEARING THE BLACK LEATHER SHIELD/
NAME PLATE HOLDER WITH EMPTY HORIZONTAL EYELETS FOR APPROVED BREAST BARS IS
UNACCEPTABLE.

        4.  COMMANDING OFFICERS OF FACILITIES AND DIVISIONS ARE TO ENSURE
THAT THE CONTENTS OF THIS TELETYPE ORDER ARE READ AT TWENTY-ONE (21)
CONSECUTIVE ROLL CALLS AND POSTED IN APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
COMMISSIONER

TO : 02C8                          SENT: 10/15/99 01:27 PM    PRIORITY: 2
SUBJ: PROPER ATTIRE 9-99                                      Dr. #2270
----------------------------------------------------------------------

TELETYPE ORDER NO. 3903-0

ATE        SEPTEMBER 8, 1999

TO         COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM       GARY M. LANIGAN, FIRST DEPUTY COMMISSIONER
           WILLIAM J. FRASER, CHIEF OF DEPARTMENT

SUBJECT    PROPER ATTIRE  -  CONDUCTING BUSINESS IN NON-FACILITY LOCATIONS

     1.  IT HAS COME TO THE ATTENTION OF OUR OFFICES THAT MEMBERS OF THE
DEPARTMENT, WHEN CONDUCTING BUSINESS IN NON-FACILITY LOCATIONS (I.E., 60
HUDSON STREET, ACADEMY, HMD, ETC.), ARE PRESENTING THEMSELVES IN LESS THAN
PROPER ATTIRE.  THIS SUBJECT HAS BEEN ADDRESSED ON NUMEROUS OCCASIONS AND
THE POSITION OF THIS DEPARTMENT IS NOT UNKNOWN TO ITS MEMBERS.

     2.  ANY EMPLOYEE, CIVILIAN OR UNIFORMED, WHO IS DIRECTED TO CONDUCT
BUSINESS (TRAINING, MEETINGS, HEARINGS, ERRANDS, ETC.), AT ANY NON-FACILITY
LOCATION (OR OUTSIDE AGENCY OR VENDOR), SHALL DRESS IN A PROPER FASHION.
SHORTS, TANK TOPS, DUNGAREES, SANDALS, JOGGING SUITS, TEE SHIRTS AND OTHER
NON-PROFESSIONAL DRESS ARE STRICTLY PROHIBITED.

     3.  ALL UNIFORMED MEMBERS OF THE DEPARTMENT ORDERED TO HEADQUARTERS FOR
OFFICIAL MEETINGS AND/OR WHOM ARE ATTENDING OR PARTICIPATING IN ANY BUSINESS
ELSEWHERE, SHALL REPORT IN THE CLASS "A" REGULATION UNIFORM.  THE EXCEPTION
TO THIS POLICY ARE INDIVIDUALS SPECIFICALLY AUTHORIZED BY THE COMMISSIONER OR
CHIEF OF DEPARTMENT TO WEAR APPROPRIATE CIVILIAN ATTIRE.

     4.  ALL UNIFORMED STAFF MUST WEAR THEIR UNIFORM WHILE ON DUTY, OR IF
THE MEMBER ELECTS TO WEAR THEIR UNIFORM OFF-DUTY IN ACCORDANCE WITH DIRECTIVE
# 2270, "UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS", DATED 9/23/96
(AS AMENDED).  SPECIFIC ATTENTION SHOULD BE PAID TO SECTION III, PARAGRAPHS
B & C WHICH READ AS FOLLOWS:

          III B.   MEMBERS SHALL NOT DEVIATE FROM, MODIFY OR INTERCHANGE IN
                   ANY MANNER, THE PRESCRIBED UNIFORM SET FORTH WITHIN THESE
                   REGULATIONS.   (DIRECTIVE #2270).

          III C.   MEMBERS SHALL NOT WEAR ANY DISTINGUISHABLE UNIFORM ITEM
                   WITH CIVILIAN CLOTHES EXCEPT THE AUTHORIZED SHIELD, WHEN
                   REQUIRED.

NO ONE SHALL COVER THEIR UNIFORM WITH NON-UNIFORM JACKETS, SHIRTS, ETC., UNLE
OFF-DUTY OR ON OFFICIAL BREAK.

     5.  EFFECTIVE IMMEDIATELY, ANY MEMBER WHO PRESENTS HIM/HERSELF IN
INAPPROPRIATE ATTIRE WHILE CONDUCTING DEPARTMENTAL BUSINESS WILL BE SUBJECT
TO DISCIPLINARY ACTION.  COMMANDING OFFICERS OF NON-FACILITY LOCATIONS SHALL
PURSUE DISCIPLINARY ACTION AGAINST THE MEMBER WHEN DEEMED APPROPRIATE.

     6.  COMMANDING OFFICERS OF FACILITIES AND DIVISIONS SHALL ENSURE THAT
THE CONTENTS OF THIS TELETYPE ORDER ARE READ AT TWENTY-ONE (21) CONSECUTIVE
ROLL CALLS AND THAT COPIES ARE POSTED IN APPROPRIATE EMPLOYEE AREAS.  ALL
COPIES OF THE ROLL CALL MANIFESTS SHALL BE FORWARDED TO RESPECTIVE CHIEF /
SSISTANT CHIEF.
                                           UNIFORM DEALERS:

AUTHORITY:
OFFICE OF THE COMMISSIONER
HA/HS

TO   : 0208                        SENT: 09/27/99 00:53 PM      PRIORITY: 2
SUBJ: 4150-0                                                    Dir 2270 FYI
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TELETYPE ORDER NO. 4150-0

DATE        SEPTEMBER 27, 1999

TO          COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM        WILLIAM J. FRASER, CHIEF OF DEPARTMENT

SUBJECT     UNIFORM UPDATE -  ALL WARDENS, BUREAU CHIEFS AND ASSISTANT CHIEFS


        1.  ALL UNIFORMED PERSONNEL IN THE ABOVE NOTED RANKS ARE DIRECTED TO
WEAR LONG SLEEVE UNIFORMED SHIRTS AND TIES, AT ALL TIMES, DURING THE
WINTER CHANGE OVER PERIOD THAT COMMENCES ON OCTOBER 1ST AND ENDS APRIL
30TH OF EACH YEAR.

        2.  BETWEEN MAY 1ST AND SEPTEMBER 30TH, UNIFORMED MEMBERS IN THESE
RANKS MAY WEAR THE SHORT SLEEVE UNIFORMED SHIRTS, IF THEY CHOOSE TO AND
ARE NOT WEARING A LONG SLEEVED OUTER GARMENT.

        3.  STRICT COMPLIANCE WITH THE CONTENTS OF THIS TELETYPE ORDER IS
DIRECTED.


AUTHORITY:
CHIEF OF DEPARTMENT
HA/HS

```
TO   :
SUBJ : 5420-0                          SENT: 12/27/99 06:44 PM    PRIORITY: 2
```

TELETYPE ORDER NO. 5420-0

TE       DECEMBER 27, 1999

TO       COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM     GARY M. LANIGAN, ACTING COMMISSIONER

SUBJECT  BOROUGH COMMANDS

    1.  IN 1980 EACH COURT FACILITY WAS OFFICIALLY INCORPORATED AS A DIVISI
OF THAT BOROUGH'S DETENTION FACILITY.  TO FURTHER ENHANCE THE OPERATIONAL
EFFICIENCY OF EACH BOROUGH COMMAND, THE FOLLOWING PROCEDURE ARE BEING
IMPLEMENTED.

    2.  EFFECTIVE JANUARY 1, 2000, EACH BOROUGH COMMAND SHALL BE REFERRED T
BY THE NAME OF THE BOROUGH AND THE TERM "DETENTION COMPLEX", I.E. BRONX
DETENTION COMPLEX, BROOKLYN DETENTION COMPLEX, QUEENS DETENTION COMPLEX.
TRANSFERS, TELETYPES, REPORTS, LETTERHEADS,. BUDGETS, ETC. SHALL REFLECT
THE TERM "COMPLEX" RATHER THAN COURT FACILITY OR HOUSE OF DETENTION FOR MEN.

    3.  THERE SHALL BE ONE TABLE OF ORGANIZATION FOR EACH BOROUGH COMMAND.
THE TABLE OF ORGANIZATION SHALL REFLECT ALL POSITIONS IN BOTH THE HOUSE AND
COURT FACILITY.

    4.  ALL PERSONNEL FUNCTIONS SHALL BE CONDUCTED FROM ONE OFFICE, LOCATED
IN THE MAIN FACILITY AND THE PERSONNEL CAPTAIN SHALL HAVE RESPONSIBILITY FOR
L STAFF ASSIGNED TO THE COMMAND.  THERE SHALL BE ONE SQUAD BOOK, ONE
.NIORITY LIST FOR EACH RANK, ONE VACATION SCHEDULE AND ONE RADIAL RESPONSE
LIST.

    5.  EACH BOROUGH COMMAND SHALL BE RESPONSIBLE FOR ALL DAILY, WEEKLY,
BI-WEEKLY AND MONTHLY REPORTS.  THESE REPORTS SHALL REFLECT THE ACTIVITIES IN
BOTH THE HOUSING AND COURT FACILITY.

