J16

| EFFECTIVE DATE 9/23/96 | SUBJECT UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | |
|---|---|---|
| CLASSIFICATION # 2270 | |  |
| DISTRIBUTION A & E | PAGE 31 OF 67 PAGES | |

IX.   **UNIFORM AND EQUIPMENT SPECIFICATIONS**
**SUPERVISORY OFFICERS - REGULATION UNIFORMS** (Continued)

**CLASS "A" REGULATION UNIFORM DRESS CAPTAIN**

The class "A" regulation uniform is designated for wear the same as required for Correction Officer.

A. **UNIFORM CAP - Standard**

Same as for regulation duty uniform cap - standard.

B. **SUMMER BLOUSE**

Shall be the same as required for Correction Officer with the following modifications:

1. Addition of 1 gold button on each sleeve.

2. Addition of a 1 1/4" black NY twist stripe (braid) on each sleeve just above the top-most gold button (as specified in Section XII).

3. No eyelet holes for command insignias on collar.

4. Metal rank insignias placed on epaulets (as specified in Section XII).

C. **WINTER REEFER COAT**

Shall be the same as required for Correction Officer with the following modifications:

1. One additional gold button on cuffs.

2. One and one-quarter inch black NY twist stripe (braid) on sleeves above the top-most gold button (as specified in Section XII).

3. Coat when worn shall be buttoned and enclosed to the collar.

4. The authorized supervisory winter reefer coat is available in 2 options;

a. Standard Correction Officer style worn as previously specified; or



Regulation
Class "A" Dress Uniform
Captain
Winter Reefer Coat
NYPD Version

416

| | | |
|---|---|---|
| **EFFECTIVE DATE** 9/ 23 /96 | **SUBJECT** | |
| **CLASSIFICATION** # 2270 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
| **DISTRIBUTION** A & E | PAGE 3 2 OF 6 7 PAGES | |

## IX. UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS - REGULATION UNIFORMS (Continued)

**CLASS "A" REGULATION UNIFORM DRESS CAPTAIN** (Continued)

b. NYPD supervisory officer regulation winter coat, double breasted with flared buttons, (large buttons in 2 rows of 5 flared from a position parallel to the jacket pockets in an upward direction), closed collar version (see illustration on page 31).

**Note:** *Service stripes are not authorized for supervisory class "A" regulation winter reefer coat.*

### D. UNIFORM TROUSERS

Shall be the same as required for Correction Officer with the following modification:

The outer seam shall have sewn a 1 $^1/_4$" black NY twist stripe (braid).

### E. UNIFORM SHIRT

Same as for regulation duty uniform shirt.

### F. SOCKS

Same as for regulation duty uniform socks.

### G. TIE

Same as for regulation duty uniform tie.

### H. TIE CLASP

Same as for regulation duty uniform tie clasp.

### I. SHOES

Same as for regulation duty shoes.

### J. CEREMONIAL GLOVES

Lightweight white cotton or polyester rayon type.

116

| EFFECTIVE DATE<br>9/23/96<br>CLASSIFICATION<br>#2270<br>DISTRIBUTION<br>A & E | SUBJECT<br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS**<br><br>PAGE 33 OF<br>67 PAGES |  |
| --- | --- | --- |

IX. <u>**UNIFORM AND EQUIPMENT SPECIFICATIONS**</u>
    <u>SUPERVISORY OFFICERS - REGULATION UNIFORMS</u>  (Continued)

**CLASS "B"
REGULATION
UNIFORM
UTILITY
CAPTAIN**

The class "B" regulation uniform is mandatory for Captains assigned to details and special support units whose duties require this type of work uniform, such as:

1. Support Services Division;

2. Correction Industries Division;

3. Transportation Division Garage detail;

4. Construction Management Unit;

5. Divisional storehouse detail; and

6. Facility maintenance detail.

   **Note:**    *The class "B" uniform is optional for Captains assigned to:*

   a) *Facility kitchen details;*

   b) *Facility intake details; or*

   c) *Facility environmental/sanitation details.*

### A. UNIFORM CLASS "B" SHIRT

Shall be the same as required for Correction Officer with the following modification:

The rank insignia shall replace the command insignia.

### B. UNIFORM CLASS "B" UTILITY TROUSERS

Shall be the same as required for Correction Officer.

### C. WORK CAP  (Baseball Type)

Shall be the same as required for Correction Officer with the following modification:

A small rank insignia shall be affixed to the center of the patch.

416

| EFFECTIVE DATE 9/ 23 /96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
| DISTRIBUTION A & E | PAGE 3 4 OF 67 PAGES | |

IX.   **UNIFORM AND EQUIPMENT SPECIFICATIONS**
**SUPERVISORY OFFICERS - REGULATION UNIFORMS** (Continued)

**CLASS "B" REGULATION UNIFORM UTILITY CAPTAIN** (Continued)

D.   **UNIFORM CLASS "B" UTILITY JACKET**

Shall be the same as required for Correction Officer with the following modification:

The rank insignia shall replace the DC insignia on the collar.

E.   **SOCKS**

Shall be the same as required for Correction Officer.

F.   **SHOES**

Shall be the same as required for Correction Officer.

**REGULATION UNIFORM OPTIONAL UNIFORM ITEMS CAPTAIN**

The following have been authorized as regulation uniform items but are not listed as mandatory (optional).

A.   **COMMANDO V-NECK SWEATER**

Shall be the same as for Correction Officer with the following modifications:

1.   The epaulets shall be stitched at the shoulder seam to accept rank insignia cloth shoulder boards.

2.   The rank insignia shall be military gold colored rank designation imprinted on black cloth shoulder boards trimmed at both ends with thin gold stripes,  to be slipped through the sweater epaulets.

B.   **TURTLENECK STYLE SWEATER**

Shall be the same as described for Correction Officer.

C.   **DUTY UNIFORM SKIRT (Female)**

Shall be the same as described for Correction Officer.

D.   **LEATHER GLOVES**

Shall be the same as described for Correction Officer.

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/23/96 | | |
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | |
| DISTRIBUTION A & E | PAGE 35 OF 67 PAGES | |



## IX.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS - REGULATION UNIFORMS (Continued)

**REGULATION UNIFORM OPTIONAL UNIFORM ITEMS CAPTAIN (Continued)**

E.  **WINTER GLOVES**

Shall be the same as described for Correction Officer.

F.  **WINDSTOPPER TROUSER LINER**

Shall be the same as described for Correction Officer.

G.  **RAIN CHAPS**

Shall be the same as described for Correction Officer.

H.  **DETACHABLE HOOD**

Shall be the same as described for Correction Officer.

I.  **OVERSOCKS**

Shall be the same as described for Correction Officer.

**REGULATION UNIFORM EQUIPMENT CAPTAIN**

The following equipment is authorized and shall be worn with all classes of uniforms where required:

A.  **TROUSER BELT**

Shall be the same as required for Correction Officer.

B.  **EQUIPMENT/GUNBELT**

Shall be the same as for Correction Officer.

C.  **BELT KEEPERS (for Equipment/Gunbelt)**

Shall be the same as described for Correction Officer.

D.  **DUTY HOLSTER (.38 cal, S & W, Model 10)**

Shall be the same as described for Correction Officer.

116

| EFFECTIVE DATE 9/ 23 /96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION A & E | PAGE 36 OF 67 PAGES | |

IX. **UNIFORM AND EQUIPMENT SPECIFICATIONS**
**SUPERVISORY OFFICERS - REGULATION UNIFORMS** (Continued)

**REGULATION UNIFORM EQUIPMENT CAPTAIN** (Continued)

E. **DUTY HOLSTER (9mm, S&W, Models 5946, 6946 and 3953)**

Shall be the same as described for Correction Officer.