    6.  THOSE STAFF MEMBERS DESIRING A TRANSFER TO A BOROUGH COMMAND SHALL
SUBMIT A TRANSFER TO THE COMPLEX.  THE ASSIGNMENT TO A POSITION IN A DETENTION
COMPLEX WILL BE IN ACCORDANCE WITH DEPARTMENTAL PROCEDURES.  ALL UNIFORMED
STAFF SHALL BE ELIGIBLE FOR ASSIGNMENT TO ANY POSITION ON THE SCHEDULE IN
ACCORDANCE WITH THE NEEDS OF THE COMMAND.

    7.  UPON ASSIGNMENT TO A BOROUGH COMMAND, EACH UNIFORMED STAFF MEMBER
SHALL BE SCHEDULED FOR TRAINING IN COURT PROCDURES IN ACCORDANCE WITH
DEPARTMENTAL PROCEDURES.

    8.  THOSE MEMBERS PRESENTLY ASSIGNED TO POSITIONS IN THE COURT FACILITI
SHALL REMAIN IN SUCH ASSIGNMENT PROVIDED THEY MAINTAIN SATISFACTORY ATTENDANC
AND PERFORMANCE RECORDS.  THE COMMANDING OFFICER OF EACH DETENTION COMPLEX IS
AUTHORIZED TO REASSIGN WITHIN THE COMMAND ANY MEMBER WHO HAS DEMONSTRATED AN
INABILITY TO MAINTAIN A SATISFACTORY RECORD.

    9.  MEMBERS OF SERVICE SHALL BE REQUIRED TO PURCHASE COLLAR INSIGNIAS T
REFLECT THE NAME OF THEIR COMMAND.  MEMBERS SHALL BE AFFORDED SUFFICIENT TIME
TO MEET COMPLIANCE WITH THIS REQUIREMENT.

10.   IT IS ANTICIPATED THESE ENHANCEMENTS WILL ASSIST EACH BOROUGH COMMAND'S EXECUTIVE STAFF TO BECOME EVEN MORE INNOVATIVE IN THEIR EFFORT TO REDUCE VIOLENCE, CONTROL OVERTIME AND PROMOTE EMPLOYEE MORALE.

11.   COMMANDING OFFICERS OF FACILITIES AND DIVISIONS ARE TO ENSURE THAT THE CONTENTS OF THIS TELETYPE ORDER IS READ AT FIFTEEN (15) CONSECUTIVE ROLL CALLS AND POSTED IN APPROPRIATE EMPLOYEE AREAS.

AUTHORITY:
OFFICE OF THE COMMISSIONER
HA/CA

```
FROM:  CHIEF'S ORDERS 3      MSG #: 2000-002157
TO  :  02C8                  SENT : 03/20/00   1849 HRS      PRIORITY: 2
SUBJ:
```

TELETYPE ORDER NO. HQ-01186-0

DATE       MARCH 20, 2000

TO         COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM       BERNARD B. KERIK, COMMISSIONER

SUBJECT    DIRECTIVE NO. 2270 - UNIFORM AND EQUIPMENT SPECIFICATIONS AND
                               REGULATIONS - PREGNANT UNIFORMED MEMBERS
                               OF THE DEPARTMENT

   1.  PENDING THE REVISION OF DIRECTIVE NO. 2270, "UNIFORM AND EQUIPMENT
SPECIFICATIONS AND REGULATIONS" DATED 9-23-96 (AS AMENDED 3-28-97), THE
FOLLOWING CHANGE IS EFFECTIVE IMMEDIATELY:

        ADD THE FOLLOWING "NOTE" TO SECTION III, UNIFORMS/GENERAL RULES,
        PARAGRAPH E (PAGE 2):

        NOTE: ONCE PREGNANT UNIFORMED MEMBERS OF THE DEPARTMENT CAN NO
              LONGER WEAR THE UNIFORM PROPERLY OR COMFORTABLY, THEY ARE
              AUTHORIZED TO WEAR PROPER BUSINESS ATTIRE WHILE ON DUTY.
              IN SUCH CASES PROPER BUSINESS ATTIRE WILL INCLUDE MATERNITY
              STYLE DRESSES, BLOUSES AND PANTS WITH ELASTIC WAISTBANDS.

   2.  ALL OTHER PROVISIONS OF DIRECTIVE #2270 REMAIN IN FULL FORCE AND
EFFECT.

   3.  COMMANDING OFFICERS OF FACILITIES AND DIVISIONS SHALL ENSURE THAT
THIS TELETYPE ORDER IS COMPLIED WITH AND READ AT FIFTEEN (15) CONSECUTIVE
ROLL CALLS AND COPIES ARE POSTED IN APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
COMMISSIONER
HA/CA

| NAME | ADDRESS | TELEPHONE |
|------|---------|-----------|
| **MANHATTAN** | | |
| ACME UNIFORM CO. | 459 WEST 15TH STREET | (212) 255-1033 |
| I. BUSS UNIFORM CO. | 121 EAST 24TH STREET | (212) 529-4655 |
| FOREST UNIFORMS | 45 EAST 20TH STREET | (212) 777-1900 |
| **BROOKLYN** | | |
| UNIFORM BY PARK COATS | 790 THIRD AVENUE | (718) 499-1182 |
| MEYERS UNIFORM | 63 FLATBUSH AVENUE | (718) 855-4018 |
| A & J UNIFORMS (BRANCH OF P & S) | 7115 THIRD AVENUE | (718) 833-5535 |
| MAC'S UNIFORMS (BRANCH OF ACME) | 1977 FLATBUSH AVENUE | (718) 377-5127 |
| **QUEENS** | | |
| BLUE KNIGHT POLICE EQUIPMENT (BRANCH OF ACME) | 120-84 QUEENS BLVD. | (718) 520-2828 |
| BLUE KNIGHT POLICE EQUIPMENT (BRANCH OF ACME) | 77-10 21ST AVENUE | (718) 204-2411 |
| JO-PAULS POLICE EQUIPMENT (BRANCH OF P & S) | 105-02 JAMAICA AVENUE | (718) 849-3861 |
| K. UNIFORMS | 113-19 JAMAICA AVENUE | (718) 849-4943 |
| P & S CUSTOM TAILORING | 105-23 LIBERTY AVENUE | (718) 738-4205 |
| PAUL'S POLICE EQUIPMENT (BRANCH OF ACME) | 65-14 METROPOLITAN AVENUE | (718) 417-6971 |
| RK POLICE EQUIPMENT & SUPPLIES (BRANCH OF ACME) | 67-25 MAIN STREET | (718) 261-1841 |
| **BRONX** | | |
| BROTHERS POLICE STORE (BRANCH OF P & S) | 3013 WEBSTER AVENUE | (718) 933-0270 |
| F & J POLICE EQUIPMENT | 378 EAST 161 STREET | (718) 665-4535 |

```
FROM: CHIEF'S ORDER          MSG#: 2000-003537
TO   :                       SENT: 05/04/00    1247  HRS
SUBJ:
```
-------------------------------------------------------------------------------

TELETYPE ORDER NO.   HQ -01908-0

DATE      MAY 04, 2000

TO        COMMANDING OFFICERS, FACILITIES AND DIVISIONS

FROM      BERNARD B. KERIK, COMMISSIONER

SUBJECT   CHANGE IN COMMAND DESIGNATIONS - COLLAR INSIGNIAS


1.   IN KEEPING WITH THE PROVISIONS SET FORTH IN TELETYPE ORDER NO.
5420-0, DATED DECEMBER 27, 1999, ENTITLED "BOROUGH COMMANDS" AND TELETYPE
ORDER NO. 2719, DATED JUNE 24, 1998, ENTITLED "CHANGE IN COMMAND
DESIGNATIONS", THE FOLLOWING INFORMATION IS PROVIDED.

2.   THE REQUIRED COLLAR INSIGNIAS FOR THE BOROUGH COMMANDS ARE AS
FOLLOWS:

| OLD | NEW | FACILITIES |
|-----|-----|------------|
| BK/BKCT | BKDC | BROOKLYN DETENTION COMPLEX – HOUSE AND COURT FACILITY |
| BX/BXCT | BXDC | BRONX DETENTION COMPLEX – HOUSE AND COURT FACILITY |
| MNCT | MDC | MANHATTAN DETENTION COMPLEX |
| QN/QNCT | QDC | QUEENS DETENTION COMPLEX – HOUSE AND COURT FACILITY |

3.   ADDITIONALLY, THE FOLLOWING INSIGNIAS ARE EITHER ADDED, CHANGED OR
HEREBY AUTHORIZED:

| OLD | NEW | FACILITIES |
|-----|-----|------------|
| | STEP | SELF TAUGHT EMPOWERMENT PROGRAM |
| | CPSU | CENTRAL PUNITIVE SEGREGATION UNIT |
| CO/OD | HQ | HEADQUARTERS – INCLUDES THE UNITS LOCATED AT HUDSON STREET, BATTERY PLACE AND LEFRAK CITY. |

4.   A COMPLETE SET OF ALL LISTED COLLAR INSIGNIAS FOR THE AFFECTED
STAFF ARE CURRENTLY AVAILABLE AT THE FOLLOWING AUTHORIZED UNIFORM DEALERS:

| | | |
|---|---|---|
| FRANK'S SPORT SHOP<br>(BRANCH OF ACME) | 430 EAST TREMONT AVENUE | (718) 299-9628 |
| OLINVILLE ARMS<br>(BRANCH OF ACME) | 3356 WHITE PLAINS ROAD | (718) 655-1569 |
| PAUL'S POLICE EQUIPMENT<br>(BRANCH OF ACME) | 2630 EAST TREMONT AVENUE | (718) 597-)480 |

## STATEN ISLAND

| | | |
|---|---|---|
| BIG APPLE POLICE EQUIPMENT<br>(BRANCH OF ACME) | 2300 HYLAN BLVD. | (718) 980-2677 |

5.   THE INSIGNIAS MUST BE PURCHASED AND DISPLAYED ON ALL DUTY UNIFORMS BY NO LATER THAN 0001 HOURS, SATURDAY, JULY 1, 2000.