F. **DUTY HOLSTER (9mm, Sig Sauer, Models P226, P228 and P225)**

Shall be the same as described for Correction Officer.

G. **DOUBLE SPEEDLOADER POUCH**

Shall be the same as described for Correction Officer.

H. **SPEEDLOADERS**

Shall be the same as described for Correction Officer.

I. **DUAL 9mm MAGAZINE HOLDER**

Shall be the same as described for Correction Officer.

J. **KEY RING HOLDER**

Shall be the same as required for Correction Officer.

K. **HANDCUFFS**

Shall be the same as for Correction Officer.

L. **HANDCUFF CASE**

Shall be the same as for Correction Officer.

M. **DUTY KNIFE Rescue Tool**

Omitted for this rank.

N. **DUTY KNIFE CASE**

Omitted for this rank.

416

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9 / 23 / 96 | **UNIFORM AND EQUIPMENT** |  |
| CLASSIFICATION # 2270 | **SPECIFICATIONS AND REGULATIONS** | |
| DISTRIBUTION A & E | PAGE 37 OF 67 PAGES | |

## IX. UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS - REGULATION UNIFORMS (Continued)

**REGULATION UNIFORM EQUIPMENT CAPTAIN** (Continued)

**O. FLASHLIGHT**

Shall be the same as required for Correction Officer.

**P. FLASHLIGHT HOLDER**

Shall be the same as required for Correction Officer.

**Q. WHISTLE**

Omitted for this rank.

**R. MEMO BOOK**

Shall be the same as required for Correction Officer.

**S. MEMO BOOK PAD**

Shall be the same as required for Correction Officer.

**T. PEN & PENCIL HOLDER**

Shall be the same as required for Correction Officer.

**U. GLOVE POUCH**

Shall be the same as described for Correction Officer.

**V. BULLET RESISTANT VEST**

Shall be the same as required for Correction Officer.

**W. DEFENSE SPRAY**

Mace defense spray, manufactured by MSI Model MK-VI, # MDL 6020(CS), .84 ounce, spring loaded flip top safety cap, belt/pocket clip, pistol grip dispenser.

**X. DEFENSE SPRAY HOLSTER**

Uniform approved synthetic black leather or equivalent with black or silver snaps, as noted below:

| Manufacturer * | Model # * |
|---|---|
| MSI (Right-Handed) | 6981R |
| MSI (Left-Handed) | 6981L |



Regulation
Defense Spray
with Holster

116

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/23/96 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
| CLASSIFICATION<br># 2270 | | |
| DISTRIBUTION<br>A & E | PAGE 38 OF<br>67 PAGES | |

IX.   **UNIFORM AND EQUIPMENT SPECIFICATIONS**
**SUPERVISORY OFFICERS - REGULATION UNIFORMS** (Continued)

**ASSISTANT DEPUTY WARDEN**

A. **RANK INSIGNIA**

The rank insignia, a gold gilt oak leaf (large and small size), shall be worn as described for Captain.

**REGULATION DUTY UNIFORM**

B. The regulation duty uniform shall be the same as required for Captain.

**REGULATION CLASS "A" UNIFORM**

C. The class "A" regulation dress uniform shall be the same as required for Captain.

**REGULATION CLASS "B" UNIFORM UTILITY**

D. The class "B" regulation utility uniform shall be the same as required for Captain.

**REGULATION UNIFORM OPTIONAL UNIFORM ITEMS**

E. The optional uniform items shall be the same as for Captain.

**REGULATION UNIFORM EQUIPMENT**

F. The equipment shall be the same as for Captain with the following exceptions:

1. **MEMO BOOK/PADS**

Omitted for this rank.

2. **DEFENSE SPRAY & HOLSTER**

Omitted for this rank.

3. GLOVE POUCH

Omitted for this rank.

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| **9 / 23 / 96** | **UNIFORM AND EQUIPMENT** | |
| CLASSIFICATION | **SPECIFICATIONS AND REGULATIONS** | |
| **# 2270** | | |
| DISTRIBUTION | PAGE **39** OF | |
| **A & E** | **67** PAGES | |

## IX.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS - REGULATION UNIFORMS  (Continued)

**DEPUTY WARDEN
DEPUTY WARDEN
IN COMMAND
AND
CHAPLAIN**

**A. RANK INSIGNIA**

The rank insignia, a gold gilt spread eagle (large and small size), shall be worn as described for Assistant Deputy Warden except:

Deputy Wardens-In-Command shall wear a $\frac{1}{2}$" black NY twist stripe (braid), consistent with the Warden standards for the summer blouse, (see illustration, Section XII, for specifics)

**REGULATION
DUTY
UNIFORM**

B.  The regulation duty uniform shall be the same as required for Assistant Deputy Warden.

**REGULATION
CLASS "A"
UNIFORM**

C.  The class "A" regulation dress uniform shall be the same as required for Assistant Deputy Warden with the following variance:

**ALL WEATHER TRENCH COAT**

1.  NYPD/NYCDOC regulation navy-blue all weather double-breasted trench coat.

   a.  Males:

   London Fog Davis style (or equal).

   b.  Females:

   London Fog Lissette style (or equal)

2.  Garment must be converted for uniform use by Deputy Wardens and above by adding large metal insignia onto shoulder straps, Departmental patch on both sleeves ($\frac{3}{4}$" from shoulder seam) and replace the existing 10 buttons with 10 large gold colored buttons containing the seal of the City of New York and 2 small buttons to be added to the shoulder straps near the collar line.

3.  The length of the garment shall be consistent with military regulations. The bottom of which shall be hemmed and not to extend beyond 4" below the member's knee.

   *Note:*   *This garment replaces the winter reefer coat as the mandatory class "A" dress uniform outerwear.*

116

| EFFECTIVE DATE | SUBJECT |
|---|---|
| 9/23/96 | **UNIFORM AND EQUIPMENT** |
| CLASSIFICATION | **SPECIFICATIONS AND REGULATIONS** |
| # 2270 | |
| DISTRIBUTION | PAGE 40 OF |
| A & E | 67 PAGES |



## IX.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS - REGULATION UNIFORMS   (Continued)

**DEPUTY WARDEN**
**DEPUTY WARDEN**
**IN COMMAND**
**AND**
**CHAPLAIN**
(Continued)

**REGULATION**
**CLASS "B"**
**UNIFORM**

D.   The class "B" regulation utility uniform shall be omitted for this rank.

**REGULATION**
**UNIFORM**
**OPTIONAL**
**UNIFORM ITEMS**

E.   **WINTER REEFER COAT**

Shall be the same as required for Assistant Deputy Warden with the exception that the item is an option when the class "A" uniform is not required.

**REGULATION**
**UNIFORM**
**EQUIPMENT**

F.   The Equipment shall be the same as for Assistant Deputy Warden with the following exception:

**FLASHLIGHT/HOLDER**

Omitted for this rank.

**WARDEN**

A.   **RANK INSIGNIA**

The rank insignia, 1 gold gilt star (large and small size), shall be worn as described for Deputy Warden in Command.

**REGULATION**
**DUTY**
**UNIFORM**

B.   The regulation duty uniform shall be the same as required for Deputy Warden with the following modifications:

**UNIFORM CAP - Standard**

1.   Gold gilt spray design shall be added to the visor.

2.   The band encircling the hat shall be made of black mohair

11..

| EFFECTIVE DATE 9/23/96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
| DISTRIBUTION A & E | PAGE 41 OF 67 PAGES | |

## IX.   UNIFORM AND EQUIPMENT SPECIFICATIONS

### SUPERVISORY OFFICERS - REGULATION UNIFORMS  (Continued)

**WARDEN**
(Continued)

**CLASS "A" REGULATION UNIFORM**

C.  The class "A" regulation dress uniform shall be the same as required for Deputy Warden with the following modifications:

**SUMMER BLOUSE**

A $\frac{1}{2}$" black NY twist stripe (braid) on each sleeve, 1 $\frac{1}{2}$" above the existing stripe shall be added (see illustration, Section XII for specifics).