6.   COMMANDING OFFICERS OF FACILITIES AND DIVISIONS ARE TO ENSURE THAT THE CONTENTS OF THIS TELETYPE ORDER IS READ AT FIFTEEN (15) CONSECUTIVE ROLL CALLS AND POSTED IN APPROPRIATE EMPLOYEE AREAS.


AUTHORITY:
COMMISSIONER
HA/CA

115

THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

# DIRECTIVE

| [ ] NEW | [ ] INTERIM | [ X ] REVISED | SUBJECT | | |
|---|---|---|---|---|---|
| EFFECTIVE DATE 9 / 23 /96 | | *TERMINATION DATE / / | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | | |
| CLASSIFICATION # 2270 | SUPERSEDES SEE SECTION XV | DATED | | DISTRIBUTION A & E | PAGE 1 OF 67 PAGES |
| RECOMMENDED FOR APPROVAL BY REVIEW BOARD MEMBER | | | AUTHORIZED BY THE COMMISSIONER | | |
| SIGNATURE | | | SIGNATURE | | |

## I.   PURPOSE

A.  To establish and set forth a specific standard of specifications and regulations regarding the uniforms and equipment for uniformed members of the Department.

B.  To ensure that the specifications and regulations as outlined herein are strictly adhered to.

## II.   POLICY

A.  The Department's policy is to ensure that all uniformed members, when wearing the prescribed uniform, shall do so in a proper and presentable manner, so as to instill a distinct sense of pride to the member and reflect credit on the Department.

B.  Commanding Officers or their designees shall be responsible for inspecting all uniforms of members assigned to their command and to ensure that the provisions contained herein are strictly complied with.

C.  All detailed uniform specifications are to be kept on file with the Departmental Uniform Committee.

## III.   REGULATIONS

**UNIFORMS GENERAL RULES**

A.  Uniformed members of the Department, while on duty, shall wear the prescribed uniform as specified in this Directive.

B.  Members shall not deviate from, modify or interchange in any manner, the prescribed uniform set forth within these regulations.

C.  Members shall not wear any distinguishable uniform item with civilian clothes except the authorized shield, when required.

116

| EFFECTIVE DATE 9/23/96 | SUBJECT UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| CLASSIFICATION # 2270 | | |
| DISTRIBUTION A & E | PAGE 2 OF 67 PAGES | |

## III. REGULATIONS (Continued)

**UNIFORMS GENERAL RULES (Continued)**

D. Uniformed members of the Department authorized to wear civilian clothes, shall wear the prescribed uniform when so directed.

E. Uniformed members of the Department shall wear at all times while on duty, the regulation duty uniform prescribed by the Commissioner and the Chief of Department, with exception of those individuals specifically authorized by the Commissioner or Chief of Department to wear appropriate civilian attire.

F. Members of the uniformed force, except when on suspension or on authorized leave, shall wear the regulation class "A" dress uniform when reporting as respondents at official Departmental disciplinary hearings, either at Central Office or the Office of Administrative Trials and Hearings (OATH).

G. Uniformed members reporting to the aforementioned hearings as a witness, shall do so in regulation class "A" dress uniform when on-duty and in appropriate civilian attire when off-duty.

H. Members of the uniformed force shall wear the regulation class "A" dress uniform when ordered to do so by teletype order, verbal and/or written direction by the Commissioner, Chief of Department, Commanding Officers or designees.

I. Uniforms and equipment shall be purchased and maintained at the expense of the member.

J. Only uniforms bearing the authorized certification label, as stipulated herein, are permitted and approved for use.

K. Seasonal uniform changes will be implemented upon direction by the Chief of Department, unless otherwise stipulated:

    1. Uniformed members of all ranks who are assigned to outside posts shall wear the long sleeve regulation duty uniform shirt and tie at all times between October 1 and April 30.

    2. Uniformed members of all ranks who are assigned to outside posts may wear the short sleeve regulation duty uniform shirt at all times between May 1 and September 30.

    3. Uniformed members of all ranks who are assigned to inside posts may wear short sleeve shirts and no ties all year round. However, if worn with an outer garment, a tie must be worn.

116

| EFFECTIVE DATE 9/23/96 | SUBJECT UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |
|---|---|
| CLASSIFICATION # 2270 | |
| DISTRIBUTION A & E | PAGE 3 OF 67 PAGES |

## III.   REGULATIONS (Continued)

**UNIFORMS
GENERAL RULES
(Continued)**

*Note:* *During the period between October 1 and April 30, any member assigned to an inside post (wearing a short sleeve shirt), who is reassigned to an outside post, shall change into a long sleeve shirt and tie prior to assuming the outside post duty assignment.*

4. When a long sleeve shirt is insufficient outerwear, the appropriate regulation garment must be worn with the duty shirt. If an outer garment is worn, a tie must be worn whether the member is wearing a long or short sleeve shirt underneath.

### L.   Command Insignias

To be worn by Correction Officers on both collars of the uniform shirt, with the exception of officers certified in Mental Health who shall wear the Mental Health insignia on the left collar (see illustration Section XI).

### M.   Departmental Insignias

To be worn by Correction Officers on both lapel collars of blouses, jackets and coats (see illustration Section XI).

### N.   Service Stripes

To be worn only by Correction Officers; light blue hash stripe, bordered in white and black, to be affixed to the left sleeve of all long sleeve shirts, winter reefer coats, summer blouses, cruiser duty jackets, utility "B" jackets and sweaters.

Each hash stripe represents 5 years of service as follows:



Black  White  Blue

(Represents 10 years of service)

| / | 5 years |
|---|---|
| // | 10 years |
| /// | 15 years |
| //// | 20 years |
| ///// | 25 years |

(For placement of service stripes, see Section XII).

### O.   Uniform Shirts/T-Shirts/Ties/Pants

1. When wearing a long-sleeved uniform shirt, a regulation tie must be worn at all times.

| EFFECTIVE DATE 9/ 23 /96 | SUBJECT |  |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION A & E | PAGE 4 OF 67 PAGES | |

## III.   REGULATIONS (Continued)

**UNIFORMS GENERAL RULES** (Continued)

2. When wearing a short-sleeved uniform shirt under a long-sleeved outer garment, the shirt shall be buttoned at the neck and worn with the regulation tie.

3. Whenever a member elects to wear a T-shirt under the short-sleeved uniform shirt, said T-shirt shall be white in color. If no outer garment is being worn, the top button of the short-sleeved uniform shirt shall be left open, exposing the top part of the white T-shirt.

4. The pants legs shall not be altered or tapered in any manner. The pants shall be between 6 $\frac{3}{4}$" and 9$\frac{1}{2}$" wide at the hem of the leg for females and between 8" and 9 $\frac{1}{2}$" wide at the hem of the leg for males with no blousing of the pants.

### P.  Departmental Patch/Command Patch

1. Departmental patches shall be placed on both sleeves of all uniform items (with the exception of the authorized reversible raincoat) in accordance with the measurement specifications delineated in Section XII, Patch Placement.

2. Command patches shall be worn on the right sleeve, in lieu of the Department patch, in accordance with measurement specifications (see Section XII) for those commands authorized to wear said items.

### Q.  Bullet-Resistant Vests

1. The bullet-resistant vest, other than the tactical ballistic vests used by the Emergency Response Unit (ERU), shall only be worn underneath the uniform shirt and/or outer garment and not be exposed in any fashion or manner.

2. For specifications, see Section VIII, Sub-Section V.

**UNIFORMS INITIAL PURCHASE**

R. All new uniforms will be sold with a 3 part receipt system. The member will be given 2 receipt copies upon initial purchase of any new uniform product. The receipt must indicate the vendor's name, address and telephone number and a statement that the garments were produced by an authorized manufacturer.

1. One copy will be kept by the member for record keeping purposes.

2. One copy shall be relinquished at the member's uniform inspection, and is to be placed in the uniform inspection folder for each member.

| EFFECTIVE DATE<br>9 / 23 /96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION<br># 2270 | **UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** |  |
| DISTRIBUTION<br>A & E | PAGE 5 OF<br>67 PAGES | |

III.   *REGULATIONS* (Continued)

**UNIFORMS<br>INITIAL PURCHASE**<br>(Continued)

3. All new uniforms purchased during any period in a member's tenure must be inspected and the receipt surrendered prior to the wearing of the item in question.

*Note:* Certified vendors and authorized manufacturers lists are to be published and updated regularly by the Departmental Uniform Committee.