**REGULATION UNIFORM OPTIONAL UNIFORM ITEMS**

D.  The optional uniform items shall be the same as for Deputy Warden except:

**WINTER REEFER COAT**

Add a $\frac{1}{2}$" black NY twist stripe (braid) on each sleeve, 1 $\frac{1}{2}$" above the existing stripe. (see illustration, Section XII for specifics).

**REGULATION UNIFORM EQUIPMENT**

E.  The equipment shall be the same as for Deputy Warden.

**ASSISTANT CHIEF**

A.  **RANK INSIGNIA**

The rank insignia, 2 gold gilt stars (large and small size), shall be worn as described for Warden.

**REGULATION DUTY UNIFORM**

B.  The regulation duty uniform shall be the same as required for Warden.

**REGULATION CLASS "A" UNIFORM**

C.  The class "A" regulation dress uniform shall be the same as required for Warden.

DC

| EFFECTIVE DATE<br>9/23/96 | SUBJECT |  |
| CLASSIFICATION<br># 2270 | UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS | |
| DISTRIBUTION<br>A & E | PAGE 42 OF<br>67 PAGES | |



## IX.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS - REGULATION UNIFORMS  (Continued)

**ASSISTANT CHIEF**
(Continued)

**REGULATION
UNIFORM
OPTIONAL
UNIFORM ITEMS**

D.  The optional uniform items shall be the same as for Warden.

**REGULATION
UNIFORM
EQUIPMENT**

E.  The equipment shall be the same as for Warden.

**BUREAU CHIEF**   A.  **RANK INSIGNIA**

The rank insignia, 3 gold gilt star (large and small size), shall be worn as described for Assistant Chief.

**REGULATION
DUTY
UNIFORM**

B.  The regulation duty uniform shall be the same as required for Assistant Chief.

**REGULATION
CLASS "A"
UNIFORM**

C.  The class "A" regulation dress uniform shall be the same as required for Assistant Chief.

**REGULATION
UNIFORM
OPTIONAL
UNIFORM ITEMS**

D.  The optional uniform items shall be the same as for Assistant Chief.

**REGULATION
UNIFORM
EQUIPMENT**

E.  The equipment shall be the same as for Assistant Chief.

| EFFECTIVE DATE | SUBJECT | | CORRECTION DEPARTMENT |
|---|---|---|---|
| 9/23/96 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | | |
| CLASSIFICATION #2270 | | | |
| DISTRIBUTION A & E | | PAGE 43 OF 67 PAGES | |

## IX.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SUPERVISORY OFFICERS - REGULATION UNIFORMS  (Continued)

**CHIEF OF DEPARTMENT**

A.  **RANK INSIGNIA**

The rank insignia, 4 gold gilt stars (large and small size), shall be worn as described for Bureau Chief.

**REGULATION DUTY UNIFORM**

B.  The regulation duty uniform shall be the same as required for Bureau Chief.

**REGULATION CLASS 'A' UNIFORM**

C.  The class "A" regulation dress uniform shall be the same as required for Bureau Chief.

**REGULATION UNIFORM OPTIONAL UNIFORM ITEMS**

D.  The optional uniform items shall be the same as for Bureau Chief.

**REGULATION UNIFORM EQUIPMENT**

E.  The equipment shall be the same as for Bureau Chief.

116

| EFFECTIVE DATE 9/23/96 | SUBJECT |  |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION A & E | PAGE 44 OF 67 PAGES | |

X. **UNIFORM AND EQUIPMENT SPECIFICATIONS**
### SPECIALIZED COMMAND UNIFORMS

The following uniforms are specifically designed for the commands listed below. They shall not be used in combination with the regulation duty, class "A" or class "B" uniforms.

**REGULATION DUTY UNIFORM EMERGENCY SERVICE UNITS**

The following commands are authorized to wear the prescribed emergency service type uniform when performing the functions specifically for their unit and shall not deviate, modify or interchange in any manner, the prescribed uniform set forth herein. They shall not wear the uniform when working a facility, post or assignment designated for a regulation duty, regulation class "A" dress or regulation class "B" utility uniform.

1. Emergency Response Unit;

2. Harbor Unit;

3. K-9 Unit;

4. Communications/Radio Repair Unit; and

5. Fire and Safety Unit.

A. **EMERGENCY SERVICE DUTY CAP**

NYCDOC regulation dark navy blue baseball style cap with a $^1/_4$ scale command patch affixed to the front center.

> *Note*: *Supervisory Officers shall affix a metallic rank insignia to the center of the command patch.*

B. **EMERGENCY SERVICE DUTY SHIRT**

1. NYCDOC regulation dark navy-blue colored poplin 65% polyester/35% combed cotton by approved manufacturer, permanent press treated with scotchguard soil release finish emergency service utility shirt. The front shall have a 3" turnback extending from neckline to bottom of shirt. Two pointed breast pockets, left pocket to have a hidden pencil pocket made of a separate fabric, inserted into the pocket edge and topstitched to have an opening of $1^3/_8$'" Pockets to close with 1 button and buttonhole. Epaulets to be sewn $1^7/_8$" tapering down to $1^1/_2$" cross stitched at the shoulder seams.

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/23/96 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
| CLASSIFICATION # 2270 | | |
| DISTRIBUTION A & E | PAGE 45 OF 67 PAGES | |

X. **UNIFORM AND EQUIPMENT SPECIFICATIONS**

**SPECIALIZED COMMAND UNIFORMS** (Continued)

**REGULATION DUTY UNIFORM EMERGENCY SERVICE UNITS**
(Continued)

2. The emergency service duty shirt shall be sold pre-patched with the Departmental patch on the left sleeve ½" from the shoulder seam and the command patch affixed to the right sleeve ½" from the shoulder seam (3 ½" for Communications/Radio Repair Unit). In addition, 5 other patches shall be affixed as follows:

a. Unit Identification Patch (Shirt Back)



Six inch by nine and seven-eighths inch embroidered patch sewn centered and level to the rear of the shirt at the shoulder-line. The COMMAND NAME centered on the patch, embroidered in 1 ½" letters with the words NYC, CORRECTION on the following 2 lines in ¾" letters. The embroidery shall be sewn onto a background of midnight navy-blue twill 65% polyester/35% cotton in block lettering with snow white colored thread.

b. **Unit Identification Patch (Right Breast)**



Two and one-half inch by four inch duplicate of Unit Identification Patch (shirt back) with the COMMAND NAME, embroidered onto a background of midnight navy-blue twill 65% polyester/35% cotton in ⅝" letters and the words NYC, CORRECTION on the following 2 lines in ½" letters. The patch shall be sewn to right breast of shirt above pocket.

c. **Member Identification Patch (Left Breast)**

Three and three-eighths inch by two and one-half inch embroidered name and patch, sewn over left breast pocket. The member's name, centered on the patch, embroidered in ⅛" letters and member's shield number on the subsequent line in ⅛" letters. The embroidery shall be block lettering sewn onto a background of midnight navy-blue twill 65% polyester/35% cotton with the following colored thread; for this patch only:

i. Correction Officer:

Snow White

ii. Supervisory Officer:

Yellow-Orange

Note: Supervisory ranks above Captain shall have their rank spelled out in place of their shield number.