**UNIFORMS & EQUIPMENT<br>INITIAL PURCHASE<br>RECRUITS**

S. Recruit Officers shall be responsible for purchasing all of the uniforms and equipment specified at the beginning of the Recruit Officer Training Program as stipulated by the Commanding Officer (or designee) of the Correction Academy.

T. The Commanding Officer of the Correction Academy (or designee) shall be required to ensure that Recruit Officers have purchased all of the required uniforms and equipment, and have presented said items to the Correction Academy for verification by the end of their training program. All recruits shall be required to have the prescribed uniforms and equipment prior to their command assignments.

**UNIFORMS & EQUIPMENT<br>INSPECTION<br>RECRUITS**

U. The uniform and equipment of all recruit personnel shall be inspected on a daily basis by the Academy staff.

V. A final inspection of Recruit Officers' required uniforms and equipment shall be conducted by the Commanding Officer (or designee) of the Correction Academy prior to their assignment to a command.

W. The Correction Academy shall be responsible to properly stamp the regulation class "A" dress uniform items and complete the applicable sections of the Uniform Inspection Record Card (Form #120 - 1/96, see Attachment A) for all uniforms and equipment.

X. The receipts and Inspection Record shall be forwarded by the Academy to the recruit member's new command.

**UNIFORMS & EQUIPMENT<br>INSPECTION**

Y. Commanding Officers of all Divisions/Facilities/Units are responsible for ensuring that all members of the uniformed force strictly adhere to the prescribed uniform/equipment specifications and regulations.

Z. It shall be the responsibility of all Commanding Officers to ensure that uniforms worn by members are authorized, and are in a clean, presentable condition. In the event a member's uniform is not proper, the Commanding

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/ 23 /96 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
| CLASSIFICATION # 2270 | | |
| DISTRIBUTION A & E | PAGE 6 OF 67 PAGES | |

### III.   REGULATIONS (Continued)

**UNIFORMS & EQUIPMENT INSPECTION** (Continued)

AA.   Inspection of uniforms and equipment shall be performed in the following manner:

1.   The supervisory officer conducting the daily roll call, or a designee, shall personally inspect every officer to ensure that the uniform and equipment are in compliance with the regulations contained herein.

2.   In the event an officer is not in compliance, the officer will be instructed to immediately remedy the situation and when appropriate, disciplinary action shall be taken.

3.   In addition to inspections at roll call and the scheduled annual inspection, supervisory officers shall periodically inspect uniforms during normal tours of inspection.

**UNIFORMS & EQUIPMENT ANNUAL INSPECTION**

4.   During the annual uniform inspection, the Uniform Inspection Record Card (Form #120 - 1/96), shall be utilized and properly completed by the supervisory officer performing the inspection. The time and place of the annual inspection shall be determined by the Commanding Officer, commencing on the first business day in May and concluding on the first business day in June.

5.   Officers who are on authorized vacation, indefinite sick leave, or other leave during the scheduled inspection period shall have their annual inspection within 2 weeks after they return to duty.

**PERSONAL APPEARANCE WHEN IN UNIFORM**

BB.   All members of the Department shall wear their hair in a style that does not fall below the top of the shirt collar and allows for the wearing of the regulation uniform cap to fit squarely on the top of the head with the center of the visor directly over the nose. Members of the Department may not cut, shave or wear their hair in a manner that results in an unnatural pattern, design or style. In addition, members may not color their hair in a shade not normally recognized as a natural shade.

CC.   Beards, mustaches and sideburns shall be maintained and worn in the manner prescribed herein:

Beards must be closely trimmed and shaped in conformity with the jaw line. Mustaches and sideburns must be neatly trimmed. All facial hair must be trimmed within 1" from the face and worn in a manner that will not interfere with the wearing and utilization of any protective gear.

716

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/23/96 | **UNIFORM AND EQUIPMENT** |  |
| CLASSIFICATION | **SPECIFICATIONS AND REGULATIONS** | |
| # 2270 | | |
| DISTRIBUTION | PAGE 7 OF | |
| A & E | 67 PAGES | |

## III.  _REGULATIONS_ (Continued)

**PERSONAL APPEARANCE
WHEN IN UNIFORM
(Continued)**

DD.  Members of the Department shall maintain their fingernails to a length not to exceed $1/2$" from the tip of the finger and in a manner that will not impede their ability to properly, efficiently and rapidly use or operate keys, firearms, handcuffs, other security devices, or any other items relative to their duties.

EE.  Members of the Department shall not wear any facial jewelry, earrings, exposed dangling necklaces or exposed dangling bracelets.

FF.  Members are directed to minimize the wearing of jewelry while on-duty and in uniform, including but not limited to rings and decorative hair accessories.

**SHIELD AND
IDENTIFICATION CARD**

GG.  Members shall carry their shield and identification card at all times.

HH.  Members shall wear their shield on the outermost garment at all times and specifically display the shield when in civilian clothes and visiting Departmental Facilities/Divisions/Units/Central Office or when at the scene of an emergency.

> **Note:**   The placement of any pin or adornment either on or around the shield, including facsimiles of Departmental emblems, is unauthorized.

II.  It is the responsibility of every member to safeguard their shield and identification card at all times, and to ensure that any unauthorized individual does not gain possession of the shield and/or identification card.

JJ.  Pictures for all new identification cards shall be taken with a red background for uniformed personnel. The prescribed uniform for the picture shall be:

1.  **Correction Officers**

    Regulation duty uniform navy blue shirt with command insignias and black tie. No jackets, sweaters or any other outerwear shall be permissible.

2.  **Supervisory Officers**

    Regulation duty uniform white shirt with rank insignias and black tie. No jackets, sweaters or any other outerwear shall be permissible.

116

| EFFECTIVE DATE<br>9/23/96<br>CLASSIFICATION<br># 2270<br>DISTRIBUTION<br>A & E | SUBJECT<br>**UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS**<br><br>PAGE  8  OF<br>6 7  PAGES |  |

III.   **REGULATIONS** (Continued)

**NAME PLATES**   KK.   All members of the Department, while in uniform, are required to wear name plates centered below the shield as follows:

1.   **Supervisory Officers** - gold with black lettering.

2.   **Correction Officers** - silver with black lettering.

3.   Members may purchase name plates in the proper coloring, with black lettering denoting the numbers of years serving as a member of the Department. The number of years of service shall appear below the member's last name on the name plate.

4.   Recruit Officers shall purchase name plates during their Academy training period.

   **Note:**   *If at any time a name plate is broken, lost or stolen, it shall be incumbent upon the member to purchase a new name plate.*

**MOURNING BAND**   LL.   Members shall wear a black elastic mourning band, $\frac{1}{2}$" wide, on the shield and covering the City Seal, upon the death of an active or retired member of the Department, or any other uniformed City/State agency (see illustration).

   The mourning band shall be worn as follows:



1.   **Death of an Active Member - Same Command**

   From the time of death until 2400 hours on the 10th day after death.

2.   **Death of an Active Member - Other Command**

   From the time of death until 2400 hours on the 5th day after death.

3.   **Death of a Retired Member**

   From the time of death until 2400 hours on the day of the funeral.

4.   **Death of a Member - Other Uniformed City or State Agency**

   From the time of death until 2400 hours on the day of the funeral.

416

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9 / 23 / 96 | **UNIFORM AND EQUIPMENT** |  |
| CLASSIFICATION # 2270 | **SPECIFICATIONS AND REGULATIONS** | |
| DISTRIBUTION A & E | PAGE 9 OF 67 PAGES | |

## III.  _REGULATIONS_  (Continued)

**RELIGIOUS HEADPIECES**

MM.  Whenever a uniformed member of the Department is in uniform and desires to wear a Yarmulke, Kufi or Kamir, the member may do so only when inside a Department facility. However, when outside a facility, the headpiece shall be worn underneath the prescribed uniform cap. The only authorized colors for these religious head-pieces are blue or black.

**BREAST BARS AND METAL EMBLEMS**

NN.  Members shall wear authorized breast bars starting $\frac{1}{4}$" above the center of the shield and each bar shall be $\frac{1}{4}$" apart. When more than 1 breast bar is worn, the highest awarded bar shall be on top, furthest away from the shield.

> _**Note:**_  _Breast bars from other agencies or those representing ethnic or religious affiliations are unauthorized_ .



1.  Members may elect to wear a metal emblem of the flag of the United States of America not to exceed 1" square, worn above the center of the shield or authorized breast bars (see illustration).



2.  Members of the Emergency Response Unit who complete and are certified in the NYPD Repel Training Course may wear the Helicopter Repel Bar (silver colored metal helicopter with wings) centered above the shield (see illustration).



3.  Members of the Emergency Response Unit (and Support Team) who have completed the Emergency Medical Technician Course and are currently certified by New York State, may wear the Emergency Medical Technician (EMT) certification symbol insignia. The insignia shall be worn on the upper left side of the shield backing.

4.  Members may elect to wear an orange bar, bordered in gold, with gold letters denoting their number of years of service   This bar is to be worn on short sleeve shirts in the following manner:

Centered above the right breast pocket, 1/4" over the top edge of the pocket seam.