116

| EFFECTIVE DATE **9/23/96** | SUBJECT | |
|---|---|---|
| CLASSIFICATION **# 2270** | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
| DISTRIBUTION **A & E** | PAGE **46** OF **67** PAGES | |

X.   <u>UNIFORM AND EQUIPMENT SPECIFICATIONS</u>
<u>SPECIALIZED COMMAND UNIFORMS</u>  (Continued)

**REGULATION DUTY UNIFORM EMERGENCY SERVICE UNITS**
(Continued)







d.   Collar insignias

Two, 1 ¹/₂" x 1" collar insignias sewn to each point of shirt collars. The embroidery shall be block lettering (except emblem for Harbor and Communications/Radio Repair Unit) sewn onto a background of midnight navy-blue twill 65% polyester/35% cotton and read the following:

i.   Correction Officer:

ERU, K-9 & FSU

(Snow-White colored thread)

ii.   Correction Officer:

Harbor Unit

(Anchor Emblem)

iii.   Correction Officer:

Communications/Radio Repair Unit

(Signal Flags Emblem)

iv.   Supervisory Officer:

Rank Insignia

(Yellow-Orange colored thread)

3.   Long sleeve and short sleeve uniform shirt specifications are identical with the exception of the length of the sleeve.

4.   Left sleeve of long sleeve shirt accepts service stripes for Correction Officers (see Section XII for placement).

116

| EFFECTIVE DATE 9/ 23 /96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | |
| DISTRIBUTION A & E | PAGE 47 OF | 67 PAGES |

## X.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SPECIALIZED COMMAND UNIFORMS (Continued)

**REGULATION DUTY UNIFORM EMERGENCY SERVICE UNITS** (Continued)

### C. EMERGENCY SERVICE UTILITY TROUSERS

NYCDOC regulation dark navy-blue colored 65% dacron polyester/35% combed cotton 2x1 Fineline Twill 7 $\frac{1}{4}$ - 7 $\frac{1}{2}$ oz. per square yard cargo/utility style trousers. Shall be made to a full cut uniform pattern tapering from the knee to bottom and featuring 2 quarter top pockets, 6 utility pockets with flaps and inside reinforcing knee pockets, designed to use removable padding. The front pockets shall have a minimum opening of 6 $\frac{1}{2}$" and be 6" deep from the bottom of the opening. They will be stitched, turned and restitched. The inside front pocket facing shall be a separate piece of self material  finishing no less than 1 $\frac{1}{4}$" wide. The hip pockets shall  be 6 $\frac{1}{2}$" x 6" mitered patch pockets with inverted pleats; $\frac{1}{4}$" topstitching, bartacked upper corners  and 2 $\frac{1}{2}$" x 6 $\frac{5}{8}$" flaps, bartacked at upper corners and secured to pockets with velcro closures. The cargo/glove pockets shall be 4" x 3 $\frac{1}{2}$" mitered with inverted pleats and 1 $\frac{5}{8}$" x 4 $\frac{1}{4}$" flaps with velcro closures. Side seam cargo pockets shall be 8" x 9" mitered pocket with inverted pleat, 2 $\frac{1}{2}$" x 8 $\frac{1}{4}$" with flap on left side and 8" x 9" mitered pocket with 2, inverted 2$\frac{1}{2}$" x 8 $\frac{1}{4}$" flap with 5,$\frac{1}{4}$" x 5 $\frac{1}{4}$" utility pocket on outside with 2 snap tabs and 3 divisions. All pockets and flaps shall be topstitched $\frac{1}{4}$" with straight tacks at upper corners of pockets and flaps. Loop velcro on pockets, hook velcro on flaps $\frac{3}{4}$" x 1". The waistband shall be 2" wide and shall be closed with a crush-proof hook and eye, bartacked for stability. The waistband curtain, attached with a rocap machine, shall have Snugtex (or equal) and be made of black 75% polyester/25% cotton. No roll waistband stiffener, $\frac{1}{4}$" in width, shall be sewn into waistband on the front of the trouser from side seam to side seam.

### D. EMERGENCY SERVICE DUTY JACKET

1   NYCDOC regulation dark navy blue 65% dacron polyester/35% combed cotton, 2x1 Fineline Twill 7$\frac{3}{4}$ oz. per square yard treated with scotchguard soil release and wicking finish. The jacket shall be a windbreaker style uniform jacket with a bi-swing back, zippered side vents, partially shirred waistband, upper patch pockets with flaps, lower hand warming pockets and a zipper front closure to the neck with 2, 2 $\frac{1}{4}$" wide epaulets on the shoulders. The sleeves shall be plain, 1-piece jacket style with a 2" wide cuff and 2 buttons, 1 button hole for adjustable fit. The lining shall be black 100% Taffeta nylon with 150 gram quilted Thinsulate batting for insulation.

2   The jacket shall be sold pre-patched with the Departmental patch on the left sleeve $\frac{3}{4}$" from the shoulder seam and the command patch affixed to the right sleeve $\frac{3}{4}$" from the shoulder seam (3$\frac{1}{2}$" for Communications/Radio Repair Unit). In addition, 5 other patches shall be affixed in the same manner as

116

| EFFECTIVE DATE<br>9/23/96 | SUBJECT<br><br>**UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** | |
|---|---|---|
| CLASSIFICATION<br># 2270 | | |
| DISTRIBUTION<br>**A & E** | PAGE 48 OF<br>67 PAGES | |

## X.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SPECIALIZED COMMAND UNIFORMS  (Continued)

**REGULATION**
**DUTY UNIFORM**
**EMERGENCY**
**SERVICE UNITS**
(Continued)

3.   Left sleeve of jacket accepts service stripe for Correction Officers (see Section XII for placement).

E.  **TURTLENECK STYLE SWEATER**

1.   NYCDOC regulation navy blue, police style turtleneck sweater made of 100% cotton or cotton blend with DCNY block letters in white, emblazoned on the left side of the neck cowl.

2.   The turtleneck sweater may only be worn with the regulation Emergency Service jacket.

F.  **SHOES**

Black military style leather tactical boots.

G.  **SOCKS**

Black cotton.

**REGULATION**
**DUTY UNIFORM**
**FIREARMS AND**
**TACTICS UNIT**

Members, while on duty at the Firearms & Tactics Unit, shall wear the prescribed uniform as indicated below and not deviate, modify or interchange in any manner the prescribed uniform set forth herein.

A.  **REGULATION DUTY CAP (Baseball Type)**

NYCDOC regulation red colored baseball type cap with NYDC in block letters over crossed pistols (both embroidered in gold), across the front.

> *Note:*   *Supervisory Officers shall affix the rank insignia to the center of the front of the hat.*

116

| EFFECTIVE DATE<br>9/23/96 | SUBJECT<br><br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** |  |
|---|---|---|
| CLASSIFICATION<br># 2270 | | |
| DISTRIBUTION<br>A & E | PAGE 49 OF<br>67 PAGES | |

X.   ~~**UNIFORM AND EQUIPMENT SPECIFICATIONS**~~
~~**SPECIALIZED COMMAND UNIFORMS**~~ (Continued)

**REGULATION
DUTY UNIFORM
FIREARMS AND
TACTICS UNIT**
(Continued)

B.  **REGULATION DUTY SHIRT**

1.  NYCDOC regulation 3D stretch poplin shirt with micro comfort finish constructed of 4 $\frac{1}{2}$ oz. sq. yd. 62% dacron polyester/38% combed cotton with 9-11% filling stretch in silver-tan. Shall have 2 military creases in front and 3 military creases in back with a permanent silicone crease. Two breast pockets finishing 5 $\frac{3}{8}$" wide and 5 $\frac{3}{8}$" long to have mitered corners. Both pockets shall have a 1 $\frac{1}{2}$" box pleat stitched top and bottom. Left pocket to have a sewn through pencil opening 1 $\frac{3}{8}$" wide $\frac{3}{8}$" wide velcro strip, 1" long shall be placed on each pocket to accept a matching flap over them. Two eyelet holes sewn above left breast, 1 $\frac{3}{4}$"  apart (with 1" inside reinforcement sling) to accept regulation shield. Collar eyelets $\frac{1}{8}$" stitched, and centered 1" from front edge and 1" from bottom edge to accept command insignia.