Service Bar



Gold   Gold   Orange

V -  5 years          X - 10 years
XV - 15 years        XX - 20 years
XXV - 25 years

| EFFECTIVE DATE 9/ 23 /96 | SUBJECT UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | |
| --- | --- | --- |
| CLASSIFICATION # 2270 | |  |
| DISTRIBUTION A & E | PAGE 10 OF 67 PAGES | |

## REGULATIONS (Continued)

**BREAST BARS AND METAL EMBLEMS (Continued)**

Illustrations of breast bars are in proper sequence when placed on shield backing.

Department Medal of Honor



Gold    Green    White

Additional award of this medal is indicated by a gold oak leaf in the center of the bar.

Honorable Mention      (Silver Star)
Exceptional Merit       (Lt. Green Star)
Commendation           (Bronze Star)



Gold   Green   White   Orange   Blue

Two awards of the same medal are represented by the appropriately colored star centered on the green and blue. A third award is represented by the appropriately colored star centered on the green, blue and white.

Meritorious Duty



Gold   Green   White   Orange   Blue

Additional awards of this type are shown by a silver numeral centered on the bar indicating the total number of awards.

Excellent Duty



Gold   Green   Orange   White

Additional awards of this type are shown by a silver numeral centered on the bar indicating the total number of awards.

Unit Citation

Gold    Blue    Orange

Unit Citation awards shall have 2 silver colored numerals representing the last 2 digits of the year of the award, centered in the middle of the bar.

| EFFECTIVE DATE<br>9/23/96 | SUBJECT | |
| CLASSIFICATION<br># 2270 | UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION<br>A & E | PAGE 11 OF<br>67 PAGES | |

## III. REGULATIONS (Continued)

**BREAST BARS
AND
METAL EMBLEMS**
(Continued)

Illustrations of breast bars are in proper sequence when placed on shield backing.



Perfect Attendance

Gold    Blue    White    Red

5 Years    - Plain bar.
10 Years   - Silver Star centered in the white.
15 Years   - 2 silver stars centered in the blue and red.
20 Years   - 3 silver stars centered in the blue, white and red.
25 Years   - Gold star centered in the white.

ADW Association Medal

Gold   White   Red   Blue   Red   White   Blue

The William Heidenreich Outstanding Career Achievement Award is presented for excellence to members of the Assistant Deputy Warden's Association.



Correction Captain's Assoc. Medal

Gold    Blue    Orange

This award is presented for excellence to members of the Correction Captain's Association for distinguished service and community service.



COBA Arturo Meyers Award

Gold    Blue    Gold

The Arturo Meyers Award is presented for excellence to members of the Correction Officers' Benevolent Association.

Expert
Sharpshooter

- Gold colored medal.
- Silver colored medal.



Breast bars are centered horizontally 1/4" above the center of the shield.

Additional breast bars are placed 1/4" above each other - in order of importance.

A United States flag emblem, not exceeding 1" square, may be worn 1/4" above the center of the shield or breast bars.

1/4"

| EFFECTIVE DATE<br>9/23/96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION<br># 2270 | UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS | |
| DISTRIBUTION<br>A & E | PAGE 12 OF<br>67 PAGES | |

## IV. UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - DUTY UNIFORM

**REGULATION
DUTY UNIFORM**

The regulation duty uniform is specified for wear during daily tours of duty (except where noted):

### A. UNIFORM CAP - Standard



Regulation
Uniform Cap
(Standard)

Standard NYPD/NYCDOC navy blue, 8 point cap with black visor, black strap with 2 small gold buttons containing the seal of the City of New York affixed at each end of the black visor. The silver metal cap device bearing the City seal and member's shield number, shall be affixed to the center of the cap.

> **Note**:  Must be worn for all outside duty assignments or as otherwise prescribed by Departmental orders and/or teletypes.

### B. UNIFORM CAP - Summer (optional)

Same as uniform cap - standard, with the exception that the surrounding black band connected to the black visor consists of a ventilation mesh to allow for movement of fresh air.

> **Note**:  Can only be worn between May 1 and September 30.

### C. UNIFORM HAT - Winter (optional)

NYCDOC regulation trooper style cap, police blue in color. Must be constructed of a nylon shell and quilted polyester batting insulated lining (optional Gore-Tex Z Liner, or equal). The shell and lining shall be of a 4 panel design and a fold down front flap. There shall be a shell fabric strap with a slider adjustable snap which secures the earflap up over the cap or down under the chin. The front flap shall have a layer of shell fabric, a stiffening board, and pile with a snap to secure it to the front of the cap and 2 black eyelets set through the front flap centered vertically with spacing 1 $^{3}/_{8}$" center to center to attach a cap device bearing the City seal and member's shield number.

426

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/23/96 | **UNIFORM AND EQUIPMENT** |  |
| CLASSIFICATION #2270 | **SPECIFICATIONS AND REGULATIONS** | |
| DISTRIBUTION A & E | PAGE **13** OF **67** PAGES | |

## IV. UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - DUTY UNIFORM (Continued)

**REGULATION DUTY UNIFORM** (Continued)



Regulation Short Sleeve Shirt

Regulation Long Sleeve Shirt

**D. UNIFORM SHIRT**

1. NYCDOC regulation dark navy blue military type 75% dacron polyester/25% worsted wool, tropical weave, with shoulder strap, and 2 military creases in front and 3 military creases in back of shirt. Pockets to be nonfunctional, with functional pencil compartment, flap to be scalloped and sewn to body of shirt. Two eyelet holes sewn above left breast, 1 ¾" apart (with 1" inside reinforcement sling) to accept regulation shield. Collar eyelets ⅛" stitched, and centered 1" from front edge and 1" from bottom edge to accept command insignia.

2. Long sleeve shirt accepts service stripes on left sleeve (see Section XII for placement).

3. Long sleeve and short sleeve uniform shirt specifications are identical with the exception of the length of the sleeve.

4. Must contain an authorized and numbered certification label to be sewn on the inside of back placket between the 4th and 5th button from the collar, with no stitching exposed on the outside of the shirt.

**E. UNIFORM TROUSERS**

1. NYCDOC regulation dark navy-blue 75% dacron polyester/25% worsted wool, with 2" waist band, and 1" belt loops and police design type pockets to accept equipment. Trouser legs shall contain front/rear creases and the outer seam shall have sewn a ½" black NY twist stripe (braid).

   *Note:* *Uniform duty trousers cannot be worn with the class "A" regulation summer blouse or class "A" regulation winter reefer coat.*

2. Must contain an authorized and numbered certification label to be sewn on the inside of the right hip pocket below the pocket facing. The label shall be sewn down on all 4 sides using a single-needle, lock-stitch machine.

| EFFECTIVE DATE<br>9/ 23 /96<br>CLASSIFICATION<br># 2270<br>DISTRIBUTION<br>A & E | SUBJECT<br>UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS<br><br>PAGE 14 OF<br>67 PAGES |  |
| --- | --- | --- |

## IV.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - DUTY UNIFORM   (Continued)

**REGULATION
DUTY UNIFORM**
(Continued)



Regulation
Cruiser Duty Jacket
(Shown with duty shirt
and turtleneck)

### F.  CRUISER DUTY JACKET

1.  NYCDOC regulation dark navy police blue jacket, constructed of 200 Denier Nylon (warp) and 3 ply 70 Denier Taslanized nylon (filling), plain weave, treated with durable fluorocarbon water and stain release agents (optional Gore-Tex Z Liner, or equal). The jacket shall be waist length, single breasted, with overlapping storm front with zipper and snap. The outer shell shall be waterproof, equipped with detachable epaulets, 2 lower flaps and pleated pockets with side openings for hands, bi-swing back, 2-piece set-in sleeves with underarm sleeve gussets, sleeve zippers and leather trim on the cuffs; zippered side vents with snap tab closures, collar with collar stand and inside zippered patch pocket; ScotchLite retro-reflective package; zip-out insulated liner. Two eyelet holes sewn above left breast, 1 and $^{3}/_{4}$" apart (with 1" inside reinforcement sling) to accept regulation shield. Collar eyelets $^{1}/_{8}$" stitched, and centered 1" from front edge and 1" from bottom edge to accept the DC insignia. Three snaps or buttons on the collar to accept optional detachable hood (see Section VII, Sub-Section H).

2.  Left sleeve accepts service stripes (see Section XII for placement).

3.  Must contain authorized and numbered certification label to be sewn on the inside right zipper pocket located on the permanent lining. The label shall be sewn down on all 4 sides.

### G.  REVERSIBLE RAINCOAT



Regulation
Reversible
Raincoat

1.  NYCDOC regulation raincoat, constructed of US 101 polyester taffeta, Gore-Tex PTFE membrane (or equal), polyester knit, 3 layer laminate, police blue in color on the front side and fluorescent orange underneath with ScotchLite 1$^{1}/_{2}$" silver reflective tape around each cuff and a strip around the front and back side of the armhole. The letters NYC in black 4" letters and CORRECTION in black 2" letters shall be screened onto the back of the orange side. The raincoat shall be waterproof by design, fully cut, raglan shoulder design and reversible. There shall be 2 slash through side openings with flaps, snap front with inner and outer storm flies, badge tabs on both sides, and hook and loop cuff and neck closure.