2.  Long sleeve and short sleeve uniform shirt specifications are identical with the exception of the length of the sleeve.

3.  Left sleeve of long sleeve shirt accepts gold with black border service stripes for Correction Officers only (see Section XII for placement).

C.  **REGULATION DUTY TROUSERS**

NYCDOC regulation 100% Textured Dacron Polyester, 12 $\frac{1}{2}$ - 13 oz. per yard, elastic weave trousers in silver-tan. Shall be made on a uniform pattern having a plain front with straight side pockets, a watch pocket and 2 back pockets. The side pockets shall have a minimum opening of 6 $\frac{1}{2}$" and shall be approximately 5" from the bottom opening. They will be stitched, turned and restitched. The inside front pocket facing shall be a separate piece of self material finishing no less than 1 $\frac{1}{4}$" wide. The back pockets shall have a minimum opening of 5 $\frac{1}{2}$" wide and 6" deep. Each back pocket shall have a button through pocket flap to close. The watch pocket, located approximately 1 $\frac{1}{2}$" to the front of the right seam at the waistband, shall have an approximate opening of 2 $\frac{3}{4}$" and will be 3" deep. The side and watch pockets shall have straight bartacks and the back pockets are to be bartacked. The waistband shall be 2" wide and shall be closed with a crush-proof hook & eye, the eye being bartacked. The waistband curtain, will be made of 75% polyester/25% cotton. No roll waistband stiffener $\frac{3}{4}$" in width, shall be sewn into the waistband from side seam to side seam.

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/23/96 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | |
| CLASSIFICATION #2270 | | |
| DISTRIBUTION A & E | PAGE 50 OF 67 PAGES | |

## X.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SPECIALIZED COMMAND UNIFORMS  (Continued)

**REGULATION DUTY UNIFORM FIREARMS AND TACTICS UNIT** (Continued)

**D.  UNIFORM CLASS "B" UTILITY JACKET**

Shall be the same as for Correction Officer.

**E   COMMANDO V-NECK SWEATER**

Shall be the same as for Correction Officer.

**F.  TURTLENECK STYLE SWEATER**

Shall be the same as for Correction Officer.

**G.  SHOES**

Black oxford or military style leather tactical boots (shined).

**H.  SOCKS**

Black cotton.

**I.  TIE**

Shall be the same as for Correction Officer.

**REGULATION DUTY UNIFORM H.I.I.P. S.T.E.P.**

Members, while on duty for that specific purpose, shall wear the prescribed uniform as indicated below and not deviate, modify or interchange in any manner the prescribed uniform set forth herein.

**A.  REGULATION HAT** (Standard)

NYCDOC approved, State Trooper Style (California DOC regulations) 100% Fur Felt, 5x quality, willow green hat with; 3" brim, slight rolled flange, black leather hat strap and band, single black metal eyelet to accommodate cap device.

> **Note:**   There will be no alteration of the hat including the rolling of the brim or folding of the hat to change its appearance.

**Correction Officers**

The silver metal cap device bearing the City seal and member's shield number, shall be affixed to the center of the cap.

116

| EFFECTIVE DATE<br>9/23/96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION<br>#2270 | **UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** |  |
| DISTRIBUTION<br>A & E | PAGE 51 OF<br>67 PAGES | |

## X.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SPECIALIZED COMMAND UNIFORMS (Continued)

**REGULATION**
**DUTY UNIFORM**
**H.I.I.P.**
**S.T.E.P.**
(Continued)

**Supervisory Officers**

The gold metal cap device bearing the City seal, shall be affixed to the center of the cap.

> **Note:**   *Must be worn on all outside duty assignments or as other-*
> *wise prescribed by Departmental orders and/or teletypes.*

### B.  REGULATION DUTY CAP (Optional)

NYCDOC regulation black colored baseball type cap with the unit initials emblazoned on the front center with 1³/₄" blue with yellow bordered block lettering.

> **Note:**   *Supervisory Officers shall affix a small metal rank insignia to*
> *the center of this cap.*

### C.  REGULATION DUTY DRILL CAP (Drill Instructors Only)

NYCDOC regulation dark green campaign style/drill instructors hat with a black leather strap and buckle worn to front not to rear. The silver metal cap device bearing the City seal and member's shield number, shall be affixed to the center of the cap. Shall be worn as a duty cap by certified drill instructors only.

### D.  REGULATION DUTY SHIRT

1   NYCDOC regulation 3D stretch poplin shirt with micro comfort finish con-
structed of 4 ¹/₂ oz. sq. yd. 62% dacron polyester/38% combed cotton with 9-
11% filling stretch in silver-tan. Shall have 2 military creases in front and 3
military creases in back with a permanent silicone crease. Two breast pockets
finishing 5³/₈" wide and 5¹/₄" long to have mitered corners. Both pockets shall
have a 1¹/₂' box pleat stitched top and bottom. Left pocket to have a sewn
through pencil opening 1³/₈" wide ³/₈" wide velcro strip, 1" long shall be placed
on each pocket to accept a matching flap over them. Two eyelet holes sewn
above left breast, 1³/₄" apart (with 1" inside reinforcement sling) to accept
regulation shield.

2   Long sleeve and short sleeve uniform shirt specifications are identical with the
exception of the length of the sleeve.

3   Left sleeve of long sleeve shirt accepts gold with black border service stripes

116

| EFFECTIVE DATE 9/23/96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION A & E | PAGE 52 OF 67 PAGES | |

## X.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SPECIALIZED COMMAND UNIFORMS (Continued)

**REGULATION
DUTY UNIFORM
H.I.I.P.
S.T.E.P.**
(Continued)

### E. REGULATION DUTY TROUSERS

NYCDOC regulation 100% textured dacron polyester, 12½ - 13 oz. per yard, elastic weave trousers in green heather. Shall be made on a uniform pattern having a plain front with straight side pockets, a watch pocket and 2 back pockets. The side pockets shall have a minimum opening of 6½" and shall be approximately 5" from the bottom opening. They will be stitched, turned and restitched. The inside front pocket facing shall be a separate piece of self material finishing no less than 1¼" wide. The back pockets shall have a minimum opening of 5½" wide and 6" deep. Each back pocket shall have a button through pocket flap to close. The watch pocket, located approximately 1½" to the front of the right seam at the waistband, shall have an approximate opening of 2¾" and will be 3" deep. The side and watch pockets shall have straight bartacks and the back pockets are to be bartacked. The waistband shall be 2" wide and shall be closed with a crush-proof hook & eye, the eye being bartacked. The waistband curtain, will be made of black, 75% polyester/ 25% cotton. No roll waistband stiffener ¾" in width, shall be sewn into the waistband from side seam to side seam.

### F. REGULATION DUTY JACKET

1. NYCDOC regulation black jacket, constructed of 200 Denier nylon (warp) and 3 ply 70 Denier Taslanized nylon (filling), plain weave, treated with durable fluorocarbon water and stain release agents (optional Gore-Tex Z Liner, or equal). The jacket shall be waist length, single breasted, with overlapping storm front with zipper and snap. The outer shell shall be waterproof; equipped with detachable epaulets, 2 lower flaps and pleated pockets with side openings for hands, bi-swing back, 2 piece set-in sleeves with underarm sleeve gussets, sleeve zippers and leather trim on the cuffs; zippered side vents with snap tab closures, collar with collar stand and inside zippered patch pocket; ScotchLite retro-reflective package; zip-out insulated liner. Two eyelet holes sewn above left breast, 1¼" apart (with 1" inside reinforcement sling) to accept regulation shield. Collar eyelets ⅛" stitched, and centered 1" from front edge and 1" from bottom edge to accept the DC insignia. Three snaps or buttons on the collar to accept optional detachable hood (see Section VII, Sub-Section H).