2.  This item is optional. If a member elects to wear this garment, it must contain an authorized and numbered certification label to be attached to the right front fly on the orange side, at the bottom hem.

| EFFECTIVE DATE 9/23/96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | CORRECTION DEPARTMENT CITY OF NEW YORK |
| DISTRIBUTION A & E | PAGE 15 OF 67 PAGES | |

## IV.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - DUTY UNIFORM   (Continued)

**REGULATION DUTY UNIFORM** (Continued)

H.  SOCKS

   1.  Males:        Black socks only.

   2.  Females:     Black socks, or flesh tone nylon pantyhose or knee-high socks.

I.  SHOES

   Black military style laced leather oxford (shined) or patent leather.

   *Note:*   *Sneaker or sneaker type footwear is prohibited.*

J.  TIE

   Black breakaway type worn with long-sleeve uniform shirt.

   *Note:*   *If the regulation duty Cruiser jacket or regulation Commando V-neck sweater is worn, the tie must also be worn.*

K.  TIE CLASP

Regulation Tie Clasp

   Silver clasp with blue letters (D.C.N.Y.) the center of which shall contain the City seal.

## V.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - CLASS "A" DRESS UNIFORM

**CLASS "A" REGULATION UNIFORM DRESS**

The class "A" regulation uniform is designated for wear at Departmental functions, ceremonies, parades, uniform inspections, hearings (as specified in Section III, paragraphs F, G & H) and other instances when directed by the Commissioner, Chief of Department, Commanding Officer or a designee.

   *Note:*   *Class "A" dress uniform specification standards are consistent with NYPD regulations and all blouse, trouser and winter reefer coat items shall contain the NYPD authorization label*

116

| EFFECTIVE DATE 9/ 23 /96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION A & E | PAGE 16 OF 67 PAGES | |

# V.   UNIFORM AND EQUIPMENT SPECIFICATIONS

## CORRECTION OFFICER - CLASS "A" DRESS UNIFORM   (Continued)

**CLASS "A" REGULATION UNIFORM DRESS** (Continued)



Regulation Class "A" Uniform (Shown with summer blouse)

### A. STANDARD UNIFORM CAP

Same as for regulation duty standard uniform cap.

### B. SUMMER BLOUSE

1. NYPD regulation navy blue 100% serge wool blouse with shoulder straps, 2 - 9" side vents (to allow access to regulation firearm) and gold buttons containing the City seal. Two eyelet holes sewn above left breast, 1 ¾" apart to accept regulation shield. Collar eyelets ⅛" stitched, and centered 1" from front edge and 1" from bottom edge to accept the DC insignia.

2. Left sleeve accepts service stripes (see Section XII for placement).

   **Note:**   The trousers and summer blouse must be the same exact shade and cut from the same bolt of cloth to ensure the proper color matching for the wearing of both uniform items together. The wearing of the blouse shall be as prescribed by direction and/or teletype order.

### C. WINTER REEFER COAT



Regulation Class "A" Uniform (Shown with winter reefer coat)

1. NYPD regulation navy blue 100% serge wool reefer coat with convertible collar, side vents and gold buttons containing the City seal. Two eyelet holes sewn above left breast, 1 ¾" apart (with 1" inside reinforcement sling) to accept regulation shield. Collar eyelets ⅛" stitched, and centered 1" from front edge and 1" from bottom edge to accept DC insignia.

2. Left sleeve accepts service stripes (see Section XII for placement).

   **Note:**   Navy type pea coats are unauthorized. The wearing of the class "A" winter reefer coat shall be as prescribed during winter months, by direction and/or teletype order.

### D. UNIFORM TROUSERS

NYPD regulation navy blue 100% serge wool with ½" black mohair braid on outside seams

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/23/96 | | |
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | |
| DISTRIBUTION A & E | PAGE 17 OF 67 PAGES | |

## V.    UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - CLASS "A" DRESS UNIFORM    (Continued)

**CLASS "A" REGULATION UNIFORM DRESS** (Continued)

E.  **UNIFORM SHIRT**

Same as for regulation duty uniform shirt.

F.  **SOCKS**

Same as for regulation duty uniform socks.

G.  **TIE**

Same as for regulation duty uniform tie.

H.  **TIE CLASP**

Same as for regulation duty uniform tie clasp.

I.  **SHOES**

Same as for regulation duty uniform shoes.

J.  **CEREMONIAL GLOVES**

Lightweight white cotton or polyester rayon type.

## VI.    UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - CLASS "B" UTILITY UNIFORM

**CLASS "B" REGULATION UNIFORM UTILITY**

A.  The class "B" regulation uniform is mandatory for officers assigned to work details and special support units whose duties require this type of work uniform, such as:

1.  Support Services Division;

2.  Correction Industries Division;

3.  Transportation Division Garage Detail;

4.  Construction Management Unit;

5.  Divisional Storehouse Detail;

6.  Facility Kitchen Detail;

416

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/23/96 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
| CLASSIFICATION<br>#2270 | | |
| DISTRIBUTION<br>A & E | PAGE 18 OF<br>67 PAGES | |

## VI.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - CLASS "B" UTILITY UNIFORM   (Continued)

**CLASS "B"
REGULATION
UNIFORM
UTILITY**
(Continued)

7.   Facility Intake Detail;

8.   Facility Environmental/Sanitation Detail; and

9.   Facility Maintenance Detail.

> **Note:**   The duty uniform is prohibited from being worn on class "B" assignments.

### B.  UNIFORM CLASS "B" SHIRT

1.   NYCDOC regulation light blue military type poly cotton blend, with shoulder straps, and 2 military creases in front and 3 military creases in back of shirt. Pockets to be nonfunctional, flap to be scalloped and sewn to body of shirt. Two eyelet holes sewn above left breast, 1 ³/₄" apart (with 1" inside reinforcement sling) to accept regulation shield. Collar eyelets ¹/₈" stitched, and centered 1" from front edge and 1" from bottom edge to accept command insignia.

2.   Left sleeve of long sleeve shirt accepts service stripes (see Section XII for placement).

3.   Long sleeve and short sleeve uniform shirt specifications are identical, with the exception of the length of the sleeve.

4.   No tie shall be worn with the class "B" utility uniform shirt.

### C.  UNIFORM CLASS "B" UTILITY TROUSERS



Regulation
Class "B"
Utility

1.   NYCDOC regulation police navy blue pants, constructed of 65% polyester/35% cotton fiber blend. The trousers shall be a tailored split seam construction uniform style with 2 front quarter pockets, 2 double-section side pockets, 2 button-tab hip pockets, and wide waistband with belt loops inserted bottom and tacked to the top; a wide elastic waistband with silicone shirt-grip stripe. The patterning shall allow generous seat and thigh. The waistband construction and trouser patterning shall accommodate an optional removable windproof breath able liner.

2.   Must contain an authorized and numbered certification label to be attached to the waistband next to the "size and care" label.

| EFFECTIVE DATE<br>9/23/96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION<br># 2270 | **UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** |  |
| DISTRIBUTION<br>A & E | PAGE 19 OF 67 PAGES | |

## VI.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - CLASS "B" UTILITY UNIFORM  (Continued)

**CLASS "B"**
**REGULATION**
**UNIFORM**
**UTILITY**
(Continued)

### D.  UNIFORM CLASS "B" UTILITY JACKET

1.  NYPD/NYCDOC regulation navy blue whipcord work jacket, thumb tip length, with lining, front zipper and side vents. Two eyelet holes sewn centered over the left breast 1 3/4" apart to accept the regulation shield. Collar eyelets 1/8" stitched, and centered 1" from front edge and 1" from bottom edge to accept DC insignia.

2.  Left sleeve accepts service stripes (see Section XII for placement)

    *Note*:  *The regulation class "B" utility jacket listed will continue to be an authorized uniform item until new specifications and design have been approved.*

### E.  CLASS "B" UTILITY COVERALLS

The following item is authorized for members within the Support Services Division and the Transportation Division Garage Unit who are detailed to specified job assignments:

1.  NYCDOC regulation 1 piece navy blue 65% polyester/35% combed cotton utility coverall, durable press with soil release, short or long sleeve version.

2.  The Departmental patch shall be affixed to the left sleeve and the command patch shall be affixed to the right sleeve, as specified in Section XII.

3.  Unit identification patches shall be sewn and placed in accordance with measurements and specifications noted in Section X, Sub-Section B. 2., a, b & c, with the following exceptions for the COMMAND NAME:

| SUPPORT<br>SERVICES DIV.<br>NYC<br>CORRECTION | TRANSPORTATION<br>DIVISION<br>NYC<br>CORRECTION |
|---|---|

### F  WORK CAP  (Baseball Type)

NYPD/NYCDOC regulation navy baseball type cap with adjustable back and a 3/4 scale Correction emblem or command patch affixed to the center of the front.



| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/23/96 | **UNIFORM AND EQUIPMENT** | |
| CLASSIFICATION | **SPECIFICATIONS AND REGULATIONS** | |
| # 2270 | | |
| DISTRIBUTION | | |
| A & E | PAGE 20 OF | |
| | 67 PAGES | |

## VI.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - CLASS "B" UTILITY UNIFORM   (Continued)

**CLASS "B"
REGULATION
UNIFORM
UTILITY
(Continued)**

G. **SOCKS**

Black in color only.

H. **SHOES**

Black military style laced leather oxford type or work boot.