2. Left sleeve accepts gold with black border service stripes for Correction Officers only (see Section XII for placement).

116

| EFFECTIVE DATE<br>9/ 23 /96<br>CLASSIFICATION<br># 2270<br>DISTRIBUTION<br>A & E | SUBJECT<br><br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS**<br><br>PAGE 5 3 OF<br>6 7 PAGES |  |
| --- | --- | --- |

## X.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SPECIALIZED COMMAND UNIFORMS  (Continued)

**REGULATION
DUTY UNIFORM
H.I.I.P.
S.T.E.P.**
(Continued)

**G. REGULATION CLASS "A" JACKET**

1. NYCDOC regulation 100% dacron polyester "Ike" jacket in forest green heather lined with 100% nylon taffeta 13-13½ oz. elastique weave. Shall be mid-length with zipper front to the semi-peak lapels. Coat construction shall be used throughout the body and sleeves being fully lined. There shall be 2 outside pleated patch pockets, rounded at the lower corners, approximately 5"- 5⅝" wide x 6"- 6¼" deep, depending on size. The flaps shall be scalloped and measure 5 ¾" wide and 3" long at the center and at each side. They shall have velcro closures on each side to hold down flap. There shall be 1 inside cut-in inside pocket on the right. The epaulets shall be made of self goods, sewn into the sleeve head seam, cross stitched, and tacked to the jacket at the neck. There shall be 24 ligne buttons on the pocket flaps, epaulets and take-up tab. The pocket flaps and the epaulet buttons shall be gold metal with the City seal emblazoned on it.

2. Left sleeve accepts gold with black border service stripes for Correction Officers only (see Section XII for placement).

### H. COMMANDO V-NECK SWEATER

1. Shall be the same as for Correction Officer except black in color.

2. Left sleeve accepts gold with black border service stripes for Correction Officers only (see Section XII for placement).

3. The Commando sweater may be worn in place of the regulation duty jacket.

### I   TIE

Black breakaway type worn with long-sleeve uniform shirt.

> **Note:**   If the regulation class "A" dress jacket is worn, the tie must also be worn.

### J.   SHOES

Black leather military style oxford or high-top boots (shined).

### K.   SOCKS

416

| EFFECTIVE DATE<br>9/ 23 /96 | SUBJECT<br><br>**UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** |  |
|---|---|---|
| CLASSIFICATION<br># 2270 | | |
| DISTRIBUTION<br>A & E | PAGE 54 OF<br>67 PAGES | |

## X.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### SPECIALIZED COMMAND UNIFORMS (Continued)

**REGULATION
DUTY UNIFORM
PHYSICAL
TRAINING UNIT
ACADEMY**

Members, while on duty for specific physical training unit assignments, shall wear the prescribed uniform as indicated below and not deviate, modify or interchange in any manner the prescribed uniform set forth herein.

A. **REGULATION DUTY SHIRT**

Navy-blue colored golf style shirt, constructed of 50% polyester/50% cotton material or equivalent, short sleeve with no pockets and an open collar  The following shall be embroidered onto the shirt:

1.  **Right Breast:**

Three-eighths inch orange colored block capital letters, centered denoting DEFEN-SIVE TACTICS, INSTRUCTOR.

2.  **Left Breast:**

Three-quarter scale full color Departmental patch.

3.  **Center Rear:**

Three-quarter inch silver colored block capital letters, centered into a semi-circle 2" to 2 1/2" from the bottom of the collar, denoting PHYSICAL TRAINING UNIT.

4.  **Center Rear:**

Two and three-quarter inch sliver colored block capital letters, centered within the above semi-circle, denoting PT.

B. **REGULATION DUTY PANTS**

NYCDOC regulation navy-blue colored 65% polyester/35% cotton pants. A silver 1" NY twist stripe (braid) shall be sewn on the outside seam of each trouser leg.

C. **UNIFORM CLASS "B" UTILITY JACKET**

Shall be the same as for Correction Officer.

D. **SOCKS**

White cotton.

E. **SHOES**

116

| EFFECTIVE DATE 9/ 23 /96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION A & E | PAGE 5 5 OF 67 PAGES | |

## X. UNIFORM AND EQUIPMENT SPECIFICATIONS
### SPECIALIZED COMMAND UNIFORMS (Continued)

**REGULATION UNIFORM RECRUITS**

**A. REGULATION RECRUIT CAP**

NYPD regulation/NYCDOC approved navy-blue overseas cap.

**B. REGULATION RECRUIT SHIRT**

NYCDOC regulation long sleeve light blue shirt, constructed of 3D stretch poplin with micro comfort finish 4 $\frac{1}{2}$ oz. sq. yard 62% dacron polyester/38% combed cotton with 9-11% filling stretch. Two military creases in front and 3 in back of each shirt with a permanent crease of silicone produced by the Lintrak System. Two breast pockets finishing 5 $\frac{3}{8}$" wide and 5 $\frac{3}{4}$" long to have mitered corners. Both pockets shall have a 1 $\frac{1}{2}$" box pleat stitched top and bottom. Left pocket to have a sewn through pencil opening 1 $\frac{3}{8}$" wide. Velcro $\frac{3}{8}$" wide and 1" long to be placed on each pocket to secure to matching flaps. Shoulder straps to be sewn into sleevehead and measures approximately 1 $\frac{7}{8}$" tapering to 1 $\frac{1}{2}$" with ends pointed. Straps to set approximately 1" from the collar seam. They shall be stitched to shoulders with a row of cross-stitching 2" from sleeve head and diagonally sewn from each end of the seam to the sleeve.

**C. UNIFORM DUTY TROUSERS**

Shall be the same as for Correction Officer.

**D. CRUISER DUTY JACKET**

Shall be the same as for Correction Officer.

**E. SHOES**

Shall be the same as for Correction Officer.

**F. SOCKS**

Shall be the same as for Correction Officer.

**G. TIE**

Shall be the same as for Correction Officer.

**H. ID CARD HOLDER**

Clear plastic ID Card Holder with small slit on top to accept button of uniform shirt for

416

| EFFECTIVE DATE 9/23/96 | SUBJECT |
|---|---|
| CLASSIFICATION # 2270 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |
| DISTRIBUTION A & E | PAGE 56 OF 67 PAGES |



## XI.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### DEPARTMENTAL AND COMMAND INSIGNIAS

**DEPARTMENTAL INSIGNIA**



A. All Correction Officers, when wearing a regulation Cruiser duty jacket, regulation class "A" summer blouse, regulation class "A" winter reefer coat or regulation class "B" utility jacket, shall wear the silver colored, metal Departmental insignia with $1/2$" lettering, on both collars.

**COMMAND INSIGNIA**



B. All Correction Officers, when in uniform, are directed to wear silver colored, metal command insignias with $1/2$" lettering for commands with insignias with 3 or less letters and $3/8$" lettering for commands with insignias containing 4 letters or symbols (where applicable), on uniform shirt collars at all times.