> **Note:**   Sneaker or sneaker type footwear is prohibited.

## VII.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - OPTIONAL UNIFORM ITEMS

**REGULATION
UNIFORM
OPTIONAL UNIFORM
ITEMS**

The following have been authorized as regulation uniform items but are not listed as mandatory (optional).

A. **COMMANDO V-NECK SWEATER**



Regulation
Commando V-Neck
Sweater
(tucked into pants)

1. NYCDOC regulation sweater, constructed of 50% Virgin British worsted wool/ 50% Virgin Colonial Spun long-fiber wool, police blue in color. Shall be a pullover style, 2x2 rib throughout, V-Neck, with a straight body and set in sleeves. The number of counted ribs from side seam to side seam across the chest and bottom welt shall be equal to the chest size in inches. Knitted welt and turn back cuff design. Durable cloth patches shall reinforce shoulders and elbows. The body and sleeve welts shall be knit with a sewn non-raveling edge. Shoulder epaulets attached at shoulder seam only, with microphone straps underneath. Shield patch sewn over left side breast with eyelets 1 ¼" apart to accept shield.

2. The garment shall come in 2 styles:

   a. Without lining; or

   b. With GoreTex XCR lining (or equal).

3. Left sleeve accepts service stripes (see Section XII for placement)

4. The sweater shall be worn tucked into the pants and not bloused so as to protrude or in any way impede access to equipment and/or gunbelt items

| EFFECTIVE DATE 9 / 23 /96 | SUBJECT |  |
|---|---|---|
| CLASSIFICATION # 2270 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | |
| DISTRIBUTION A & E | PAGE 21 OF 67 PAGES | |

## VII.   UNIFORM AND EQUIPMENT SPECIFICATIONS

### CORRECTION OFFICER - OPTIONAL UNIFORM ITEMS (Continued)

**REGULATION
UNIFORM
OPTIONAL UNIFORM
ITEMS**
*(Continued)*

5.  The Commando sweater may be worn in place of the Cruiser duty jacket in facilities or during outside duty assignments.

6.  Must contain an authorized and numbered certification label to be positioned at the back of the neck:

   a.  attached to the manufacturer's label; or

   b.  if equipped with the XCR lining, directly to the membrane.

### B. TURTLENECK STYLE SWEATER

1.  Navy blue, police style turtleneck sweater made of 100% cotton or cotton blend with DCNY block letters in white, emblazoned on the left side of the neck cowl.



**Regulation
Turtleneck Style
Sweater**

2.  The turtleneck sweater may only be worn with the regulation duty Cruiser jacket or Emergency Service duty jacket.

3.  The turtleneck sweater shall not be worn with any uniform shirt or Commando sweater, but in lieu of said items.

4.  The turtleneck sweater can be worn only on posts requiring the wearer to be outside of a facility during the course of the duty assignment.

### C. DUTY UNIFORM SKIRT (Female)

NYCDOC regulation police navy blue 75% dacron/25% worsted wool skirt hemmed below the knee.



   **Note:**   The skirt is not authorized to be worn as part of the regulation class "A" dress uniform.

### D. LEATHER GLOVES

NYCDOC regulation black gloves completely made of 100% fully tanned cowhide with an athletic glove type wrist closure system. Each glove will be constructed of the following leather pieces: 1 front, 1 back, 1 thumb and 3 fourchettes. The back of the glove at the wrist shall be elasticized with 2 rows of ¼" elastic sewn with a zig-zag stitch.

| EFFECTIVE DATE 9/23/96 | SUBJECT UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
|---|---|---|
| CLASSIFICATION # 2270 | | |
| DISTRIBUTION A & E | PAGE 22 OF 67 PAGES | |

## VII.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - OPTIONAL UNIFORM ITEMS (Continued)

**REGULATION UNIFORM OPTIONAL UNIFORM ITEMS** (Continued)

### E.  WINTER GLOVES

NYCDOC regulation black colored Nylon 70 Denier (warp) and 2 ply taslanized Nylon 70 Denier (filling), plain weave gloves with a permanent waterproof-breathable glove. They shall have fabric back and 100% black tanned leather on the palms, thumbs and fingers. The glove shall be fully insulated throughout the hands and fingers. The fingers shall be box construction with shell fabric between the fingers. The palm shall be fully reinforced with a layer of leather running completely across the palm and inside of the thumb. The front of the glove at the wrist shall be elasticized with 2 rows of $1/4$" elastic set with a zig-zag stitch.

> **Note:**   Items "D" - Leather Gloves & "E" - Winter Gloves, shall only be worn on outside assignments.

### F.  WINDSTOPPER TROUSER LINER

NYCDOC regulation black colored Gore-Tex (or equal) outer laminate and black colored nylon 70 Denier and 2-ply taslanized nylon 70 denier, plain weave inner facing. The pants liner shall be waist high, windproof design, open at the front fly, reinforced waist facing, 2 piece leg and buttonholes for attachment to trouser.

### G.  RAIN CHAPS

NYCDOC regulation Gore-Tex US101 polyester/Gore-Tex polyester tricot 3 layer laminate (or equal) police blue colored on 1 side and fluorescent orange on the other. They shall be thigh high length wide cut for easy on/off over boots or shoes, waterproof by design. There shall be elasticized boot straps to hold chaps under shoes.

> **Note:**   Can only be worn with authorized rain coat.

### H.  DETACHABLE HOOD

NYCDOC regulation police blue in color, 200 Denier nylon (warp) and 3 ply 70 Denier Taslanized nylon (filling) plain weave in a 1 piece design (or equal). Bound all around with taffeta and with an overlapping front secured by 2 snaps. The hood shall attach to a jacket by means of 3 snaps. The shell fabric shall match the Cruiser duty jacket in construction and color. There shall be 2 sets of darts top and bottom for shape. The hood shall be pile lined and shall open and close via a zipper splitting it down the middle so as to lay flat on the back when not in use. May contain optional white colored Gore-Tex liner (or equal) in between the outer and inner shells.

| EFFECTIVE DATE<br>9 / 23 / 96<br>CLASSIFICATION<br># 2270<br>DISTRIBUTION<br>A & E | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS**<br><br>PAGE  23  OF<br>6 7  PAGES |  |
| --- | --- | --- |

## VII.   *UNIFORM AND EQUIPMENT SPECIFICATIONS*
### *CORRECTION OFFICER - OPTIONAL UNIFORM ITEMS*  (Continued)

**REGULATION
UNIFORM
OPTIONAL UNIFORM
ITEMS**
(Continued)

I.   **OVERSOCKS**

NYCDOC regulation black colored, 3-layer nylon and lycra stretch knit fabric or 3-layer non-stretch nylon Suplex Taslite fabric (or equal), with a Gore-Tex (or equal) membrane. The oversock shall be totally waterproof, highly breathable, windproof and designed to be worn over socks and inside footwear. The oversock shall have a footbed and rear stay constructed from the specified non-stretch material with the top and forward sections of the oversock constructed of the specified stretch material. The oversock shall measure 11" high and shall be hand washable.

## VIII.   *UNIFORM AND EQUIPMENT SPECIFICATIONS*
### *CORRECTION OFFICER - UNIFORM EQUIPMENT*

**REGULATION
UNIFORM
EQUIPMENT**

The following equipment is authorized and shall be worn with all classes of uniforms where required:

A.  **TROUSER BELT**

Uniform approved black leather, 1 ³/₄" wide with silver or black buckle.

B.  **EQUIPMENT/GUNBELT**

Uniform approved black leather/laminate, 2 ¹/₄" wide with silver or black buckle, as noted below:

| Manufacturer * | Model # * |
| --- | --- |
| Cobra | B1P |
| DeSantis | B33 |
| J P | 5FL |
| Safariland | 146 |



Regulation
Gunbelts

**Note:**   *Buckles with ornamental designs or insignias are not authorized on the trouser belt or equipment/gunbelt.*

* or authorized equivalent

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/ 23 /96 | **UNIFORM AND EQUIPMENT** |  |
| CLASSIFICATION # 2270 | **SPECIFICATIONS AND REGULATIONS** | |
| DISTRIBUTION A & E | PAGE 24 OF 67 PAGES | |

## VIII.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - UNIFORM EQUIPMENT (Continued)

**REGULATION
UNIFORM
EQUIPMENT**
(Continued)

**C. BELT KEEPERS (for Equipment/Gunbelt)**

Uniform approved black leather/laminate or equivalent with black or silver snaps, as noted below:



Regulation
Belt Keepers

| Manufacturer * | Model # * |
|---|---|
| Cobra | U7 |
| DeSantis | V1 |
| J P | 25 |
| Safariland | 65 |

**D.  DUTY HOLSTER (.38 cal, S & W, Model 10)**

Uniform approved black leather swivel type with interlocking safety internal device, as noted below:

| Manufacturer * | Model # * |
|---|---|
| J P | 2074S |

**E.  DUTY HOLSTER (9mm, S&W, Models 5946, 6946 and 3953)**

Uniform approved black leather/laminate multi-construction security holster, as noted below:

| Manufacturer * | Model # * |
|---|---|
| Cobra | X100 |
| DeSantis | 69M |
| Safariland | 2955 |

* or authorized equivalent

| EFFECTIVE DATE 9/23/96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | |
| DISTRIBUTION A & E | PAGE 25 OF 67 PAGES | |