1.   The following letter command insignias are authorized:

| INSIGNIA | FACILITY/DIVISION/UNIT |
|---|---|
| AMKC | ANNA M. KROSS CENTER |
| ARDC | ADOLESCENT RECEPTION DETENTION CENTER |
| BCF | BROOKLYN CORRECTIONAL FACILITY |
| BHPW | BELLEVUE HOSPITAL PRISON WARD |
| BKCT | BROOKLYN COURT DIVISION |
| BK | BROOKLYN HOUSE OF DETENTION FOR MEN |
| BXCT | BRONX COURT DIVISION |
| BX | BRONX HOUSE OF DETENTION FOR MEN |
| CA | CORRECTION ACADEMY |

| EFFECTIVE DATE 9/ 23 /96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION A & E | PAGE 57 OF 67 PAGES | |

## XI.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### DEPARTMENTAL AND COMMAND INSIGNIAS  (Continued)

**COMMAND INSIGNIA** (Continued)

| INSIGNIA | FACILITY/DIVISION/UNIT |
|---|---|
| CID | CORRECTION INDUSTRIES  DIVISION |
| CIFM | CORRECTIONAL INSTITUTION FOR MEN |
| CJB | CRIMINAL JUSTICE BUREAU |
| DIV1 | DIVISION I |
| DIV2 | DIVISION II |
| EHPW | ELMHURST HOSPITAL PRISON WARD |
| ERU | EMERGENCY RESPONSE UNIT (when wearing class "A" uniform) |
| FSU | FIRE AND SAFETY UNIT (when wearing class "A" uniform) |
| GMDC | GEORGE MOTCHAN DETENTION CENTER |
| GRVC | GEORGE R. VIERNO CENTER |
| HIIP | HIGH IMPACT INCARCERATION PROGRAM |
| JATC | JAMES A. THOMAS CENTER |
| K9 | CANINE UNIT (when wearing class "A" uniform) |
| KCH | KINGS COUNTY HOSPITAL PRISON WARD |
| MDC | MANHATTAN DETENTION COMPLEX |

| EFFECTIVE DATE | SUBJECT | |
| --- | --- | --- |
| 9/ 23 /96 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| CLASSIFICATION #2270 | | |
| DISTRIBUTION A & E | PAGE 58 OF 67 PAGES | |

## XI.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### DEPARTMENTAL AND COMMAND INSIGNIAS  (Continued)

| COMMAND INSIGNIA (Continued) | INSIGNIA | FACILITY/DIVISION/UNIT |
| --- | --- | --- |
| | MNCT | MANHATTAN COURT DIVISION |
| | NIC | NORTH INFIRMARY COMMAND |
| | OBCC | OTIS BANTUM CORRECTIONAL CENTER |
| | OD | OPERATIONS DIVISION |
| | QNCT | QUEENS COURT DIVISION |
| | QN | QUEENS HOUSE OF DETENTION FOR MEN |
| | RISU | RIKERS ISLAND SECURITY UNIT |
| | RMSC | ROSE M. SINGER CENTER |
| | SOD | SPECIAL OPERATIONS DIVISION |
| | SSD | SUPPORT SERVICES DIVISION |
| | TD | TRANSPORTATION DIVISION |
| | VCBC | VERNON C. BAIN CENTER |
| | WF | WEST FACILITY |

| EFFECTIVE DATE 9/23/96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | |
| DISTRIBUTION A & E | PAGE 59 OF 67 PAGES | |

## XI.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### DEPARTMENTAL AND COMMAND INSIGNIAS  (Continued)

**COMMAND INSIGNIA** (Continued)

2.  The following symbol command insignias are authorized:



    a.  COMMUNICATIONS/RADIO REPAIR UNIT



    b.  FIREARMS & TACTICS UNIT



    c.  HARBOR UNIT



3.  The following insignia can be worn as a replacement for the command insignia on the left collar of the uniform shirt  This shall denote the members course completion.

MENTAL HEALTH TRAINING CERTIFICATION

116

| EFFECTIVE DATE | SUBJECT | |
|---|---|---|
| 9/ 23 /96 | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |  |
| CLASSIFICATION # 2270 | | |
| DISTRIBUTION A & E | PAGE 60 OF 67 PAGES | |

## XII.   UNIFORM AND EQUIPMENT SPECIFICATIONS

### PLACEMENT - PATCHES AND INSIGNIAS
#### Correction Officer
#### Departmental and Command Insignias

**SUMMER BLOUSE**

Affixed 1 ¼" up and in from collar point and parallel to the ground.

**WINTER REEFER COAT**

Affixed 1 ¼" up and in from collar point, centered and parallel to the collar bottom.

**UNIFORM SHIRT**

Affixed to collar eyelets, centered on the collar points 1" from the forward edge and parallel to the neckline.

**DUTY CRUISER JACKET**

Affixed to collar eyelets, 1" up and in from collar point, centered and parallel to the collar bottom

**PROPER PLACEMENT OF DEPARTMENTAL AND COMMAND INSIGNIAS**



116

| EFFECTIVE DATE 9/23/96 | SUBJECT | |
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | |
| DISTRIBUTION A & E | PAGE 61 OF 67 PAGES | |

## XII.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### PLACEMENT - PATCHES AND INSIGNIAS

### Supervisory Officer Rank Insignia
### Uniform Shirt

**CAPTAIN**       **ASSISTANT DEPUTY WARDEN**       **DEP. WARDEN/DEP. WARDEN IN COMMAND**



Affixed 1" up and in from collar point and parallel to bottom of collar.

Affixed 1" up and in from collar, stem of Oak Leaf parallel to collar line.



Affixed 1" up and in from collar point beak of angle pointing perpendicular to collar and forward to front of torso.

**WARDEN**       **ASSISTANT CHIEF**       **BUREAU CHIEF**



Affixed 1" up and in from collar point, "V" of stars perpendicular to collar line.

Affixed 1" up and in from collar point, "V" of stars perpendicular to collar line.

Affixed 1" up and in from collar point, "V" of stars perpendicular to collar line.

**CHIEF OF DEPARTMENT**



Affixed 1" up and in from collar point, "V" of stars perpendicular to collar line.

| EFFECTIVE DATE 9/23/96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | CORRECTION DEPARTMENT CITY OF NEW YORK |
| DISTRIBUTION A & E | PAGE 62 OF 67 PAGES | |

XII. **UNIFORM AND EQUIPMENT SPECIFICATIONS**
**PLACEMENT - PATCHES AND INSIGNIAS**

Supervisory Officer Rank Insignia
Summer Blouse, Winter Reefer Coat, Trench Coat, and Cruiser Duty Jacket
Epaulets



1/2"  CAPTAIN

1/4"  ASSISTANT DEPUTY WARDEN

1/4"  DEP. WARDEN DEP. WARDEN IN COMMAND

NOTE: Beak of Eagle towards front of torso.



1 1/2"  WARDEN

1"  ASSISTANT CHIEF

1/4"  BUREAU CHIEF

1/4"  CHIEF OF DEPARTMENT

116

| EFFECTIVE DATE | SUBJECT |
|---|---|
| 9/ 23 /96 | |
| CLASSIFICATION **# 2270** | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** |
| DISTRIBUTION **A & E** | PAGE **6 3** OF **6 7** PAGES |

**CORRECTION DEPARTMENT · CITY OF NEW YORK**

## XII.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### PLACEMENT - PATCHES AND INSIGNIAS

**Correction Officer**
**Service Stripes**



LEFT SLEEVE ONLY
All long sleeve shirts,
sweaters, jackets and coats.

4"

Each stripe represents
5 years of service.

**Supervisory Officer**
**Cuff Braids**



3 ½"

1 ½"

2 ½"

Captain
Assistant Deputy Warden
Deputy Warden
Chaplain

Deputy Warden in Command
Warden
Assistant Chief
Bureau Chief
Chief of Department

I 6

| EFFECTIVE DATE<br>9/23/96 | SUBJECT<br><br>**UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** | |
|---|---|---|
| CLASSIFICATION<br># 2270 | | |
| DISTRIBUTION<br>A & E | PAGE 64 OF<br>67 PAGES | |

## XII. UNIFORM AND EQUIPMENT SPECIFICATIONS
### PLACEMENT - PATCHES AND INSIGNIAS

### PATCH PLACEMENT

**Departmental Patch**



OUTER GARMENTS
¾" from shoulder seam

SHIRTS
½" from shoulder seam

**Left Sleeve**

**Command Patches**

OUTER GARMENTS
¾" from shoulder seam

SHIRTS
½" from shoulder seam

Authorized Patches
Academy
CIO
ERU
Firearms & Tactics Unit
Fire & Safety Unit
Harbor Unit
HIIP
K-9 Unit
STEP

**Right Sleeve**

**Command Patches**



ALL GARMENTS
1½" from shoulder seam

Authorized Patches
Communications/Radio Repair Unit
Transportation Div.