## VIII. UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - UNIFORM EQUIPMENT (Continued)

**REGULATION
UNIFORM
EQUIPMENT
(Continued)**

F. **DUTY HOLSTER (9mm, Sig Sauer, Models P226, P228 and P225)**

Uniform approved black laminate multi-construction security holster, as noted below:

| Manufacturer * | Model # * |
|---|---|
| Safariland | 2955 |

G. **DOUBLE SPEEDLOADER POUCH**



Uniform approved black leather double speedloader holder with snap closures, as noted below:

| Manufacturer * | Model # * |
|---|---|
| J P | SL2 |

**Regulation
Double
Speedloader Pouch**

H. **SPEEDLOADERS**

Uniform approved black, ball bearing type speedloader, holding 6 cartridges for the Smith & Wesson Model 10 gun, as noted below:

| Manufacturer * | Model # * |
|---|---|
| HKS | 10A |

I. **DUAL 9mm MAGAZINE HOLDER**



Uniform approved black leather/laminate dual magazine holder with snap closures, worn vertically only, as noted below:

| Manufacturer * | Model # * |
|---|---|
| Cobra | U66 |
| DeSantis | U41 |
| Safariland | 77 |

**Regulation
Dual
9mm Magazine
Holder**

* or authorized equivalent

| EFFECTIVE DATE 9/23/96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION A & E | PAGE 26 OF 67 PAGES | |

## VIII.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - UNIFORM EQUIPMENT (Continued)

**REGULATION UNIFORM EQUIPMENT (Continued)**

### J.  KEY RING HOLDER

Uniform approved black leather, with either single or twin metal holder attached.

### K.  HANDCUFFS

Black or silver colored Peerless or Smith & Wesson brand handcuffs with key.

> *Note:* Correction Officers are not authorized to carry handcuffs in a jail facility unless authorized by the Commanding Officer for special duty assignments.



### L.  HANDCUFF CASE

1. Black leather enclosed case with flap and snap button, (authorized for use within or outside facility).

2. Black leather open breakaway type case with snap button, (authorized for posts outside of facility only).

Regulation Handcuffs and Handcuff Case

### M.  DUTY KNIFE Rescue Tool

High carbon, stainless steel locking blade approximately 2½" long with a curved tip going back towards the handle approximately 1". Tip of blade is rounded and smooth. Handle construction is contoured rubberized plastic and black in color.

> *Note:* Knife must be individually serial numbered and number must be recorded with command.



### N.  DUTY KNIFE CASE

Uniform approved black leather carry case with flap and snap button capable of attaching to a belt up to 2¼" in size.

Regulation Duty Knife and Duty Knife Case

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/ 23 /96 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| CLASSIFICATION # 2270 | | |
| DISTRIBUTION A & E | PAGE 27 OF 67 PAGES | |

## VIII.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - UNIFORM EQUIPMENT (Continued)

**REGULATION UNIFORM EQUIPMENT** (Continued)



Regulation Flashlight and Flashlight Holder

**O. FLASHLIGHT**

1. Black, "Mini-Maglite" type flashlight constructed of aluminum alloy not to exceed 5" in length and weighing approximately 2 ounces; or

2. Standard 2-Cell (C or D), aluminum alloy or plastic flashlight.

3. Flashlight equipment shall be mandatory, 24 hours a day, for all Correction Officers in uniform.

   **Note:**   Any other flashlight, other than the type described herein, is unauthorized.

**P.  FLASHLIGHT HOLDER**

Uniform approved black leather, capable of holding a "Mini-Maglite" type or standard 2-Cell flashlight and attaching to a belt up to 2 1/4" in size.

**Q.  WHISTLE**

Small or large sized black or silver colored whistle with attached securing ring.

**R.  MEMO BOOK**

Uniform approved black leather with small 3 ring binder capable of holding 4, 4" x  6" writing pads.

**S.  MEMO BOOK PAD**

Uniformed approved writing pad measuring 4" x 6" with 3 holes and paper must be lined.

**T.  PEN & PENCIL HOLDER**

Uniform approved black leather holder with 2 or 3 compartments.



**U.  GLOVE POUCH**

Uniform approved black leather holder with velcro front closure to accommodate the holding of rubber gloves.

116

| EFFECTIVE DATE<br>9 / 23 / 96<br>CLASSIFICATION<br># 2270<br>DISTRIBUTION<br>A & E | SUBJECT<br><br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS**<br><br>PAGE 28 OF<br>67 PAGES | |
|---|---|---|

## VIII.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### CORRECTION OFFICER - UNIFORM EQUIPMENT (Continued)

**REGULATION
UNIFORM
EQUIPMENT
(Continued)**

### V.  BULLET-RESISTANT VEST

Small arms protective undergarment must be in accordance with United States Department of Justice NIJ-STD-0101.03, dated February 1987 or latest revision, and New York Police Department purchase description FTS 1303-94 fitted for gender and size of member.

## IX.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS - REGULATION UNIFORMS

The regulation duty uniform is specified for wear during daily tours of duty (except where noted):

**REGULATION
DUTY
UNIFORM
CAPTAIN**

### A.  RANK INSIGNIA

The rank insignia, 2 gold gilt bars (large and small size), shall replace Departmental and command insignias and shall be worn as follows:

1. Large gold metal type insignia shall be worn on the shoulders of the summer blouse, winter reefer coat and Cruiser duty jacket (see Section XII for placement).

2. Commando V-neck sweater shall accept a gold colored rank insignia imprinted on black cloth shoulder boards trimmed at both ends with thin gold stripes.

3. Small gold metal type insignias shall be worn on collars of uniform shirts and collars of all class "B" utility jackets (see Section XII for placement).

### B.  UNIFORM CAP - Standard

Shall be the same as required for Correction Officer with the following modifications:

1. Cap device shall be gold colored metal without shield number.

2. Strap shall be gold colored.

   *Note:*   *Must be worn for all outside duty assignments or as otherwise prescribed by Departmental orders and/or teletypes.*

| EFFECTIVE DATE<br>9 / 23 /96<br>CLASSIFICATION<br># 2270<br>DISTRIBUTION<br>A & E | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS**<br><br>PAGE 29 OF<br>67 PAGES |  |
| --- | --- | --- |

IX.   **UNIFORM AND EQUIPMENT SPECIFICATIONS**
   **SUPERVISORY OFFICERS - REGULATION UNIFORMS** (Continued)

**REGULATION
DUTY
UNIFORM
CAPTAIN**
(Continued)

C.  **UNIFORM HAT - Winter (optional)**

Shall be the same as required for Correction Officer with the following modification:

The cap device shall be gold colored metal without shield number.

D.  **UNIFORM SHIRT**

1.  NYCDOC regulation white colored, "3D" stretch poplin with micro comfort finish. Shall be constructed of 62% dacron polyester/38% combed cotton with 9-11% filling stretch with shoulder straps. Two military creases in front and 3 in back of shirt. Two breast pockets finished with mitered corners and shall have a $1\frac{1}{2}$" box pleat stitched top and bottom to prevent spreading and a $\frac{3}{8}$" velcro strip to secure to flaps. Left pocket to have sewn through pencil opening $1\frac{3}{8}$" wide.   Two eyelet holes sewn above left breast, $1\frac{1}{4}$" apart (with 1" inside reinforcement sling) to accept regulation shield. Rank insignia to be centered 1" from front edge and 1" from bottom edge.

2.  Long sleeve and short sleeve uniform shirt specifications are identical with the exception of the length of the sleeve.

3.  Must contain authorized and numbered certification label to be sewn on the inside of back placket between the 4th and 5th button from the collar, with no stitching exposed on the outside of the shirt.

   **Note:**   Service Stripes are not authorized on any supervisory officer uniforms.

E  **UNIFORM TROUSERS**

Shall be the same as required for Correction Officer with the following modification:

The outer seam shall have sewn a $1\frac{1}{4}$" black  NY twist stripe (braid).

   **Note:**   Uniform duty trousers cannot be worn with the class "A" regulation summer blouse or class "A" regulation winter reefer coat.

| EFFECTIVE DATE 9/23/96 | SUBJECT |  |
| CLASSIFICATION #2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | |
| DISTRIBUTION A & E | PAGE 30 OF 67 PAGES | |

IX.   **UNIFORM AND EQUIPMENT SPECIFICATIONS**
**SUPERVISORY OFFICERS - REGULATION UNIFORMS** (Continued)

**REGULATION DUTY UNIFORM CAPTAIN (Continued)**

F.  **CRUISER DUTY JACKET**

Shall be the same as required for Correction Officer with the following modifications:

1.  No eyelet holes for command insignia on collar.

2.  Addition of a 1" black NY twist stripe (braid) on each sleeve.

3.  Metal rank insignias placed on epaulets (as stipulated in Section XII).

G.  **REVERSIBLE RAINCOAT**

Shall be the same as described for Correction Officer.

H.  **SOCKS**

Shall be the same as required for Correction Officer.

I.  **SHOES**

Shall be the same as required for Correction Officer.

J.  **TIE**

Shall be the same as required for Correction Officer.

K.  **TIE CLASP**

Gold clasp with blue letters (D.C.N.Y.) the center of which shall contain the City seal.