**Right Sleeve**

| EFFECTIVE DATE 9/23/96 | SUBJECT | |
|---|---|---|
| CLASSIFICATION # 2270 | UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS |  |
| DISTRIBUTION A & E | PAGE 65 OF 67 PAGES | |

## XIII.   UNIFORM AND EQUIPMENT SPECIFICATIONS
### DEPARTMENTAL AND COMMAND PATCHES













| EFFECTIVE DATE<br>9/ 23 /96 | SUBJECT<br><br>**UNIFORM AND EQUIPMENT**<br>**SPECIFICATIONS AND REGULATIONS** |  |
|---|---|---|
| CLASSIFICATION<br>#2270 | | |
| DISTRIBUTION<br>A & E | PAGE 66 OF<br>67 PAGES | |

## XIII.  UNIFORM AND EQUIPMENT SPECIFICATIONS
### DEPARTMENTAL AND COMMAND PATCHES (Continued)













| EFFECTIVE DATE 9/ 23 /96 | SUBJECT UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS | |
| CLASSIFICATION # 2270 | | |
| DISTRIBUTION A & E | PAGE 67 OF 67 PAGES | |

## XIV.  ATTACHMENT

A.  "UNIFORM INSPECTION RECORD CARD", Form # 120 - 1/96.

## XV.  REGULATION CHANGES

The following orders are hereby superseded:

A.  Directive #2256R, dated June 1, 1988, entitled "Uniform and Equipment Specifications and Regulations".

B.  All subsequent Amendments, Teletype Orders and Memorandums to Directive #2256R.

ATTACHMENT A



UNIFORM INSPECTION RECORD CARD

RECRUIT OFFICER INITIAL PURCHASE AND INSPECTION SECTION "A"

UNIFORM RECEIPT OF PURCHASE SHALL BE REVIEWED & PLACED IN INSPECTION FOLDER

SAMPLE

# REVISION NOTICE

THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

## DIRECTIVE

| [ ] NEW | [ ] INTERIM | [ X ] REVISED | SUBJECT | | |
|---|---|---|---|---|---|
| EFFECTIVE DATE 3 / 28 /97 | | *TERMINATION DATE / / | **UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS** | | |
| CLASSIFICATION # 2270 | SUPERSEDES | DATED | | DISTRIBUTION **A & E** | PAGE 1 OF 1 PAGES |
| RECOMMENDED FOR APPROVAL BY REVIEW BOARD MEMBER | | | AUTHORIZED BY THE COMMISSIONER | | |
| SIGNATURE | | | SIGNATURE | | |

Directive #2270, dated September 23, 1996, entitled "UNIFORM AND EQUIPMENT SPECIFICATIONS AND REGULATIONS" is hereby amended as follows:

1.    New pages 2 and 9 are attached.  Remove old pages 2 and 9 and replace with the new pages.

2.    All other provisions of Directive 2270 shall remain in full effect.

## SPECIAL INSTRUCTIONS

Commanding Officers of facilities and divisions shall ensure that each uniformed member assigned to the facility/division receives a copy of this Revision Notice.



| | EFFECTIVE DATE<br>3/28/97 | SUBJECT<br>**UNIFORM AND EQUIPMENT** | |
| --- | --- | --- | --- |
| | CLASSIFICATION<br>**# 2270** | **SPECIFICATIONS AND REGULATIONS** |  |
| | DISTRIBUTION<br>**A & E** | PAGE 2 OF<br>67 PAGES | |

## III. REGULATIONS (Continued)

**UNIFORMS
GENERAL RULES
(Continued)**

D. Uniformed members of the Department authorized to wear civilian clothes, shall wear the prescribed uniform when so directed.

E. Uniformed members of the Department shall wear at all times while on duty, the regulation duty uniform prescribed by the Commissioner and the Chief of Department, with exception of those individuals specifically authorized by the Commissioner or Chief of Department to wear appropriate civilian attire.

F. Members of the uniformed force, except when on suspension or on authorized leave, shall wear the regulation class "A" dress uniform <u>or appropriate civilian business attire</u> when reporting as respondents at official Departmental disciplinary hearings, either at Central Office or the Office of Administrative Trials and Hearings (OATH).

G. Uniformed members reporting to the aforementioned hearings as a witness, shall do so in regulation class "A" dress uniform <u>or appropriate civilian business attire</u> when on-duty and in appropriate civilian attire when off-duty.

H. Members of the uniformed force shall wear the regulation class "A" dress uniform when ordered to do so by teletype order, verbal and/or written direction by the Commissioner, Chief of Department, Commanding Officers or designees.

I. Uniforms and equipment shall be purchased and maintained at the expense of the member.

J. Only uniforms bearing the authorized certification label, as stipulated herein, are permitted and approved for use.

K. Seasonal uniform changes will be implemented upon direction by the Chief of Department, unless otherwise stipulated:

    1. Uniformed members of all ranks who are assigned to outside posts shall wear the long sleeve regulation duty uniform shirt and tie at all times between October 1 and April 30.

    2. Uniformed members of all ranks who are assigned to outside posts may wear the short sleeve regulation duty uniform shirt at all times between May 1 and September 30.

    3. Uniformed members of all ranks who are assigned to inside posts may wear short sleeve shirts and no ties all year round. However, if worn with an outer garment, a tie must be worn.

416

| | EFFECTIVE DATE<br>3/ 28 /97 | SUBJECT | |
|---|---|---|---|
| | CLASSIFICATION<br># 2270 | **UNIFORM AND EQUIPMENT<br>SPECIFICATIONS AND REGULATIONS** |  |
| | DISTRIBUTION<br>A & E | PAGE  9  OF<br>67  PAGES | |

## III. <u>REGULATIONS</u> (Continued)

**RELIGIOUS HEADPIECES**

MM. Whenever a uniformed member of the Department is in uniform and desires to wear a Yarmulke, Kufi or *Khimar*, the member may do so only when inside a Department facility. However, when outside a facility, the headpiece shall be worn underneath the prescribed uniform cap. The only authorized colors for these religious head-pieces are blue or black.

**BREAST BARS AND METAL EMBLEMS**

NN. Members shall wear authorized breast bars starting $1/4$" above the center of the shield and each bar shall be $1/4$" apart. When more than 1 breast bar is worn, the highest awarded bar shall be on top, furthest away from the shield.

> **Note:** *Breast bars from other agencies or those representing ethnic or religious affiliations are unauthorized .*



1. Members may elect to wear a metal emblem of the flag of the United States of America not to exceed 1" square, worn above the center of the shield or authorized breast bars (see illustration).



2. Members of the Emergency Response Unit who complete and are certified in the NYPD Repel Training Course may wear the Helicopter Repel Bar (silver colored metal helicopter with wings) centered above the shield (see illustration).



3. Members of the Emergency Response Unit (and Support Team) who have completed the Emergency Medical Technician Course and are currently certified by New York State, may wear the Emergency Medical Technician (EMT) certification symbol insignia. The insignia shall be worn on the upper left side of the shield backing.

4. Members may elect to wear an orange bar, bordered in gold, with gold letters denoting their number of years of service. This bar is to be worn on short sleeve shirts in the following manner:

Centered above the right breast pocket, 1/4" over the top edge of the pocket seam.



Service Bar

Gold     Gold     Orange

| | | |
|---|---|---|
| V -  5 years | | X - 10 years |
| XV - 15 years | | XX - 20 years |
| | XXV - 25 years | |